USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/12/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
VIVIAN XIANG, :
:
                  Plaintiff, :
: 19-cv-01752 (LJL)
   -v- :
: **RESCHEDULING**
: **ORDER**
EAGLE ENTERPRISES, LLC ET AL., :
:
                  Defendants. :
:
------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      IT IS HEREBY ORDERED that the Initial Pretrial Conference in this matter, previously scheduled for **May 20, 2020** at **10:15** a.m. is RESCHEDULED for **May 27, 2020** at **11:00** a.m. in Courtroom 15C of the U.S. District Court for the Southern District of New York, 500 Pearl Street, New York, New York.

SO ORDERED.

Dated: March 12, 2020
       New York, New York

                                                     LEWIS J. LIMAN
                                                   United States District Judge