# MorrisonCohen LLP

May 12, 2020

**VIA ECF**
Hon. Lewis J. Liman
United States District Court Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:   *Vivian Xiang v. Eagle Enterprises, LLC, et al.*, 19 Civ. 1752 (LFL)

Dear Judge Liman:

      We represent Defendants Eagle Enterprises LLC, Market America, Inc., Amy Remache, and Sherry Spesock in the above-mentioned matter. The parties jointly write to apprise Your Honor that mediation is scheduled to be held on June 10, 2020. Accordingly, the parties also write to request that the deadline to file the Case Management Plan and Scheduling Order for May 20, 2020, and the Initial Conference scheduled for May 27, 2020, be adjourned until after the June 10th mediation is held.

      We thank Your Honor for Your consideration in, and attention to, this matter.

Application GRANTED. The Initial Pretrial Conference is RESET to June 24, 2020 at 10:30 a.m. and the Case Management Plan and Scheduling Order shall be filed one week prior. The conference will proceed telephonically. Parties are directed to call (888) 251-2909 and use access code 2123101.

5/12/2020

*[Signature]*
LEWIS J. LIMAN
United States District Judge

Respectfully submitted,

/s/ Theresa D'Andrea
Theresa D'Andrea
Keith A. Markel
Morrison Cohen LLP
909 Third Avenue, 27th Floor
New York, NY 10019
*Counsel for Defendants*

CC:   By ECF
       Daniel Altaras Esq.
       *Counsel for Plaintiff Vivian Xiang*