# EXHIBIT 4

Page 1

1

2    UNITED STATES DISTRICT COURT

     SOUTHERN DISTRICT OF NEW YORK

3    Case No. 19 Civ. 1752 (PAE)

4    - - - - - - - - - - - - - - - - - - x

     VIVIAN XIANG,

5

                         Plaintiff,

6

          - against -

7

     EAGLE ENTERPRISES, LLC, MARKET

8    AMERICA, INC., AMY REMACHE,

     SHERRY SPESOCK, and STAR HOGAN,

9

                         Defendants.

10

11   - - - - - - - - - - - - - - - - - - x

12                       February 5, 2021

                         10:00 a.m.

13

14

15       DEPOSITION of GLADYS FRANKEL, PhD, an Expert Witness

16   for the Plaintiff, taken by the Defendants, held remotely

17   via Zoom before Sara K. Killian, a Registered Professional

18   Reporter, Certified Court Reporter and Notary Public of

19   the State of New York.

20

21

22

23

24

25

Page 2

1

2    A P P E A R A N C E S :

3

4    DEREK SMITH LAW GROUP, PLLC

5    Attorneys for Plaintiff

6    1 Pennsylvania Plaza, #4905

7    New York, New York  10119

8    BY: DANIEL ALTARAS, ESQ.

9

10

11

12

13   MORRISON COHEN, LLP

14   Attorneys for Defendants

15   909 Third Avenue

16   New York, New York  10022

17   BY: KEITH A. MARKEL, ESQ.

18       THERESA D'ANDREA, ESQ.

19

20

21

22   ALSO PRESENT:

23       ROSS COLBY, Veritext Concierge Tech

24

25

Page 3

1

2                              **STIPULATIONS**

3

4          IT IS HEREBY STIPULATED AND AGREED by and

5     among counsel for the respective parties hereto,

6     that the sealing and certification of the within

7     deposition shall be and the same are hereby

8     waived;

9

10         IT IS FURTHER STIPULATED AND AGREED all

11    objections except as to form of the

12    question, shall be reserved to the time

13    of the trial;

14

15         IT IS FURTHER STIPULATED AND AGREED that

16    the within deposition may be signed before any

17    Notary Public with the same force and effect as

18    if signed and sworn to before the Court.

19

20                  *      *      *

21

22

23

24

25

```
                                                 Page 4

 1
 2   G L A D Y S   F R A N K E L, P h D, after having
 3   first been duly sworn by a Notary Public of the
 4   State of New York, was examined and testified as
 5   follows:
 6   EXAMINATION BY
 7   MR. MARKEL:
 8        Q.       Please state your name and address
 9   for the record.
10        A.       Gladys Frankel and since it's a
11   public record, I'm not giving my home address, so
12   you have my email address,
13   doctorgladysfrankel@gmail.com.
14                 MR. MARKEL:  Off the record for a
15        second.
16                 (Discussion off the record.)
17        Q.       Good morning, Dr. Frankel.  My name
18   is Keith Markel.  I represent Market America,
19   Eagle Enterprises, Sherry Spesock, Amy Remache in
20   the action filed in the Southern District of New
21   York.
22                 I'll be asking you a series of
23   questions this morning.  If there are any
24   questions that you don't understand or you need me
25   to rephrase, please let me know.
```

                           G. Frankel, PhD

1
2      A.        Okay.  I'm sorry.  Could I -- I just
3   wanted to note that I would like a copy of the
4   transcript so I can review for corrections.  I'll
5   just have that on the record.  Thank you.
6      Q.        We'll provide you with a copy of your
7   transcript.
8             Again, if there are any questions
9   that you don't understand, please ask me and I can
10  rephrase it.  If at any point in time you need to
11  take a break, you need to use the bathroom, just
12  let me know.  As long as there's no pending
13  question, we're happy to do that.
14             I will refer at times to Market
15  America, Eagle Enterprises, Sherry Spesock or Amy
16  Remache collectively as "the defendants."  I may
17  refer to them collectively as "Market America," I
18  may refer to them collectively as "Eagle
19  Enterprises."  It's not intended to confuse you.
20  I'll be referring to them as if they're one and
21  the same.
22             Do you understand that?
23      A.        Yes.
24      Q.        You're doing a great job, but I want
25  to confirm that all your responses are audible

```
                                        Page 6
 1                      G. Frankel, PhD
 2    because the court reporter take down take any
 3    nodding of the head or any responses that may not
 4    be audible to the court reporter.
 5                  Do you understand that?
 6         A.       Yes.
 7         Q.       Okay.
 8                  Do you understand that your testimony
 9    today is under oath?
10         A.       Yes.
11         Q.       Are you represented by counsel today?
12         A.       Not directly.
13         Q.       What do you mean by not directly?
14         A.       I mean Daniel is present.
15         Q.       But is Daniel your attorney?
16         A.       Not my direct attorney.  He's the
17    attorney for the client.
18         Q.       When you refer to the client, are you
19    referring to Plaintiff Vivian Xiang?
20         A.       Yes.
21         Q.       But Mr. Altaras doesn't represent you
22    personally?
23         A.       Not personally.
24         Q.       Does Mr. Altaras represent your
25    employer?
```

```
                                            Page 7
 1                    G. Frankel, PhD
 2         A.       No.
 3         Q.       Okay.
 4                  Are you represented by the Derek
 5    Smith Law Group?
 6         A.       No.
 7         Q.       Are you paying Mr. Altaras' firm
 8    today for your testimony?
 9         A.       No.
10         Q.       Is Mr. Altaras' firm paying you today
11    for your testimony?
12         A.       No.
13         Q.       Is there any condition in which you
14    don't believe that you can testify truthfully
15    today?
16         A.       No.
17         Q.       Are you taking any prescription drugs
18    that would otherwise prevent you from testifying
19    truthfully today?
20         A.       No.
21         Q.       Are you taking any over-the-counter
22    medicine that would otherwise prevent you from
23    testifying truthfully today?
24         A.       No.
25         Q.       Have you consumed any drugs or
```

```
                                            Page 8
 1                      G. Frankel, PhD
 2   alcohol in the last 24 hours that would impair
 3   your ability to testify truthfully today?
 4         A.       No.
 5         Q.       What is your full name for the
 6   record?
 7         A.       Gladys Frankel.
 8         Q.       Have you been known by any other
 9   names other than Gladys Frankel?
10         A.       Yes.
11         Q.       What are those?
12         A.       Gladys Rothenberg.
13         Q.       Is Gladys Rothenberg your maiden
14   name?
15         A.       No.
16         Q.       Is Gladys Rothenberg your married
17   name?
18         A.       Yes.
19         Q.       In your professional career, do you
20   go by Gladys Frankel or Gladys Rothenberg?
21         A.       Gladys Frankel.
22         Q.       What's your highest level of
23   education?
24         A.       Doctoral degree.
25         Q.       What was your degree in?
```

Page 9

1                    G. Frankel, PhD

2       A.       Clinical psychology.

3       Q.       And where did you receive your

4    degree?

5       A.       Columbia University.

6       Q.       And what year did you receive your

7    degree?

8       A.       1981.

9       Q.       What was your thesis in for your PhD?

10      A.       In psychology.

11      Q.       Was there a specialty within the

12   field of psychology?

13               MR. ALTARAS:  Objection.

14               MR. MARKEL:  You can answer.

15               When Mr. Altaras objects, he's just

16          doing so for the record.

17               And we should state for the record

18          that the parties have agreed to the federal

19          stipulations to reserve all objections with

20          the exception of form to trial.

21      Q.       Dr. Frankel, you can answer the

22   question.

23      A.       Would you kindly repeat your

24   question?

25      Q.       Within psychology, was there a

```
                                              Page 10
 1                      G. Frankel, PhD
 2   specific specialty that you were focused on in
 3   your PhD degree?
 4          A.      Yes.
 5          Q.      And what was that?
 6          A.      Clinical and social psychology.
 7          Q.      Did you take any courses in
 8   discrimination for that degree?
 9          A.      No.
10          Q.      Did you engage in any training
11   programs for that degree?
12          A.      Training programs, yes.
13          Q.      What were those training programs?
14          A.      An internship in clinical psychology.
15          Q.      Where did you do your internship at?
16          A.      New York University Medical Center.
17          Q.      Was there a specific department that
18   you worked in for your internship?
19          A.      Yes.
20          Q.      What was that?
21          A.      Department of Psychiatry.
22          Q.      Did you see patients during your
23   internship?
24          A.      Yes.
25          Q.      And did you see patients who had
```

```
                                            Page 11
 1                    G. Frankel, PhD
 2   claimed they were discriminated against as part of
 3   your internship?
 4        A.        I would not know that.
 5        Q.        That was not part of your discussion
 6   with those patients when you were an intern?
 7        A.        As an intern, I would be focused on
 8   the pathology that they were presenting.
 9        Q.        Did any of them present pathology
10   that related to discrimination?
11        A.        That's a very broad question.
12        Q.        As you sit here today, do you
13   recollect ever having a discussion with any
14   patient while you were an intern about them
15   claiming discrimination?
16        A.        The internship was 30 -- was more
17   than 30 years ago.
18        Q.        Fair enough.
19                  Are you licensed in psychology in any
20   states?
21        A.        Yes.
22        Q.        Which states?
23        A.        New York, New Hampshire,
24   Massachusetts.
25        Q.        Are all those licenses current?
```

```
                                             Page 12
 1                      G. Frankel, PhD
 2        A.       Yes.
 3        Q.       Did you have to take an examination
 4   to become licensed in those jurisdictions?
 5        A.       Yes.
 6        Q.       When did you take that examination?
 7        A.       On around 1984.
 8        Q.       In 1984, you took an examination for
 9   New York, Massachusetts and New Hampshire?
10        A.       No.
11        Q.       So when did you take an examination
12   for New York?
13        A.       1984.
14        Q.       And when did you take your
15   examination for Massachusetts?
16        A.       There was no exam required.  It's the
17   same exam.
18        Q.       So you were able to waive into
19   Massachusetts and New Hampshire, having taken the
20   exam for New York?
21                 MR. ALTARAS:  Objection.
22        A.       The exam is a national -- can be used
23   as a national exam.  Once it's taken, it's the
24   same exam.
25        Q.       I understand.
```

```
                                              Page 13
 1                        G. Frankel, PhD
 2                  How did you obtain your license in
 3      Massachusetts?
 4           A.       I applied for it.
 5           Q.       How did you obtain your license in
 6      New Hampshire?
 7           A.       I applied for it.
 8           Q.       Have you been suspended in New York,
 9      Massachusetts or New Hampshire?
10           A.       No.
11           Q.       Have you ever been disciplined in New
12      York, Massachusetts or New Hampshire?
13           A.       No.
14           Q.       Do you hold any Board Certifications?
15           A.       No.
16           Q.       Do you hold any other degrees?
17           A.       I have advanced certification.
18           Q.       You have advanced certification in
19      what?
20           A.       I have a certificate in
21      psychoanalysis.
22           Q.       When did you obtain your certificate
23      of psychoanalysis?
24           A.       In the 1990s.
25           Q.       Do you recall when?
```

```
 1                    G. Frankel, PhD
 2       A.       No, not at the moment.  Not with
 3  specificity.
 4       Q.       Have you taken any continuing
 5  education courses?
 6       A.       Yes.
 7       Q.       How often do you take those?
 8       A.       Fairly regularly.
 9       Q.       When you say fairly regularly,
10  annually?
11       A.       I could be on continuing ed weekly.
12       Q.       Are those required by New York,
13  Massachusetts or New Hampshire?
14       A.       Yes.
15       Q.       Are you current with respect to all
16  your continuing education courses that are
17  required by those jurisdictions?
18       A.       Yes.
19       Q.       Have you ever been disciplined by the
20  New York State Psychological Association?
21       A.       No.
22       Q.       Have you ever been disciplined by the
23  American Psychological Association?
24       A.       No.
25       Q.       What is forensic psychology?
```

```
                                        Page 15
 1                  G. Frankel, PhD
 2      A.      Forensic psychology is psychology
 3  that relates to the law.
 4      Q.      I'm sorry.  That relates to the law?
 5      A.      That relates to the law.
 6      Q.      Do you have any training in forensic
 7  psychology?
 8      A.      That's a broad question.
 9      Q.      Well, are you able to answer it yes
10  or no?
11      A.      I have training, yes.
12      Q.      What training do you have in forensic
13  psychology?
14      A.      Reading materials.
15      Q.      Do you have any Board Certifications
16  in forensic psychology?
17      A.      No.
18      Q.      What is clinical psychology?
19      A.      The area of psychology that relates
20  to patient pathology, direct work with patients
21  and treatment.
22      Q.      Do you have a private practice?
23      A.      Yes.
24      Q.      And what type of practice are you
25  engaged in?
```

1                    G. Frankel, PhD

2        A.      I would need -- what do you mean what

3   type of practice?

4        Q.      Well, are you engaged in forensic

5   psychology in your practice?

6        A.       I provide evaluations.

7        Q.       Are you engaged in forensic

8   psychology?

9        A.       I am a clinical psychologist.

10       Q.       So you engage in clinical psychology

11   in your practice?

12       A.       Yes.

13       Q.       But not forensic psychology, correct?

14                MR. ALTARAS:  Objection.

15       A.       I am a clinician.

16       Q.       You're not a forensic psychology,

17   correct?

18       A.       I do not describe myself as a

19   forensic psychologist.

20       Q.       Are you currently employed?

21       A.       I am employed.

22       Q.       Who do you work for?

23       A.       I work for Complete Wellness New York

24   City.

25       Q.       What is Complete Wellness New York

1                    G. Frankel, PhD

2    City?

3        A.      It's a practice that provides

4    different kinds of services to people.

5        Q.      What kind of services do they

6    provide?

7        A.      I provide positive psychological

8    treatment.  They also provide physical therapy and

9    acupuncture and chiropractic and nutritional work

10   for wellness.

11       Q.      Do you have an ownership interest in

12   Complete Wellness New York City?

13       A.      No.

14       Q.      You're a W-2 employee of Complete

15   Wellness New York City?

16       A.      Yes.

17       Q.      And how long have you been employed

18   by Complete Wellness New York City?

19       A.      Going on around two and a half years.

20       Q.      In addition to Complete Wellness New

21   York City, do you have your own practice?

22       A.      Yes.

23       Q.      And is that a practice that's

24   incorporated?

25       A.      No.

```
 1                    G. Frankel, PhD
 2      Q.        What's the name of that practice?
 3      A.        Dr. Gladys Frankel.
 4      Q.        Do you have an office?
 5      A.        Virtual.
 6                MR. MARKEL:  I'm sorry.  You're
 7      frozen.  Can people --
 8                MR. ALTARAS:  I can actually see
 9      everyone else.  Keith, we lost your video.
10                Off the record.
11                (Discussion off the record.)
12                MR. MARKEL:  Could we read back the
13      last question?
14                (Whereupon, the record was read back
15      by the reporter.)
16                MR. ALTARAS:  I think it's better to
17      have the video on because we could see if
18      there's a delay or pause as opposed to seeing
19      the video frozen.
20                Keith, are you there?
21                MR. MARKEL:  Can you hear me now?
22                MR. ALTARAS:  We heard that.
23                MR. MARKEL:  Okay.
24      Q.        Dr. Frankel, do you work out of your
25   home?
```

Page 19

1                    G. Frankel, PhD

2          A.      Yes.

3                    MR. MARKEL:  Ross, can you put on the

4          screen the first exhibit, which is the

5          subpoena?

6          Q.      Dr. Frankel, did you receive a

7   subpoena for your testimony today?

8          A.      Yes.

9                    MR. MARKEL:  Ross, are you able to

10         put that on the screen?

11                   CONCIERGE TECH:  Yes, one moment

12         please.

13                   MR. MARKEL:  Let's mark as

14         Defendants' Exhibit 1 a subpoena to testify

15         at deposition in a civil action to Gladys

16         Frankel.

17                   (Whereupon, Exhibit 1 was marked for

18         identification.)

19         Q.      Dr. Frankel, have you seen this

20   document before?

21         A.      Yes.

22         Q.      Is this a copy of a subpoena that you

23   received?

24         A.      Yes.

25         Q.      If you look at the subpoena, do you

```
                                                   Page 20

 1                    G. Frankel, PhD
 2    see that it calls for your deposition today,
 3    February 5th, 2021?
 4         A.      Yes.  Yes.
 5         Q.      Are you appearing today pursuant to
 6    this subpoena?
 7         A.      Yes.
 8         Q.      I'm sorry.  You broke up on me.
 9         A.      I said yes.  You were frozen for the
10    second, too, but you're back.
11         Q.      Do you see that the -- there's a
12    section that's marked "Production" on this
13    document?
14         A.      Yes.
15         Q.      And do you see that it calls for
16    certain records with respect to this case?
17         A.      Yes.
18         Q.      Did you review this subpoena to see
19    if you had any records that would be responsive to
20    it?
21         A.      Yes.
22         Q.      And do you have any records that were
23    called for under this subpoena?
24         A.      Yes.
25         Q.      Do you see that it asks for those to
```

```
                                           Page 21
 1                    G. Frankel, PhD
 2    be produced to us by January 29th, 2021?  Do you
 3    see that?
 4         A.      Yes.
 5         Q.      Have you provided us with any
 6    documents as of today?
 7         A.      I provided them to Daniel Altaras.  I
 8    was advised from Daniel that they had been
 9    transmitted to you.
10              MR. MARKEL:  Daniel, we'll call for
11          the production of any documents that
12          Dr. Frankel would have provided to you that
13          are responsive to this subpoena.
14              MR. ALTARAS:  We've already sent that
15          along and I believe they are exhibits to this
16          deposition.
17              In any event, follow up in writing
18          and we'll take it under advisement.
19         Q.      Dr. Frankel, other than the documents
20    that you provided to Mr. Altaras, are there any
21    documents that you have related to this case or to
22    Ms. Xiang that you haven't produced?
23         A.      No.
24         Q.      I'm sorry?  I didn't hear the answer.
25         A.      I said no.
```

```
 1                    G. Frankel, PhD
 2                MR. MARKEL:  Ross, you can take the
 3        exhibit down.
 4        Q.     Dr. Frankel, have you been retained
 5   as an expert witness in this case?
 6        A.     Yes.
 7                MR. MARKEL:  Of course today's got to
 8        be the day that the internet goes down.
 9                Can people hear me or no?
10                MS. D'ANDREA:  We can hear you, yes.
11                MR. MARKEL:  Ross, I'm not hearing
12        the --
13                MR. ALTARAS:  Let's go off the
14        record.
15                (Discussion off the record.)
16        Q.     Dr. Frankel, have you been designated
17   as an expert in this case?
18                MR. ALTARAS:  Objection.
19        A.     I was asked to do an evaluation.
20        Q.     Who were you asked to do an
21   evaluation of?
22        A.     Vivian Xiang.
23        Q.     Have you been designated by Ms. Xiang
24   as an expert in this case?
25        A.     No.
```

```
                                                    Page 23
  1                     G. Frankel, PhD
  2        Q.        Did you provide Ms. Xiang with an
  3   expert report in this case?
  4        A.        No.
  5        Q.        Did you provide Ms. Xiang with an
  6   affidavit in this case?
  7        A.        No.
  8                   MR. MARKEL:  Ross, can you put on the
  9        screen Plaintiff's Expert Witness Disclosure?
 10        We'll mark this document as Defendants'
 11        Exhibit 2.
 12                   (Whereupon, Exhibit 2 was marked for
 13        identification.)
 14                   CONCIERGE TECH:  The witness has
 15        scrolling capabilities now.
 16        Q.        Dr. Frankel, have you seen this
 17   document before?
 18        A.        No.
 19        Q.        Did anyone send you this document
 20   before you saw it today?
 21        A.        No.
 22        Q.        Did you draft this document?
 23        A.        No.
 24        Q.        Have you had an opportunity to scroll
 25   through this document?
```

```
                                          Page 24
 1                    G. Frankel, PhD
 2        A.        Yes.
 3        Q.        Is it your testimony that you didn't
 4    draft this document?
 5        A.        Correct.
 6        Q.        Do you know who drafted this
 7    document?
 8        A.        It was signed by Daniel Altaras, but
 9    I would need to check with Daniel directly and ask
10    him.
11        Q.        Do you see the second page of this
12    document?
13        A.        No.  I don't have that ability to go
14    to a second page.  I'm sorry.  I only saw one page
15    and it looked as if it was only one page.  Okay.
16    I'm not having scrolling, but I do see the second
17    page.
18        Q.        Do you see this is an affidavit of
19    psychologist?
20        A.        Yes.
21        Q.        Do you recognize this document?
22        A.        Yes.
23        Q.        Did you draft this document?
24        A.        Yes.
25        Q.        Do you know when you drafted this
```

```
                                        Page 25
 1                    G. Frankel, PhD
 2    document?
 3         A.      Yes.
 4         Q.      What date was that?
 5         A.      Between June 5th and June 8th.
 6         Q.      Between June 5th and June 8th, you
 7    drafted this document?
 8                 MR. ALTARAS:  Objection.
 9         A.      Yes.
10         Q.      Is there more than one draft of this
11    document?
12         A.      No.
13         Q.      Were there multiple drafts between
14    June 5th and June 8th of this document?
15                 MR. ALTARAS:  Objection.
16         A.      I have a working -- one document that
17    I work on.
18         Q.      Did you save any other drafts of this
19    document?
20         A.      No.
21         Q.      Did you interview Ms. Xiang on
22    June 5th, 2020?
23         A.      Yes.
24         Q.      When did you send this report to
25    Mr. Altaras?
```

```
                                      Page 26
 1                  G. Frankel, PhD
 2      A.     I would need to recheck the date.
 3      Q.     Would it have been on June 8th, 2020?
 4      A.     I would need to check specifically.
 5      Q.     Did you send emails to Mr. Altaras?
 6      A.     Yes.
 7      Q.     Have you produced those emails?
 8      A.     No.
 9             MR. MARKEL:  We would call for the
10      production of communications between
11      Dr. Frankel and Mr. Altaras with respect to
12      this case.
13             MR. ALTARAS:  Follow up in writing
14      and we'll take it under advisement.
15      Q.     Dr. Frankel, can you scroll to page
16   18 of your affidavit?
17      A.     I don't have scrolling capacity.
18             MR. MARKEL:  Ross, can you help
19      Dr. Frankel scroll through this document?
20             CONCIERGE TECH:  Dr. Frankel, do you
21      have a mouse attached to your computer?
22             THE WITNESS:  No.
23             CONCIERGE TECH:  That makes it more
24      difficult.
25             THE WITNESS:  I've got the iPad,
```

```
                                         Page 27
 1                    G. Frankel, PhD
 2        but --
 3                    CONCIERGE TECH:  Without a mouse,
 4        it's going to be difficult for her, but I can
 5        do it.
 6                    MR. MARKEL:  That would be great.
 7                    Ross, can you scroll to page 18 of
 8        the document?
 9                    THE WITNESS:  I do see page 18,
10        Keith.
11        Q.      Okay.
12                Did you draft this page?
13        A.      Yes.
14        Q.      Does this page reflect your fee for
15   this affidavit?
16        A.      Yes.
17        Q.      And how much did you charge for this
18   affidavit?
19        A.      As stated.
20        Q.      And how much was that?
21        A.      It says 1,000.
22        Q.      And can you provide a breakdown of
23   your fees for the $1,000 that you charged for this
24   affidavit?
25        A.      It's for doing the evaluation report.
```

```
                                          Page 28
 1                    G. Frankel, PhD
 2        Q.        Did the $1,000 include your interview
 3   of Ms. Xiang?
 4        A.        Yes.
 5        Q.        Did the $1,000 include reviewing
 6   certain documents related to this case?
 7        A.        Yes.
 8        Q.        Did the $1,000 include the drafting
 9   of this affidavit?
10        A.        Yes.
11        Q.        What documents did you review for
12   drafting this affidavit?
13        A.        The complaint and her medical reports
14   that were provided.
15        Q.        Did you review anything else?
16        A.        Yes.
17        Q.        Who paid the thousand dollars to you?
18        A.        The Derek Smith Law Firm.
19        Q.        How long did you interview Ms. Xiang
20   for?
21        A.        A few hours.
22        Q.        Was that three hours?
23        A.        A few hours.
24        Q.        Was it more than an hour?
25        A.        Yes.
```

```
                                            Page 29

 1                   G. Frankel, PhD
 2       Q.      Was it less than two hours?
 3       A.      More than that.
 4       Q.      Was it less than three hours?
 5       A.      I don't recall at the moment.
 6       Q.      Did you take notes with respect to
 7   your interview of Ms. Xiang?
 8       A.      Yes.
 9       Q.      Did you produce those to Mr. Altaras?
10       A.      My notes are the report.
11       Q.      Did you take handwritten notes?
12       A.      No.
13       Q.      So when you interviewed Ms. Xiang,
14   you were typing?
15       A.      Yes.
16       Q.      And you typed your notes directly
17   into this report?
18       A.      I typed her responses directly into
19   the report.
20       Q.      Did you record your interview of
21   Ms. Xiang?
22       A.      No.
23       Q.      Did you videotape your interview of
24   Ms. Xiang?
25       A.      No.
```

Page 30

```
 1                      G. Frankel, PhD
 2        Q.      Was anyone else present during your
 3   interview of Ms. Xiang?
 4        A.      No.
 5        Q.      Did your interview with Ms. Xiang
 6   last longer than three hours?
 7        A.      I'd have to look back at my calendar.
 8        Q.      Would your calendar reflect how long
 9   your interview with Ms. Xiang lasted?
10        A.      It might not.
11        Q.      What do you mean by that?
12        A.      I might not have written down, you
13   know, three hours and 14 minutes, for example.
14                MR. MARKEL:  We would ask that Dr.
15        Frankel's calendar be produced with respect
16        to any reference to the length of time she
17        interviewed Ms. Xiang.
18                MR. ALTARAS:  Follow up in writing.
19        We'll take it under advisement.
20        Q.      Dr. Frankel, you mentioned that you
21   reviewed medical reports.
22                Do you recall what those reports
23   were?
24        A.      It is referenced in the report.
25        Q.      Are those the psychotherapy notes
```

```
                                        Page 31
 1                    G. Frankel, PhD
 2    from Dr. Jason?
 3         A.      Yes.
 4         Q.      Did you speak to Dr. Jason?
 5         A.      No.
 6         Q.      Did you email with Dr. Jason?
 7         A.      No.
 8                 MR. MARKEL:  Ross, we can take down
 9         Defendants' Exhibit 2 for the moment.
10                 If we could put up the psychotherapy
11         notes and mark them as Defendants' Exhibit 3
12         -- actually, Ross I don't need that exhibit
13         just yet.  Let's just hold off.
14         Q.      Dr. Frankel, how many times have you
15    spoken with Ms. Xiang?
16         A.      I spoke with her during the
17    interview.
18         Q.      Have you spoken to her since the
19    interview?
20         A.      I have not spoken to her, no.
21         Q.      So since June 5th, 2020, you haven't
22    spoken to Ms. Xiang, correct?
23         A.      Correct.
24         Q.      Prior to June 5th, 2020 had you
25    spoken to Ms. Xiang?
```

```
                                              Page 32
 1                    G. Frankel, PhD
 2        A.      No.
 3        Q.      Did you ever meet with Ms. Xiang in
 4   person?
 5        A.      No.
 6        Q.      Was your meeting with Ms. Xiang
 7   virtual?
 8        A.      Yes.  I mean -- and there was
 9   communication to confirm the appointment.
10        Q.      How was that communication --
11        A.      What?  I'm sorry.
12        Q.      Sorry.  Finish your answer.
13        A.      I was saying I didn't hear your
14   question.
15        Q.      How did you communicate with
16   Ms. Xiang?
17        A.      By email.
18        Q.      And that was strictly to set up the
19   appointment for June 5th?
20        A.      Yes.
21        Q.      And do you recall how many
22   communications you had with Ms. Xiang about
23   setting up that appointment?
24        A.      No, I do not recall.
25        Q.      Did you ask Ms. Xiang to provide you
```

```
                                          Page 33
 1                    G. Frankel, PhD
 2   with certain information?
 3        A.       No.
 4        Q.       Did you ask Ms. Xiang to provide you
 5   with certain documents prior to your interview of
 6   her?
 7        A.       No.
 8        Q.       Do you recall how many emails you had
 9   with Ms. Xiang?
10                 MR. ALTARAS:  Objection.
11        A.       No.
12                 MR. MARKEL:  We would call for the
13        production of any emails between Ms. Xiang
14        and Dr. Frankel.
15                 MR. ALTARAS:  Follow up in writing.
16        We'll take it under advisement.
17        Q.       Have you discussed with Ms. Xiang
18   that you're testifying today?
19        A.       No.
20        Q.       Did you talk to Mr. Altaras before
21   today's deposition?
22        A.       Yes.
23        Q.       When did you speak to Mr. Altaras?
24        A.       During the week.
25        Q.       What day during the week?
```

```
                                            Page 34
 1                    G. Frankel, PhD
 2        A.      I don't recall specifically.
 3        Q.      How long did you speak to Mr. Altaras
 4   for?
 5        A.      Just a few minutes.
 6        Q.      Did Mr. Altaras provide you with any
 7   documents?
 8        A.      No.
 9        Q.      Did Mr. Altaras discuss with you any
10   testimony of any deposition in this case?
11        A.      No.
12        Q.      Did Mr. Altaras discuss any
13   communications he had with Ms. Xiang?
14        A.      No.
15        Q.      Did Mr. Altaras discuss with you
16   Ms. Xiang's deposition?
17        A.      No.
18        Q.      Did you review any deposition
19   transcripts in this case?
20        A.      No.
21        Q.      Have you reviewed any documents prior
22   to your deposition today?
23        A.      Just the subpoena.
24        Q.      Did you review your affidavit?
25        A.      Yes.
```

```
                                            Page 35

 1                    G. Frankel, PhD

 2       Q.        When did you review your affidavit?

 3       A.        Last night.

 4       Q.        Did you review any other documents?

 5       A.        The affidavit.

 6       Q.        Did you review the amended complaint

 7  in this case?

 8       A.        No.

 9       Q.        Did you review the medical records

10  from Dr. Jason?

11       A.        I reviewed them in preparation for

12  the report.

13       Q.        Did you review them in preparation of

14  today's deposition?

15       A.        As they were in my report.

16       Q.        Did you review the notes of Dr. Jason

17  in preparation for today's deposition?

18                 MR. ALTARAS:  Objection.

19       A.        As I said, I reviewed them as they

20  were integrated in my report.

21                 MR. MARKEL:  Ross, can we pull up

22       Defendants' Exhibit 3, which are the

23       psychotherapy intake notes of Dr. Jason?

24                 (Whereupon, Exhibit 3 was marked for

25       identification.)
```

```
                                              Page 36

  1                    G. Frankel, PhD

  2        Q.        Dr. Frankel, do you recognize this

  3   document?

  4        A.        Yes.  It looks like the documents.

  5        Q.        Do you know who Dr. Jason is?

  6        A.        She says that she's a clinical

  7   psychologist.

  8        Q.        How did you first learn of Dr. Jason?

  9        A.        From looking at these notes.

 10        Q.        Have you ever emailed with Dr. Jason?

 11        A.        No.

 12        Q.        Have you ever texted with Dr. Jason?

 13        A.        No.

 14        Q.        Have you ever spoken to Dr. Jason

 15   over the phone?

 16        A.        No.

 17        Q.        How did you obtain these notes?

 18        A.        They were sent to me from the Derek

 19   Smith Law Firm.

 20        Q.        And how were they sent to you?

 21        A.        By email.

 22                  MR. MARKEL:  We call for the

 23        production of any email communications

 24        between Dr. Frankel and the Derek Smith Law

 25        Group with respect to plaintiff or this case.
```

Page 37

1                    G. Frankel, PhD
2                    MR. ALTARAS:  Follow up in writing.
3        We'll take it under advisement.
4        Q.       When did you obtain these --
5    withdrawn.
6                    When did you obtain the medical
7    records from Dr. Jason?
8                    MR. ALTARAS:  Objection.
9                    You can answer.
10       A.       On or around the preparation time for
11   this interview.
12       Q.       Did you receive these psychotherapy
13   notes before or after your interview of Ms. Xiang?
14       A.       I would need to look at the date on
15   that email.
16       Q.       As you sit here today, do you recall
17   whether or not you received them before or after
18   you interviewed Ms. Xiang?
19       A.       I do not recall.
20       Q.       If you look at the page that's on the
21   screen, can you see the date on which Dr. Jason
22   met with Ms. Xiang was August 9th, 2018 between
23   6:00 p.m. and 6:45 p.m.?
24       A.       Yes.
25       Q.       Do you know whether or not this was

```
                                           Page 38
 1                  G. Frankel, PhD
 2    the first time Dr. Jason met with Ms. Xiang?
 3         A.      I could not tell you if that was the
 4    first time that she met with her or not.
 5         Q.      Did you ask Ms. Xiang how many times
 6    she met with Dr. Jason?
 7         A.      I did ask Ms. Xiang questions about
 8    her treatment.
 9         Q.      Did you ask her how many times she
10    met with Dr. Jason?
11         A.      Yes, I did.
12         Q.      And how many times did she meet with
13    Dr. Jason?
14         A.      We did not speak in terms of a
15    specific number.  Her comment was "has seen her
16    several times beginning August 9th, 2018."
17         Q.      Did you corroborate how many times
18    she saw Dr. Jason?
19         A.      Ms. Xiang reported she saw her
20    several times.
21         Q.      Is several times 100 times?
22                 MR. ALTARAS:  Objection.
23                 MR. MARKEL:  You can answer.
24         A.      It depends upon the person who is
25    responding.
```

```
                                          Page 39
  1                    G. Frankel, PhD
  2        Q.        Well, what do you consider several
  3   times?
  4                  MR. ALTARAS:  Objection.
  5        A.        More than twice.
  6        Q.        More than twice is several times?
  7                  MR. ALTARAS:  Objection.
  8        A.        Yes.
  9        Q.        So if someone saw -- so if Ms. Xiang
 10   saw Dr. Jason three times, that would be several
 11   times?
 12                  MR. ALTARAS:  Objection.
 13        A.        Yes.
 14        Q.        If Ms. Xiang saw Dr. Jason three
 15   times over the course of three years, would that
 16   be several times?
 17                  MR. ALTARAS:  Objection.
 18        A.        It could be.
 19        Q.        If you take a look at the document,
 20   do you see that Dr. Jason refers to a presenting
 21   problem?
 22        A.        Yes.
 23        Q.        Do you see that she refers to coping
 24   with familial stressors regarding finances?  Do
 25   you see that?
```

                                          Page 40

1                      G. Frankel, PhD

2          A.      Yes.

3          Q.      Did you ask Ms. Xiang about her

4    familial stressors?

5          A.      She referenced that.

6          Q.      What did she tell you?

7          A.      She's worried if she doesn't have a

8    job, she doesn't have income.

9          Q.      What did she tell you about her

10   familial stressors?

11         A.      As I said, she doesn't have a job.

12         Q.      Do you know that Ms. Xiang is

13   currently employed?

14         A.      I do not have that information.

15         Q.      Do you know that Ms. Xiang was

16   employed as of December 2018?

17         A.      I do not have that specific

18   information.

19         Q.      Do you know that Ms. Xiang was

20   employed as of June 5th, 2020 when you interviewed

21   her?

22                 MR. ALTARAS:  Objection.

23         A.      I would need to go and look at that.

24         Q.      What would you need to look at?

25         A.      If there are -- in some cases, we

```
                                            Page 41
 1                   G. Frankel, PhD
 2   talk about how the effects of a prior work
 3   experience impact a current work experience.
 4        Q.      My question to you is Ms. Xiang,
 5   whether or not she was employed when you
 6   interviewed her?
 7        A.      No.
 8        Q.      Wouldn't that have been relevant to
 9   you?
10        A.      No.
11        Q.      Why not?
12        A.      Well, I want to focus on her
13   emotional experiences at the moment.
14        Q.      As of June 5th, 2020?
15        A.      Yes.
16        Q.      So what were her familial stressors
17   as of June 5th, 2020?
18        A.      That's a word that Dr. Jason used.
19        Q.      I'm asking you did you ask Ms. Xiang
20   what her familial stressors were as of June 5th,
21   2020?
22        A.      She spoke about her experiences of
23   not being employed, not -- her worries about being
24   able to provide income.
25        Q.      So would it surprise you to know as
```

```
                                        Page 42
 1                    G. Frankel, PhD
 2    of June 5th, 2020 that Ms. Xiang was actually
 3    employed?
 4                    MR. ALTARAS:  Objection.
 5         A.       She could be employed as someone with
 6    very little income.
 7         Q.       Do you know that Ms. Xiang was
 8    employed in a role that paid her approximately
 9    $10,000 more than she made at Market America?
10                    MR. ALTARAS:  Objection.
11         A.       I do not have income information.
12         Q.       Did you ask Ms. Xiang whether or not
13    she made more money at her new job than her job
14    when she was employed at Market America?
15         A.       No.
16         Q.       Did you ask Ms. Xiang about her
17    finances?
18         A.       She reported she was concerned about
19    being able to provide for herself, her family, her
20    baby.
21         Q.       Did you do anything to independently
22    corroborate whether or not that was a true
23    statement?
24                    MR. ALTARAS:  Objection.
25         A.       No.
```

```
                                          Page 43
 1                    G. Frankel, PhD
 2        Q.      Did you ask Ms. Xiang whether or not
 3   she received income from any other sources other
 4   than her job?
 5        A.      No.
 6        Q.      Did you ask Ms. Xiang whether or not
 7   she owned any properties?
 8        A.      No.
 9        Q.      Did you ask Ms. Xiang whether or not
10   she had any brokerage accounts?
11        A.      No.
12        Q.      Did you review Ms. Xiang's tax
13   returns?
14        A.      No.
15        Q.      Did you ask Ms. Xiang for her tax
16   returns?
17        A.      No.
18        Q.      Do you see in the "Presenting
19   Problem" statement that Dr. Jason made refers to
20   Ms. Xiang being angry?
21        A.      Yes.
22        Q.      Did you probe Ms. Xiang as to why she
23   was angry?
24        A.      Yes.
25        Q.      And what did she say?
```

```
                                            Page 44
 1                    G. Frankel, PhD
 2       A.       Well, Ms. Xiang reported that she was
 3   angry.
 4       Q.       Did you ask her why she was angry?
 5       A.       Ms. Xiang talks about being angry
 6   about being let go.
 7       Q.       Was Ms. Xiang angry about being let
 8   go on June 5th, 2020?
 9       A.       Yes.
10       Q.       What did Ms. Xiang say?
11       A.       Ms. Xiang talked about being pregnant
12   and being let go.
13       Q.       Was Ms. Xiang pregnant on June 5th,
14   2020?
15       A.       Not that -- I am not aware if she was
16   pregnant on June 5th.
17       Q.       Do you know when Ms. Xiang was let
18   go?
19       A.       Yes.
20       Q.       When was that?
21       A.       As per information I received,
22   Ms. Xiang reported she was wrongfully terminated
23   July 24th, 2018.
24       Q.       Did you meet with Ms. Xiang after she
25   was terminated and prior to June 5th, 2020?
```

                                        Page 45
 1                    G. Frankel, PhD
 2        A.        No.
 3        Q.        So you don't know how Ms. Xiang was
 4    feeling from July 24th, 2018 until June 5th, 2020,
 5    correct?
 6                  MR. ALTARAS:  Objection.
 7        A.        I did not have contact with her in
 8    that time period.
 9                  MR. MARKEL:  Court reporter, can you
10        read back my question?
11                  (Whereupon, the record was read back
12        by the reporter.)
13        A.        I have her report on her experiences.
14        Q.        You're referring to Dr. Jason's
15    report, correct?
16        A.        There's Dr. Jason's report and
17    Ms. Xiang's commentary.
18        Q.        I'm sorry?  Say again.
19        A.        Ms. Xiang's reporting to me how she
20    felt.
21        Q.        Reporting to you how she felt on
22    June 5th, 2020, correct?
23        A.        Correct.
24        Q.        You don't know how Ms. Xiang was
25    feeling from July 24th, 2018 to June 5th, 2020

```
                                              Page 46
 1                     G. Frankel, PhD
 2     independently on your own, correct?
 3                MR. ALTARAS:  Objection.
 4          A.     I did not have contact with her
 5     between July 24th and June 5th.
 6          Q.     And you didn't speak to Dr. Jason
 7     during that period either, correct?
 8          A.     Correct.
 9          Q.     So your only understanding of how
10     Ms. Xiang was feeling during that period is from
11     these notes of Dr. Jason and from her -- and from
12     your interview of Ms. Xiang on June 5th, 2020,
13     correct?
14          A.     Correct.
15          Q.     If you see down at the bottom of this
16     page, do you see that Dr. Jason declared this
17     information to be accurate and complete on
18     February 19th, 2019?  Do you see that?
19          A.     Yes.
20          Q.     Do you know why it took Dr. Jason
21     over five months to sign and declare her notes
22     were accurate?
23                MR. ALTARAS:  Objection.
24          A.     No.
25          Q.     Do you take notes with respect to
```

```
                                            Page 47
 1                    G.  Frankel,  PhD
 2    your patients?
 3         A.        Yes.
 4         Q.        Do you confirm the accuracy of those
 5    notes after your session with a patient?
 6         A.        I don't know what you mean by confirm
 7    the accuracy.
 8         Q.        Well, do you do what Dr. Jason did
 9    with respect to her notes?
10                   MR. ALTARAS:  Objection.
11                   You can answer if you understand the
12         question.
13         A.        I don't do a note like that note.
14         Q.        Do you take handwritten notes when
15    you see a patient?
16         A.        Yes.
17         Q.        Do you take handwritten notes every
18    time you see a patient?
19         A.        No.
20         Q.        Do you take what's called process
21    notes?
22                   MR. ALTARAS:  Objection.
23         A.        Yes.
24         Q.        What are process notes?
25         A.        They can be referred as to notes that
```

Page 48

```
 1                   G. Frankel, PhD
 2   are taken during the session.
 3       Q.      Did you ask Dr. Jason for her process
 4   notes?
 5       A.      No.
 6       Q.      Did you ask Ms. Xiang to provide you
 7   with Dr. Jason's process notes?
 8       A.      No.
 9       Q.      Did you ask Mr. Altaras to provide
10   you with Dr. Jason's process notes?
11       A.      No.
12       Q.      Why not?
13       A.      Usually, process notes are the
14   therapist's personal notes and not provided
15   outside.  They're protected notes.
16       Q.      Is it your position that if Ms. Xiang
17   asked for her therapist's process notes that she
18   wouldn't be able to obtain them?
19                   MR. ALTARAS:  Objection.
20       A.      I couldn't -- it is not usually asked
21   for process notes.
22                   MR. MARKEL:  Can you read back my
23       question?
24                   (Whereupon, the record was read back
25       by the reporter.)
```

Page 49

1                    G. Frankel, PhD
2        A.        I couldn't comment on predictive
3    questions.
4        Q.        If a patient of yours asks for your
5    process notes, would you hand them to her or him?
6                  MR. ALTARAS:  Objection.
7        A.        It's not a yes or no answer.
8        Q.        Well, can you explain?
9        A.        It would be first -- when notes are
10   asked for as the formal progress notes, there's a
11   process to assess whether it is in the patient's
12   psychological appropriateness to receive the
13   progress notes.
14       Q.        So you wouldn't provide the process
15   notes to a patient unless they were medically
16   sound to receive those process notes?
17       A.        Usually, the information that is
18   relevant is in the psychotherapy notes that are
19   shared.
20       Q.        Would you provide your process notes,
21   if requested, to another medical professional?
22       A.        The relevant clinical information
23   would be available in the progress notes that were
24   shared.
25       Q.        That's not my question, Dr. Frankel.

```
                                        Page 50
 1                    G. Frankel, PhD
 2              My question is would you provide your
 3    process notes if requested by another medical
 4    professional?
 5                    MR. ALTARAS:  Objection.
 6       A.      It would be assessed case by case.
 7       Q.      If the patient asked you to provide
 8    your process notes to another medical
 9    professional, would you do it?
10                    MR. ALTARAS:  Objection.
11       A.      It would be assessed case by case and
12    by relevance.
13       Q.      Is there --
14       A.      If the information needed to be
15    shared, it would have already been shared with
16    another medical professional.
17       Q.      How would that information already
18    have been shared?
19                    MR. ALTARAS:  Objection.
20       A.      Through the regular progress note or
21    communication.
22       Q.      The process notes are different from
23    the progress notes, correct?
24       A.      Yes.
25       Q.      And my question to you is if a
```

Page 51

```
 1                    G. Frankel, PhD
 2   patient asked you for your process notes or
 3   directed you to send your process notes to another
 4   medical provider, would you do it?
 5        A.        It would be assessed case by case.
 6        Q.        Is there a basis for you under the
 7   law not to provide your process notes?
 8                  MR. ALTARAS:  Objection.
 9        A.        The law can provide for protection of
10   those process notes.
11        Q.        Under what circumstances?
12                  MR. ALTARAS:  Objection.
13        A.        There's case law about that that is
14   beyond referencing at the moment.
15        Q.        You never asked Ms. Xiang to obtain
16   Dr. Jason's process notes, correct?
17        A.        No.
18        Q.        And you never called Dr. Jason to ask
19   for her process notes, correct?
20        A.        Correct.
21                  MR. MARKEL:  Ross, can we go to the
22          next page of that document?
23        Q.        Dr. Frankel, do you recognize this
24   page?
25        A.        It looks like it would be another
```

```
                                         Page 52
 1                    G. Frankel, PhD
 2    note in the process.
 3         Q.      And do you see that this note is
 4    dated August 22nd, 2018, from 6:00 to 6:45 p.m.?
 5         A.      Yes.
 6         Q.      And is that approximately 13 days
 7    after the intake note that was dated August 9th,
 8    2018?
 9         A.      That's an appropriate subtraction.
10         Q.      Is this Ms. Xiang's second visit with
11    Dr. Jason?
12         A.      I can't comment on second, but it is
13    the second report that's provided.
14         Q.      And you haven't been provided with
15    any other notes than the notes that Ms. Xiang or
16    Mr. Altaras provided you in this case, correct?
17         A.      Correct.
18         Q.      Do you see that there's a diagnosis
19    on this page?
20         A.      I just want to comment that I am
21    trusting that you took the second note in the
22    series that you were provided.
23         Q.      I'll state for the record that the
24    notes that I'm providing you are in sequential
25    order from the first date to the last date as
```

```
                                      Page 53
 1                    G. Frankel, PhD
 2    provided by Mr. Altaras and plaintiff in this
 3    case.
 4         A.       Thank you.
 5                  I do see the diagnosis noted.
 6         Q.       What is that diagnosis?
 7         A.       It says F41.1, Generalized Anxiety
 8    Disorder.
 9         Q.       What does that mean?
10         A.       It means that the person is
11    experiencing anxiety.
12         Q.       Did you ask Ms. Xiang about her
13    anxiety?
14         A.       Yes.
15         Q.       What did you ask her?
16         A.       It would be hard to recall the exact
17    question.
18         Q.       Do you have a list of questions that
19    you ask patients?
20         A.       I have a running list in my head.
21         Q.       Do you recall what questions you
22    asked Ms. Xiang about her anxiety?
23         A.       No.
24         Q.       If you see -- if you scroll down, do
25    you see the "Symptom Description and Subjective
```

```
                                          Page 54
 1                    G. Frankel, PhD
 2    Report"?
 3         A.      I don't have the ability to scroll.
 4         Q.      It's right on the screen.
 5         A.      Wait.  I'm sorry.  Where?
 6         Q.      Where it says "Symptom Description
 7    and Subjective Report."
 8                 Do you see that?
 9         A.      Yes.
10         Q.      Do you see there's a quote there that
11    says "Trying to think more positively"?
12         A.      Yes.
13         Q.      Is that a quote of Ms. Xiang?
14         A.      One can consider that that is
15    reflecting a quote of Ms. Xiang's.
16         Q.      Did you ask Ms. Xiang what she meant
17    by that?
18         A.      No.
19         Q.      Did you ask Dr. Jason what was meant
20    by that statement?
21         A.      No.
22         Q.      Do you see in the "Relevant Content"
23    section it says "Likely to move forward with her
24    case"?  Do you see that?
25         A.      Yes.
```

```
                                          Page 55
 1                  G. Frankel, PhD
 2              Thank you for the larger font.
 3      Q.      Did she talk to you about the merits
 4   of her case?
 5      A.      No.
 6      Q.      Did you ask her whether or not she
 7   was considering not to move forward with her case?
 8      A.      No.
 9      Q.      Did she talk to you about any
10   ambivalence about moving forward with her case?
11      A.      No.
12      Q.      Did she talk to you about the merits
13   of her case?
14              MR. ALTARAS:  Objection.
15      A.      No.
16      Q.      Did she talk to you about why she was
17   bringing a case against her former employer,
18   Market America?
19              MR. ALTARAS:  Objection.
20      A.      No.
21      Q.      Do you see in that same section
22   Dr. Jason writes "Only gained 15 to 18 pounds so
23   far"?  Do you see that?
24      A.      Yes.
25      Q.      Did you talk to Ms. Xiang about how
```

```
                                      Page 56
 1                  G. Frankel, PhD
 2   much weight she had gained during her pregnancy?
 3        A.        She made references to that.
 4        Q.        What did Ms. Xiang tell you?
 5        A.        She said she did not gain much
 6   weight.
 7        Q.        Did you ask her how much weight she
 8   gained during her pregnancy?
 9        A.        No.
10        Q.        Did you know that Ms. Xiang had
11   another child?
12        A.        I don't recall at the moment.
13        Q.        Do you know that Ms. Xiang has two
14   children?
15        A.        I believe -- that sounds familiar.
16        Q.        Do you know the names of Ms. Xiang's
17   children?
18        A.        No.
19        Q.        Do you know the ages of Ms. Xiang's
20   children?
21        A.        Not offhand.
22        Q.        Did you discuss with Ms. Xiang her
23   first pregnancy?
24        A.        No.
25        Q.        Did you discuss with Ms. Xiang that
```

```
                                        Page 57
 1                    G. Frankel, PhD
 2    she was pregnant with her first child in 2016?
 3         A.      No.
 4         Q.      Did Ms. Xiang inform you that she was
 5    employed at Market America when she had her first
 6    child in 2016?
 7         A.      I don't recall.
 8         Q.      Did Ms. Xiang discuss with you that
 9    she was provided with maternity leave by Market
10    America with respect to her first child in 2016?
11         A.      No.
12         Q.      Did you ask Ms. Xiang how much weight
13    she had gained during her first pregnancy?
14         A.      No.
15         Q.      Did you ask Ms. Xiang how much weight
16    she had gained at the same point in her first
17    pregnancy as her second pregnancy?
18         A.      No.
19         Q.      Do you see the next sentence says
20    "Support positive self-regard and self-care"?
21         A.      Yes.
22         Q.      Do you know what that refers to?
23         A.      I consider it suggests that Dr. Jason
24    was having discussions about self-regard and
25    self-care and trying to reinforce that with her
```

```
                                              Page 58

 1                    G. Frankel, PhD
 2     patient.
 3          Q.      Did you discuss that with Ms. Xiang
 4     during your interview?
 5          A.      No.
 6          Q.      Did you ever speak with Ms. Xiang's
 7     primary care physician?
 8          A.      No.
 9          Q.      Did you ever speak with Ms. Xiang's
10     gynecologist?
11          A.      No.
12          Q.      Did you ever speak with Ms. Xiang's
13     children's pediatrician?
14          A.      No.
15          Q.      Do you see down at the bottom of this
16     document it refers to "Prescribed frequency of
17     treatment"?
18          A.      Yes.
19          Q.      And do you see it says weekly?
20          A.      Yes.
21          Q.      Do you know whether Ms. Xiang saw
22     Dr. Jason weekly?
23          A.      That would be represented in the
24     progress notes.
25          Q.      Are these the progress notes that
```

```
                                        Page 59

 1                    G. Frankel, PhD
 2   we're looking at?
 3        A.        That's how they're represented.
 4        Q.        And do you see it says under "Plan,"
 5   it says "See next week"?
 6        A.        Yes.
 7        Q.        Does that refer to Dr. Jason seeing
 8   Ms. Xiang in a week?
 9        A.        That's what it's referring to.
10                  MR. MARKEL:  Can we go to the next
11        page of this document, Ross?
12        Q.        Dr. Frankel, do you see this page is
13   dated September 12th, 2018 from 4:30 to 5:15 p.m.?
14   Do you see that?
15        A.        Yes.
16        Q.        And that's approximately 20 days
17   after the last progress note of the session
18   Dr. Jason had with Ms. Xiang on August 22nd, 2018,
19   correct?
20        A.        Yes.
21        Q.        And do you see the diagnosis on that
22   page again says Generalized Anxiety Disorder?
23        A.        Yes.
24        Q.        Do you see under the "Symptom
25   Description and Subjective Report," it says
```

```
                                          Page 60
 1                    G. Frankel, PhD
 2     "Anxious over discrimination case"?
 3          A.      Yes.
 4          Q.      Did you ask Ms. Xiang about this
 5     statement?
 6          A.      No.
 7          Q.      Did you ask Ms. Xiang what made her
 8     anxious over the discrimination case?
 9          A.      I did not -- I think you're
10     assuming -- no, I didn't.
11          Q.      Did you ask Ms. Xiang any questions
12     whatsoever about the notes you received of
13     Dr. Jason?
14          A.      No.
15          Q.      If you see in the "Relevant Content"
16     section, do you see there it says "Lawyer just
17     submitted claim regarding discrimination"?
18          A.      Yes.
19          Q.      Did you discuss with Ms. Xiang what
20     that meant?
21          A.      No.
22          Q.      Do you see the next sentence says
23     "Stressors at home as well"?
24          A.      Yes.
25          Q.      Did you ask Ms. Xiang what those
```

```
                                         Page 61

 1                    G. Frankel, PhD

 2   stresses were?

 3        A.       No.

 4        Q.       Why not?

 5        A.       You are assuming I had these in front

 6   of me when I interviewed her.

 7        Q.       Is it your position today under oath

 8   in your deposition that you didn't have these

 9   notes when you interviewed Ms. Xiang?

10                    MR. ALTARAS:  Objection.

11        A.       I did not have them -- I would have

12   to look at the exact date.  I did not have them

13   open and referring to them as I interviewed the

14   client.

15        Q.       Wouldn't it have been important to

16   discuss these notes with Ms. Xiang directly?

17                    MR. ALTARAS:  Objection.

18        A.       I would have to look back at the date

19   that I had those notes.

20        Q.       Wouldn't it have been important for

21   you to have corroborated whether or not these

22   statements were true and accurate?

23                    MR. ALTARAS:  Objection.

24        A.       What a provider writes in provider

25   notes are --
```

```
                                             Page 62
 1                   G. Frankel, PhD
 2                   MR. MARKEL:  Court reporter, could
 3        you read back my question?
 4                   (Whereupon, the record was read back
 5        by the reporter.)
 6        A.       Yes.
 7        Q.       Wouldn't it have been important for
 8   you to know whether or not there were independent
 9   stressors that Ms. Xiang was experiencing for
10   purposes of your examination of Ms. Xiang?
11                   MR. ALTARAS:  Objection.
12                   You can answer if you understand the
13        question.
14        A.       Yes.
15        Q.       Do you see the sentence says after
16   "Stresses at home as well, daughter just bit
17   someone in day care again"?
18        A.       Yes.
19        Q.       Do you see that?
20        A.       Yes.
21        Q.       Did you discuss with Ms. Xiang what
22   her -- withdrawn.
23                   Did you discuss with Ms. Xiang her
24   daughter biting other children in day care?
25        A.       No.
```

```
                                          Page 63
 1                  G. Frankel, PhD
 2        Q.      Did you discuss with Ms. Xiang
 3   whether or not she was anxious about her daughter
 4   biting another child in day care?
 5        A.      No.
 6        Q.      Did you discuss with Ms. Xiang
 7   whether or not she was distressed about her
 8   daughter biting another child in day care?
 9        A.      No.
10        Q.      Do you see the next sentence says
11   "Concerned about the future with the baby and her
12   daughter"?
13        A.      Yes.
14        Q.      Did you discuss with Ms. Xiang about
15   the future of her baby's safety with her daughter?
16        A.      No.
17        Q.      Did you discuss whether or not
18   Ms. Xiang was anxious about that circumstance?
19        A.      No.
20        Q.      Did you discuss with Ms. Xiang
21   whether or not she was distressed about that
22   circumstance?
23        A.      No.
24        Q.      Do you see also in that same
25   "Relevant Content" section that it refers to a
```

```
                                        Page 64
 1                    G. Frankel, PhD
 2     "conflict with her mother who lives with them"?
 3          A.      Yes.
 4          Q.      Did you explore with Ms. Xiang any
 5     conflicts she was having with her mother?
 6          A.      No.
 7          Q.      Did you explore any conflicts that
 8     Ms. Xiang was having with her mother-in-law?
 9          A.      No.
10          Q.      Did you explore any conflicts that
11     Ms. Xiang was having with her husband?
12          A.      No.
13          Q.      Do you see the next sentence reads
14     "Possible employment alternatives explored"?
15          A.      Yes.
16          Q.      Does that suggest as of
17     September 12th, 2018 Ms. Xiang is looking for
18     alternative employment?
19          A.      It would be hard to know exactly what
20     that statement means.
21          Q.      Did you ask Ms. Xiang whether or not
22     she looked for a new job after she left Market
23     America?
24          A.      I don't recall.
25          Q.      Did you ask her whether or not she
```

```
                                          Page 65
 1                     G. Frankel, PhD
 2    had any trouble finding a new job after she left
 3    Market America?
 4         A.      I might have.
 5         Q.      What did you ask her?
 6         A.      I couldn't repeat exactly what I
 7    asked her.
 8         Q.      What did she say to you?
 9         A.      I would have written down what she
10    had said to me.
11         Q.      Where would you have written it?
12         A.      In the report.
13         Q.      In your typed report?
14         A.      Yes.
15         Q.      Did you reference in your typed
16    report that Ms. Xiang obtained new employment as
17    of December 2018?
18         A.      No.
19         Q.      Why not?
20         A.      We may not have spoken about it.
21         Q.      Does that refresh your recollection
22    then that you didn't ask Ms. Xiang whether or not
23    she obtained new employment?
24                 MR. ALTARAS:   Objection.
25         A.      I do not see a statement regarding
```

```
                                       Page 66
 1                    G. Frankel, PhD
 2   employment.
 3        Q.      Does that refresh your recollection
 4   that you didn't ask Ms. Xiang whether or not she
 5   had obtained new employment?
 6                 MR. ALTARAS:  Objection.
 7        A.      I don't recall the specific
 8   questioning.
 9        Q.      Well, did you intentionally leave the
10   fact that Ms. Xiang had obtained new employment as
11   of December 2018 out of your affidavit?
12        A.      No.
13        Q.      So is it fair to say that you didn't
14   ask Ms. Xiang whether or not she was employed when
15   you interviewed her on June 5th, 2020?
16        A.      I may not have.
17                 MR. MARKEL:  Okay.
18                 Let's go to the next page, Ross.
19        Q.      Dr. Frankel, do you see that these
20   are progress notes of Dr. Jason that are dated
21   November 30th, 2018 from 4:30 to 5:15 p.m.?
22        A.      Yes.
23        Q.      Do you know whether or not Ms. Xiang
24   had given birth between September 12th, 2018, the
25   last time she saw Dr. Jason, and November 30th,
```

```
                                       Page 67
 1                  G. Frankel, PhD
 2     2018?
 3                  MR. ALTARAS:  Objection.
 4        A.        I didn't have the birth date.
 5        Q.        But this document reflects that
 6     Ms. Xiang saw Dr. Jason approximately two months
 7     after she saw Dr. Jason on September 12th, 2018,
 8     correct?
 9        A.        Yes.
10        Q.        Is the diagnosis on this document the
11     same?
12        A.        The font or that section of the date
13     is blocking my ability to see the rest of the
14     progress note.
15                  Okay.  It does still say Generalized
16     Anxiety Disorder.
17        Q.        So nothing with respect to Dr.
18     Jason's diagnosis had changed, correct?
19                  MR. ALTARAS:  Objection.
20        A.        That is the diagnosis she used.
21        Q.        In the "Symptom Description and
22     Subjective Report" section, it says "Stressed,"
23     correct?
24        A.        Yes.
25        Q.        Did you ask Ms. Xiang why she was
```

```
 1                    G. Frankel, PhD
 2   stressed as of November 30th, 2018?
 3        A.      No.
 4        Q.      Do you see in the "Relevant Content"
 5   section it says "Dealing with two kids is
 6   difficult"?
 7        A.      Yes.
 8        Q.      Did you address with Ms. Xiang why
 9   she felt dealing with two kids was difficult?
10        A.      No.
11        Q.      Did you discuss with Ms. Xiang her
12   ability to cope with having two children?
13        A.      No.
14        Q.      Did you discuss with Ms. Xiang
15   whether or not she liked being a mother?
16        A.      No.
17        Q.      Did you discuss with Ms. Xiang
18   whether or not she suffered from postpartum?
19        A.      No.
20        Q.      Did you speak with any of Ms. Xiang's
21   medical providers about whether or not she
22   suffered from postpartum?
23        A.      No.
24        Q.      Did you ask Ms. Xiang to provide you
25   with any medical records other than the
```

```
                                            Page 69
 1                   G. Frankel, PhD
 2   psychotherapy records you received from Dr. Jason?
 3        A.       No.
 4        Q.       Does the "Relevant Content" section
 5   also refer to Ms. Xiang's mother-in-law being in
 6   her home?
 7        A.       It does say mother-in-law is also
 8   here.
 9        Q.       Did you explore with Ms. Xiang
10   whether or not having her mother-in-law in her
11   home created anxiety for her?
12        A.       No.
13        Q.       Did you discuss with Ms. Xiang
14   whether or not having her mother-in-law in her
15   home caused her to feel distressed?
16        A.       No.
17        Q.       Do you see in these notes it says
18   that Ms. Xiang "feels like she cries too much"?
19        A.       Yes.
20        Q.       Did you ask Ms. Xiang why she cried
21   too much?
22                 MR. ALTARAS:  Objection.
23        A.       No.
24        Q.       Did you ask Ms. Xiang what was the
25   cause of making her cry?
```

```
                                       Page 70

 1                    G. Frankel, PhD
 2        A.      No.
 3                MR. ALTARAS:  Objection.
 4        A.      No.
 5        Q.      Do you see in these notes that it
 6   refers to Ms. Xiang "focused on sending out a few
 7   résumés at a time in order to be able to better
 8   manage and focus on future prospects"?
 9        A.      Yes.
10        Q.      Did you discuss with Ms. Xiang her
11   future prospects?
12        A.      No.
13        Q.      Do you see towards the bottom of that
14   page the "Prescribed Frequency of Treatment," do
15   you see that it now says "As needed"?
16        A.      Yes.
17        Q.      Do you know why Dr. Jason changed her
18   progress notes from weekly treatment to as needed
19   treatment?
20        A.      No.
21        Q.      Does that suggest that Dr. Jason
22   didn't believe that Ms. Xiang needed to be treated
23   on a weekly basis?
24        A.      It could also suggest that because
25   there's a baby at home that she has difficulty
```

```
                                        Page 71
 1                    G. Frankel, PhD
 2    coming weekly.
 3         Q.      Do you know whether or not Ms. Xiang
 4    had her mother living with her at the time that
 5    she gave birth to her child?
 6                  MR. ALTARAS:  Objection.
 7         A.      I could not comment on that.
 8         Q.      Do you know whether or not her
 9    mother-in-law was also living in her home at this
10    time?
11         A.      I could not comment on that.
12         Q.      Did you ask whether or not Ms. Xiang
13    had child care?
14         A.      No.
15         Q.      So you don't know as you sit here
16    today whether or not Dr. Jason believed that
17    Ms. Xiang didn't need to seek psychotherapy on a
18    weekly basis?
19         A.      I do not know what was behind
20    Dr. Jason's thinking when she wrote that.
21         Q.      And you never asked Dr. Jason,
22    correct?
23         A.      Correct.
24                  MR. MARKEL:  Ross, if we can turn to
25         the next page.
```

```
                                        Page 72
 1                    G. Frankel, PhD
 2        Q.        Dr. Frankel, this page refers to
 3   psychotherapy notes of Dr. Jason dated
 4   December 19, 2018.
 5        A.        Yes.
 6        Q.        Approximately 20 days after
 7   Ms. Xiang's last session with Dr. Jason on
 8   November 30th, 2018.
 9                  Do you see that?
10        A.        Yes.
11        Q.        Do you see the diagnosis?
12        A.        Yes.
13        Q.        And has that diagnosis changed?
14        A.        No, it hasn't.
15        Q.        And do you see in the "Symptom
16   Description and Subjective Report" section that it
17   says "A bit more at ease"?
18        A.        Yes.
19        Q.        Did you explore with Ms. Xiang what
20   is meant by this statement?
21        A.        No.
22        Q.        Did you explore with Ms. Xiang that
23   as of December 19, 2018 she was feeling more at
24   ease?
25        A.        No.
```

```
                                        Page 73
```

1                      G. Frankel, PhD

2          Q.      Did you see in the "Relevant Content"

3    section, it says "Currently working as a

4    freelancer"?

5          A.      Yes.

6          Q.      Did you discuss that with Ms. Xiang?

7          A.      No.

8          Q.      Did you discuss with Ms. Xiang that

9    she had found new employment?

10         A.      I don't recall.

11         Q.      As you sit here today and review this

12   document, is it your understanding that as of

13   December 19th, 2018, Ms. Xiang was employed?

14         A.      That is what the document is

15   suggesting.

16         Q.      But you didn't explore with Ms. Xiang

17   when you met with her on June 5th, 2020 whether or

18   not she was employed, correct?

19         A.      Correct.

20         Q.      Do you see in that same section it

21   says "Difficulty between her mother and

22   mother-in-law, as they have conflict"?  Do you see

23   that?

24         A.      Yes.

25         Q.      Did you explore with Ms. Xiang the

Page 74

```
1                    G. Frankel, PhD
2    conflict between her mother and mother-in-law?
3        A.      No.
4        Q.      Did you explore with Ms. Xiang
5    whether or not she suffered any anxiety over the
6    conflict between her mother and mother-in-law?
7        A.      No.
8        Q.      Did you explore with Ms. Xiang
9    whether or not she felt depressed because of the
10   conflict between her mother and mother-in-law?
11       A.      No.
12       Q.      Do you see in that same section it
13   refers to "supporting positive communication in
14   ways in which to manage the various stressors"?
15       A.      Yes.
16       Q.      Did you discuss with Ms. Xiang what
17   the various stressors were?
18       A.      No.
19       Q.      Wouldn't it have been important to
20   know whether or not Ms. Xiang was suffering from
21   various stressors?
22       A.      No.
23       Q.      Why not?
24       A.      Well, people can have many stressors.
25   It's a question of -- they switch from -- they can
```

Page 75

1                    G. Frankel, PhD
2   be variable from day-to-day.
3       Q.      But you didn't ask Ms. Xiang what
4   those stressors were, correct?
5                    MR. ALTARAS:  Objection.
6       A.      She describes -- in her discussions,
7   she brings up the stressors.
8                    MR. MARKEL:  I'm sorry.  Can you read
9        back her answer?
10                   (Whereupon, the record was read back
11       by the reporter.)
12      Q.      What stressors did she describe to
13  you that she was suffering as of December 19,
14  2018?
15      A.      We didn't discuss specifically
16  related to December 19, 2018.
17      Q.      Well, wouldn't it have been important
18  to know what those independent stressors were?
19                   MR. ALTARAS:  Objection.
20      A.      That's -- people have different
21  stressors.  This is 2018.  People have multiple
22  stressors.
23                   MR. MARKEL:  Can you read back her
24       answer?
25                   (Whereupon, the record was read back

```
                                         Page 76
 1                     G. Frankel, PhD
 2         by the reporter.)
 3         Q.        Wouldn't it have been important for
 4    you to know what those multiple stressors were
 5    that Ms. Xiang was suffering from in 2018?
 6                   MR. ALTARAS:  Objection.
 7         A.        As I said, the stressors from 2018
 8    can be different than 2019.
 9         Q.        Wouldn't it have been important to
10    you to know that since Ms. Xiang left Market
11    America in July 2018 what stressors she's
12    experienced since that date?
13                   MR. ALTARAS:  Objection.
14         A.        We focused on her experiences during
15    her work.  During work.
16         Q.        You focused on her stressors during
17    work while she was at Market America?
18         A.        We focused on the emotional
19    consequences from those experiences being
20    terminated when she was pregnant.
21         Q.        But you didn't interview Ms. Xiang
22    until June 5th, 2020, correct?
23         A.        Correct.
24         Q.        Almost two years later, correct?
25         A.        Yes.
```

Page 77

1                         G. Frankel, PhD
2        Q.        And it wasn't important to you to
3    know what stressors Ms. Xiang had experienced from
4    July 24th, 2018 until June 5th, 2020 when you
5    interviewed her?
6                   MR. ALTARAS:  Objection.
7        A.        She could have lots of different
8    things happening.  She could have a broken leg.
9    That would not be relevant.
10       Q.        Wouldn't it have been important to
11   determine what independent stressors she's
12   experienced from July 2018 until June 5th, 2020?
13                  MR. ALTARAS:  Objection.
14       A.        She could have had independent
15   stressors.  I can't comment on those independent
16   stressors.
17       Q.        Well, how would you be able to
18   evaluate those independent stressors unless you
19   asked about them?
20       A.        I couldn't comment on those
21   independent stressors.
22       Q.        So you wouldn't be able to evaluate
23   whether or not Ms. Xiang suffered from any
24   independent stressors because you didn't ask about
25   them, correct?

```
                                              Page 78
  1                    G. Frankel, PhD
  2              MR. ALTARAS:  Objection.
  3      A.     I did not ask specifically about
  4  other stressors.
  5      Q.     And that would be relevant to whether
  6  or not Ms. Xiang was experiencing anxiety,
  7  correct?
  8              MR. ALTARAS:  Objection.
  9      A.     I focused my description on her
 10  anxiety and what she was anxious about.
 11      Q.     But your affidavit refers to the
 12  psychotherapy notes.  As you said, it incorporates
 13  these psychotherapy notes, correct?
 14      A.     Yes.
 15      Q.     Wouldn't it have been important to
 16  ask Ms. Xiang about the various stressors that are
 17  referenced in these psychotherapy notes?
 18              MR. ALTARAS:  Objection.
 19      A.     I did not have a psychotherapy note
 20  open during the interview.
 21      Q.     But you relied on the psychotherapy
 22  notes in providing Mr. Altaras with your sworn
 23  affidavit, correct?
 24      A.     I reviewed them.
 25      Q.     Is it your position today that you
```

Page 79

```
 1                    G. Frankel, PhD
 2   didn't rely on them?
 3                MR. ALTARAS:  Objection.
 4       A.      I did not -- I really do not know
 5   what you mean by rely.
 6       Q.      Well, did they help to form the basis
 7   of your opinion in your affidavit?
 8       A.      I looked for consistency and pay
 9   attention and look at the diagnosis.
10                MR. MARKEL:  Court reporter, can you
11          read back my question?
12                (Whereupon, the record was read back
13          by the reporter.)
14       A.      I use my interview to form my
15   opinion.
16       Q.      So is it your testimony today that
17   Dr. Jason's notes did not support your opinion in
18   your affidavit?
19                MR. ALTARAS:  Objection.
20       A.      That is not what I'm saying.
21       Q.      Did you incorporate Dr. Jason's notes
22   in your affidavit?
23       A.      I reviewed them.  I presented
24   information from her notes in my report.
25       Q.      Did you rely upon them in making any
```

Page 80

```
 1                    G. Frankel, PhD
 2   determinations in your report?
 3                 MR. ALTARAS:  Objection.
 4       A.       I'm having trouble with the word
 5   "rely."  I reviewed them.
 6       Q.       Well, did they help you to form an
 7   opinion with respect to your affidavit?
 8                 MR. ALTARAS:  Objection.
 9       A.       My opinion is from my interaction and
10   that which I have direct control over.
11       Q.       So is it your testimony today that
12   Dr. Jason's notes played no part in rendering any
13   of the statements that you've made in your
14   affidavit?
15                 MR. ALTARAS:  Objection.
16                 Asked and answered.
17                 Dr. Frankel, you can answer again.
18                 MR. MARKEL:  You can stop your
19       speaking objections.
20       A.       You used the word "no."  Dr. Jason's
21   reports refer to her losing a job, being anxious
22   about finding another job.
23       Q.       Are you reading from something right
24   now?
25       A.       Yes, I am.
```

```
                                                    Page 81
 1                      G. Frankel, PhD
 2       Q.        What are you reading from?
 3       A.        Review of medical records,
 4   August 9th, 2018.  Her report.
 5       Q.        Whose report?
 6       A.        Dr. Jason's progress note.
 7       Q.        What date are you referring to?
 8       A.        From the progress note from
 9   August 9th, 2018.
10       Q.        We're reviewing, Dr. Frankel, a
11   progress note dated December 19th, which is an
12   exhibit that's on the screen.
13       A.        Correct.
14       Q.        And my question to you is it refers
15   to Ms. Xiang experiencing various stressors,
16   correct?
17       A.        Yes.
18       Q.        Is it your testimony that you did not
19   explore with Ms. Xiang any of those various
20   stressors that are described in Dr. Jason's
21   December 19, 2018 progress report?
22                 MR. ALTARAS:  Objection.
23       A.        I did not have this progress note
24   open when I was interviewing Ms. Xiang.
25       Q.        So you did not explore with Ms. Xiang
```

```
                                        Page 82
 1                    G. Frankel, PhD
 2   any of the statements that are in Dr. Jason's
 3   progress notes, correct?
 4                    MR. ALTARAS:  Objection.
 5        A.        Correct.
 6                    MR. MARKEL:  If you turn to the next
 7        page -- Ross, if you could put that on the
 8        screen.
 9        Q.        Dr. Frankel, do you see this
10   document?
11        A.        Yes.
12        Q.        Does this document state that on
13   February 21st, 2019, there was a termination
14   note --
15        A.        Yes.
16        Q.        Just let me finish my question.
17        A.        Okay.
18        Q.        -- that there was a termination note
19   between Ms. Xiang and Dr. Jason?
20        A.        Yes.
21        Q.        Does this document reflect that
22   Dr. Jason believed her treatment of Ms. Xiang was
23   terminated?
24                    MR. ALTARAS:  Objection.
25        A.        Yes, it indicated termination.
```

```
                                          Page 83
 1                      G. Frankel, PhD
 2          Q.        Under the reason for termination,
 3     does it say "Patient discontinued contact"?
 4          A.        Yes.
 5          Q.        Do you see under the "Treatment Goals
 6     and Outcome," it says "Gave birth and was starting
 7     to look for other employment"?
 8          A.        Yes.
 9                    MR. MARKEL:  Ross, if we could go to
10          the next page.
11          Q.        Do you see, Dr. Frankel, that these
12     are Dr. Jason's psychotherapy process notes dated
13     March 22nd, 2019?
14          A.        Yes.
15          Q.        Do you know why Ms. Xiang went back
16     to Dr. Jason on March 22nd, 2019 after not seeing
17     her since December 2018?
18          A.        Yes.
19          Q.        Why did she go back to Dr. Jason?
20          A.        The client explained to me that she
21     became upset again and thought she could benefit
22     from support.
23          Q.        Do you know why she became upset
24     again as of March 22nd, 2019?
25          A.        She referenced -- in her discussion
```

Page 84

```
 1                    G. Frankel, PhD
 2    with me, she referenced having to talk about the
 3    situation of her termination.
 4         Q.       Did she explain to you who she had to
 5    discuss the situation of her termination with?
 6                    MR. ALTARAS:  Objection.
 7         A.       She said she was having to talk to
 8    her lawyer.  That was more upfront on her mind.
 9         Q.       Do you recall what Ms. Xiang said was
10    on her mind with respect to having to talk to her
11    lawyer?
12                    MR. ALTARAS:  Objection.
13         A.       I would, you know, go back to my
14    report and see what she said, but it is consistent
15    with many of the clients when they are back in the
16    legal process, moving from their day-to-day life
17    to then having to discuss the experiences again
18    that their emotions become heightened and they
19    become more anxious, report difficulty with
20    eating, difficulty with sleeping, irritability.
21    Many of their symptoms recur.
22         Q.       Did you discuss those specifically
23    with Ms. Xiang?
24         A.       We talked about those kinds of
25    symptoms for her, yes.
```

Page 85

1                      G. Frankel, PhD
2        Q.       Did she tell you why talking to her
3    lawyers made her stressed?
4        A.       This is consistent with what I
5    observe with many of the clients, that talking
6    about these experiences, as I said, heighten their
7    emotionality.  They begin to be raw again.  They
8    begin to think about these experiences quite
9    often.
10       Q.       Dr. Frankel, I'm not asking you about
11   others.  I'm asking you specifically about
12   Ms. Xiang.
13       A.       She said -- she reported to me when
14   she was discussing her psychotherapy experiences
15   that she had stopped treatment because of
16   financial issues and then returned when she had to
17   talk about the case because she was upset again.
18       Q.       Do you reference anywhere in your
19   affidavit that Ms. Xiang stopped her treatment for
20   financial reasons?
21       A.       I do see that she had reported she
22   had to stop treatment April 29th and then she had
23   another session in June of 2020.
24       Q.       My question to you is did you include
25   in your report that Ms. Xiang stopped her

                                              Page 86

1                        G. Frankel, PhD
2    treatment with Dr. Jason for financial reasons?
3         A.        No.
4         Q.        Did you discuss with Ms. Xiang how
5    she was feeling on March 22nd, 2019 when she met
6    with Dr. Jason?
7                   MR. ALTARAS:  Objection.
8         A.        She reported she requested a session
9    with Dr. Jason.  So I do recall her having some
10   difficulty with exact date, but she reported she
11   requested a session in June of 2020.  She didn't
12   reference the March one, but she says that she was
13   anxious due to the mediation meeting.  "The box
14   was opened again" was her quote.
15        Q.        Dr. Frankel, I'm talking to you about
16   her session on March 22, 2019, over a year
17   earlier.
18                  Did you discuss with Ms. Xiang -- let
19   me finish my question, please.
20                  Did you discuss with Ms. Xiang why
21   she was stressed at this time?
22                  MR. ALTARAS:  Objection.
23        A.        No.
24        Q.        Do you know whether or not Ms. Xiang
25   had to appear in court in March of 2019?

```
                                             Page 87

 1                    G. Frankel, PhD

 2        A.        No.

 3        Q.        Do you know whether or not Ms. Xiang

 4   would have had to have seen any of her former

 5   colleagues at Market America in March of 2019?

 6        A.        No.

 7                  MR. MARKEL:  Ross, if we could go to

 8        the next page.

 9        Q.        Dr. Frankel, do you see that this

10   reflects that Ms. Xiang missed an appointment with

11   Dr. Jason on April 12th, 2019?

12        A.        Yes.

13        Q.        Do you know why Ms. Xiang missed her

14   appointment?

15        A.        I do not know why.  The report has a

16   comment.

17        Q.        What is that comment?

18        A.        "Had to stay late at work."

19        Q.        Does that reflect that Ms. Xiang was

20   employed as of April 12th, 2019?

21                  MR. ALTARAS:  Objection.

22        A.        It reflects what Dr. Jason wrote.

23        Q.        And what did Dr. Jason write?

24                  MR. ALTARAS:  Objection.

25        A.        "Had to stay late at work."
```

```
                                         Page 88

 1                    G. Frankel, PhD
 2        Q.        Does that suggest to you, sitting
 3   here today, that as of April 12th, 2019 Ms. Xiang
 4   was employed?
 5        A.        No.
 6        Q.        So do you think this note from
 7   Dr. Jason is inaccurate?
 8        A.        No.
 9        Q.        Do you think that Ms. Xiang was lying
10   about having to stay late at work?
11                  MR. ALTARAS:  Objection.
12        A.        This is what Dr. Jason wrote.
13        Q.        Do you have any reason to believe
14   that what Dr. Jason wrote is not true?
15        A.        No.
16        Q.        So why do you believe that Ms. Xiang
17   was not employed as of April 12th, 2019?
18        A.        I don't have information directly
19   from the client about that particular date.
20        Q.        That's because you didn't ask
21   Ms. Xiang whether or not she was employed as of
22   April 12th, 2019, correct?
23                  MR. ALTARAS:  Objection.
24        A.        Correct.
25                  MR. MARKEL:  We could turn, Ross, to
```

1                    G. Frankel, PhD

2        the next page.

3        Q.      Dr. Frankel, this is the

4    psychotherapy progress note of Dr. Jason dated

5    June 3rd, 2020 from 6:45 p.m. to 7:30 p.m.

6                    Do you see that?

7        A.      Yes.

8        Q.      Do you know that Ms. Xiang never saw

9    Dr. Jason from March 22nd, 2019 until June 3rd,

10   2020?

11       A.      Ms. Xiang indicated to me that there

12   was a hiatus.

13       Q.      Did she indicate to you that it was a

14   15-month hiatus?

15       A.      We did not speak about -- you're

16   using 15 months specifically.

17       Q.      Ms. Xiang never saw Dr. Jason from

18   March 22nd, 2019 until June 30, 2020, correct?

19                   MR. ALTARAS:  Objection.

20       A.      We are utilizing the progress notes

21   to provide that information.

22       Q.      I'm sorry?  I didn't hear that.

23       A.      I said we're using the progress notes

24   to reflect the question you're asking me to

25   answer.

```
                                            Page 90

 1                  G. Frankel, PhD

 2       Q.      Well, the progress notes reflect the

 3   dates in which Dr. Jason met with Ms. Xiang,

 4   correct?

 5       A.      Correct.

 6               MR. MARKEL:  Can people hear me?

 7               MR. ALTARAS:  No.  Is there a

 8       question pending?

 9               MR. MARKEL:  Court reporter, can you

10       read back the last question and answer?

11               (Whereupon, the record was read back

12       by the reporter.)

13               MR. MARKEL:  I don't know if it's on

14       my end, but it cut out.

15               Can you read it back again?

16               (Whereupon, the record was read back

17       by the reporter.)

18               MR. MARKEL:  Dr. Frankel, can you

19       hear me?

20               THE WITNESS:  Now I can.

21               MR. MARKEL:  Dr. Frankel, can you

22       hear me?

23               THE WITNESS:  I can hear you when you

24       say that.

25               MR. MARKEL:  Okay.
```

```
                                        Page 91
 1                    G. Frankel, PhD
 2              I apologize --
 3              THE WITNESS:  It sounded as if it was
 4      going to go out --
 5              MR. MARKEL:  I apologize on my end.
 6              MS. D'ANDREA:  Keith, you're breaking
 7      up.  I don't know if you could hear us.
 8              MR. ALTARAS:  Let's go off the
 9      record.
10              (Time noted: 12:14 p.m.)
11              (Recess taken)
12              (Time note: 12:27 p.m.)
13              MR. MARKEL:  Ross, can you put back
14      up the notes for Dr. Frankel from June 3rd,
15      2020, 6:45 to 7:30 p.m.?
16      Q.      Dr. Frankel, have you seen this
17  document before?
18      A.      Yes.
19      Q.      Do you know that this reflects the
20  last time Ms. Xiang met with Dr. Jason?
21      A.      I couldn't comment if this is the
22  last, last time.  I can comment it's the June 3rd
23  report.
24      Q.      Do you know whether or not there are
25  any progress notes of any sessions between
```

```
                                        Page 92
 1                    G. Frankel, PhD
 2    Ms. Xiang and Dr. Jason on any date after
 3    June 3rd, 2020?
 4         A.      I don't.  These are the ones that I
 5    was sent.
 6         Q.      Were you provided with any progress
 7    notes after June 3rd, 2020?
 8         A.      I would go back to the packet that I
 9    received.
10         Q.      Well, if I represent to you that the
11    packet that you received is what we've gone
12    through during your deposition today and these are
13    the last dated notes from Dr. Jason, would that
14    refresh your recollection that this is the last
15    time Ms. Xiang saw Dr. Jason?
16                 MR. ALTARAS:  Objection.
17                 You can answer.
18         A.      I was going to say Keith, I'll trust
19    you.
20         Q.      Do you know whether or not Ms. Xiang
21    spoke to any other psychologist or psychiatrist
22    from July 24th, 2018 until June 3rd, 2020?
23         A.      Ms. Xiang reported to me about
24    working with Dr. Jason.
25         Q.      Did she indicate to you that she met
```

```
                                         Page 93
 1                     G. Frankel, PhD
 2    with any other psychotherapists?
 3         A.        She did not indicate to me that she
 4    met with anyone else.
 5         Q.        Did you ask her whether or not she
 6    met with anyone else?
 7         A.        I asked her whether she had been in
 8    any psychological treatment.  This is what she's
 9    reported.
10         Q.        Ms. Xiang only reported to you that
11    she met with Dr. Jason, correct?
12         A.        Yes.
13         Q.        Does this session reflect that she
14    met with Dr. Jason two days before she was
15    interviewed by you?
16         A.        Yes.
17         Q.        Did you discuss with Ms. Xiang her
18    session with Dr. Jason on June 3rd, 2020?
19         A.        Well, yes.  We discussed her going
20    back for treatment.
21         Q.        Do you know whether or not Ms. Xiang
22    ever went back for treatment again?
23         A.        I do not have that information.
24         Q.        But if she had gone back for
25    treatment again, would you have been provided that
```

```
                                        Page 94
 1                  G. Frankel, PhD
 2    information?
 3         A.       I might have been.
 4         Q.       Have you evaluated Ms. Xiang since
 5    June 5th, 2020?
 6         A.       No.
 7         Q.       So you don't know whether or not she
 8    sought psychiatric treatment since June 23rd,
 9    2020, her last session with Dr. Jason, correct?
10         A.       Correct.
11         Q.       Do you know whether or not Ms. Xiang
12    told Dr. Jason that she was meeting with you two
13    days later?
14         A.       I do not have information about that.
15         Q.       If I told you that Dr. Jason
16    testified that Ms. Xiang never told her that she
17    was meeting with you on June 5th, 2020, would that
18    surprise you?
19         A.       No.
20         Q.       Do you think it's odd that Ms. Xiang
21    didn't tell Dr. Jason that she was meeting with
22    you on June 5th, 2020?
23                  MR. ALTARAS:  Objection.
24         A.       No.
25         Q.       Do you know that Ms. Xiang had
```

```
 1                    G. Frankel, PhD
 2    requested her -- the progress notes from Dr. Jason
 3    in order to provide them to you?
 4         A.     I don't -- wait.  I'm sorry.
 5                MR. MARKEL:  Can you repeat the
 6         question?
 7                THE WITNESS:  Please repeat the
 8         question.
 9                (Whereupon, the record was read back
10         by the reporter.)
11         A.     I would imagine that's the process.
12         Q.     Would it surprise you to know that
13    Ms. Xiang didn't tell Dr. Jason why she was
14    requesting her progress notes?
15                MR. ALTARAS:  Objection.
16         A.     The other clarification is sometimes
17    a law firm connects with the client, so I don't
18    know exactly which specific process in this
19    particular case.
20         Q.     Did you ask Ms. Xiang whether or not
21    she had told her psychotherapist, Dr. Jason, that
22    she was meeting with you?
23         A.     No, I didn't ask her if she told
24    Dr. Jason.
25         Q.     Do you know why Ms. Xiang would
```

```
                                        Page 96
 1                    G. Frankel, PhD
 2   withhold that information from Dr. Jason?
 3         A.      I would not respond to your use of
 4   the word "withhold the information."
 5         Q.      Do you know why she didn't tell Dr.
 6   Jason that she was meeting with you two days
 7   later?
 8         A.      I do not know why she didn't tell her
 9   that she was meeting with me two days later.
10         Q.      Do you know why Ms. Xiang didn't tell
11   her that she was providing Dr. Jason's progress
12   notes to you?
13         A.      I do not know why she would not tell
14   something to her doctor.
15         Q.      Did you provide Ms. Xiang with a list
16   of documents that you wanted to review?
17         A.      No.
18         Q.      How did you meet Ms. Xiang?
19         A.      Teleconferencing.
20         Q.      How were you first introduced to
21   Ms. Xiang?
22         A.      Through Derek Smith Law Group.
23         Q.      Had you worked with the Derek Smith
24   Law Group previously?
25         A.      Yes.
```

```
                                              Page 97

 1                    G. Frankel, PhD

 2       Q.       How many times?

 3       A.       It would be hard to estimate.

 4       Q.       More than five?

 5       A.       More than five.

 6       Q.       More than ten?

 7       A.       More than ten.

 8       Q.       More than 15?

 9       A.       Yes.

10       Q.       More than 20?

11       A.       I'd have to look at the particular

12   dates of 2020.

13       Q.       Have you provided affidavits in more

14   than 20 cases on behalf of the Derek Smith Law

15   Group?

16       A.       Yes.

17       Q.       Have you provided affidavits in more

18   than 25 cases on behalf of the Derek Smith Law

19   Group?

20       A.       Yes.

21       Q.       Have you provided affidavits in more

22   than 30 cases on behalf of Derek Smith Law Group?

23       A.       I'd have to count.

24       Q.       As you sit here today, would your

25   recollection be that you provided more than 30
```

```
                                    Page 98
 1                    G. Frankel, PhD
 2    affidavits on behalf of the Derek Smith Law Group?
 3         A.        I would go back to my list.
 4         Q.        Would it be fair to say that you have
 5    provided more than 30 affidavits on behalf of the
 6    Derek Smith Law Group?
 7         A.        As of what time?
 8         Q.        As of any date.
 9                   MR. ALTARAS:  Objection.
10         A.        It's possible it's more than 30.
11         Q.        Have you served as an expert witness
12    on behalf of the Derek Smith Law Group or any of
13    its clients?
14         A.        Yes.
15         Q.        In how many cases?
16         A.        The number of cases that you're
17    asking me about.
18         Q.        Did any of those cases go to trial?
19         A.        I do not have that information.
20         Q.        Have you testified on behalf of the
21    Derek Smith Law Group or any of its clients at
22    trial?
23         A.        I have not testified in trial.
24         Q.        Have you been deposed in any of those
25    cases for which you were proffered as an expert on
```

1                    G. Frankel, PhD

2      behalf of the Derek Smith Law Group or any of its

3      clients?

4           A.      Yes.

5           Q.      How many times have you been deposed?

6           A.      Three.

7           Q.      Do you recall the nature of those

8      cases?

9           A.      Yes.

10          Q.      Were any of those cases pregnancy

11     discrimination cases?

12          A.      No.

13          Q.      Have you been an expert witness in a

14     pregnancy discrimination case previously?

15          A.      Yes.

16          Q.      What case was that?

17          A.      I don't recall the name and there was

18     one that was related to -- related to pregnancy in

19     a broader way of being able to have private time

20     for breast milk and pumping breast milk.

21          Q.      I'm asking you with respect to claims

22     of pregnancy discrimination, were you proffered as

23     an expert in any other case other than this one?

24                  MR. ALTARAS:  Objection.

25          A.      Yes.

```
 1                    G. Frankel, PhD
 2       Q.      Do you recall the name of that case?
 3       A.      I don't recall the name of the case.
 4               I do recall that it was also
 5   difficulty around requests to go to doctor's
 6   appointments and treatment.
 7       Q.      Did you testify at trial in that
 8   case?
 9       A.      No.
10       Q.      Were you deposed in that case?
11       A.      No.
12       Q.      Did you issue an expert report in
13   that case?
14       A.      Yes.
15       Q.      Do you recall the name of the
16   plaintiff in that case?
17       A.      No.
18       Q.      Do you recall the names of the
19   defendants in that case?
20       A.      No.
21       Q.      Was Daniel Altaras the attorney
22   responsible for that case?
23       A.      I don't remember the name of the
24   attorney in the case at that time.
25       Q.      Was that a case that the Derek Smith
```

```
                                          Page 101

1                    G. Frankel, PhD
2    Law Group represented the plaintiff?
3         A.      Yes.
4         Q.      Do you recall how long ago that case
5    was?
6         A.      No, I don't remember the specific
7    timing.
8         Q.      Was it in the last five years?
9         A.      Yes.
10        Q.      Was it in the last two years?
11        A.      Yes.
12        Q.      Was it in the last year?
13        A.      I don't recall specifically.
14        Q.      Do you recall whether or not that was
15   a case filed in New York Federal Court?
16        A.      I don't recall specific levels of
17   court.  I mean, it was in New York.  I can't
18   testify if it was federal or what level.  I'm
19   sorry.
20        Q.      Were you qualified as an expert in
21   that case?
22        A.      I was not depositioned in that case.
23        Q.      Was there any motions that were filed
24   in that case that related to your affidavit that
25   you provided in that case?
```

```
                                        Page 102
 1                    G. Frankel, PhD
 2        A.       I have had no contact about that
 3   case.
 4        Q.       Do you know whether or not that case
 5   went to trial?
 6                 MR. ALTARAS:  Objection.
 7        A.       Keith, once again, I have no further
 8   feedback about that case.
 9        Q.       Do you know whether or not that case
10   settled?
11                 MR. ALTARAS:  Objection.
12        A.       I have no further feedback about that
13   case.
14        Q.       Do you understand the claims that are
15   being asserted by Ms. Xiang against Market America
16   in this case?
17        A.       Can you ask a more specific question?
18                 MR. MARKEL:  Ross, can we put on the
19        screen the amended complaint?
20                 We'll mark this as Exhibit 4.
21                 (Whereupon, Exhibit 4 was marked for
22        identification.)
23        Q.       Dr. Jason, have you seen this
24   document before?
25        A.       Yes.
```

Page 103

```
 1              G. Frankel, PhD
 2      Q.      And how did you obtain this document?
 3      A.      I received a copy from the Derek
 4  Smith Law Group.
 5      Q.      When did you receive a copy of it?
 6      A.      I would have to look back in my
 7  emails to --
 8      Q.      Did you -- I'm sorry.
 9      A.      I was simply saying I would have to
10  look to give you a specific answer, have to look
11  back at my emails.
12              MR. MARKEL:  Again, we would request
13          a copy of all emails between Dr. Frankel and
14          the Derek Smith Law Group.
15              MR. ALTARAS:  Follow up in writing.
16          We'll take it under advisement.
17      Q.      Do you know, Dr. Frankel, whether or
18  not you received this amended complaint before you
19  drafted your affidavit?
20      A.      Yes.
21      Q.      Yes, you received it before you
22  drafted your affidavit?
23      A.      Yes.
24      Q.      Did you incorporate portions of this
25  amended complaint in your affidavit?
```

Page 104

```
 1                    G. Frankel, PhD
 2        A.        Yes.
 3        Q.        Did you quote from the amended
 4   complaint in your affidavit?
 5        A.        No.  I used the complaint to learn
 6   the proper spelling of the parties.
 7        Q.        Did you take any of the facts alleged
 8   in the amended complaint and incorporate them into
 9   your affidavit?
10        A.        I take facts from the claimant.
11        Q.        Did you review the amended complaint
12   to see what claims Ms. Xiang was bringing against
13   Market America?
14        A.        Yes.
15        Q.        Do you know whether or not Ms. Xiang
16   brought any claims against Market America for a
17   hostile work environment?
18        A.        Yes.
19        Q.        Can you show me --
20        A.        No.  You were specifically saying
21   hostile work environment?  I would relook at the
22   complaint.
23             MR. MARKEL:  Can you look at the
24        amended complaint?
25             Ross, can you scroll through the
```

1                    G. Frankel, PhD
2        amended complaint for Dr. Frankel?  If you
3        could, go to the claims section.
4                    MR. ALTARAS:  I just want to note my
5        objection to this question for the record.
6        Q.      Dr. Frankel, do you know whether or
7    not Ms. Xiang brought any hostile work environment
8    claims against Market America?
9                    MR. ALTARAS:  Objection.
10       A.      I'm sorry.  I would have to
11   definitely look at that for wording.
12       Q.      Are you looking at the amended
13   complaint right now in front of you?
14       A.      Well, let's see.  I'm sorry.  It was
15   going very quickly.
16       Q.      I'm asking you do you have a copy of
17   the amended complaint at your desk right now?
18       A.      I do not.  I was looking -- I think
19   her experience of not being able to have support
20   for her was an experience of a hostile work
21   environment.
22       Q.      I'm asking you whether or not she
23   brought any claims against Market America for
24   hostile work environment.
25                   MR. ALTARAS:  Objection.

```
                                    Page 106

 1                    G. Frankel, PhD
 2        A.        To respond to your question, I'd more
 3   carefully go through the complaint to answer you
 4   at this time.
 5        Q.        I'm happy for you to look at the
 6   complaint.
 7        A.        I don't have scrolling capabilities.
 8        Q.        So Dr. Frankel, as you sit here
 9   today, do you know whether or not Ms. Xiang
10   brought claims against Market America for hostile
11   work environment?
12                  MR. ALTARAS:  Objection.
13        A.        As I said, for this particular case,
14   I would go through the complaint again to look for
15   that specific wording of a hostile work
16   environment as part of the complaint.  I do not
17   have the ability to scroll the document at this
18   time.  I would have to --
19        Q.        As you sit here today, Dr. Frankel,
20   do you know -- yes or no -- whether or not
21   Ms. Xiang brought any claims against Market
22   America for hostile work environment?
23                  MR. ALTARAS:  Objection.
24        A.        My answer is the same.  I would look
25   at the complaint specifically for that.
```

Page 107

```
1                   G. Frankel, PhD
2        Q.       My question to you, Dr. Frankel, is
3    do you know, as you sit here today, whether or not
4    Ms. Xiang brought any claims against Market
5    America for a hostile work environment?
6                   MR. ALTARAS:  Objection.
7        A.       My response is I would look back at
8    the complaint to look --
9        Q.       I'm not asking you to look at any
10   document.  I'm asking you whether or not you know
11   whether or not she brought a claim against Market
12   America for hostile work environment.
13                  MR. ALTARAS:  Objection.
14                  MR. MARKEL:  Ross, you can take the
15       document off the screen, please.
16       Q.       Dr. Frankel, as you sit here today,
17   do you know whether or not Ms. Xiang brought a
18   claim against Market America for hostile work
19   environment?
20                  MR. ALTARAS:  Objection.
21       A.       I know the case is for
22   discrimination, harassment and wrongful
23   termination.  I would go back to the document to
24   specifically address the hostile work environment
25   and if that's in the --
```

```
                                              Page 108
 1                      G. Frankel, PhD
 2        Q.       You're not answering my question,
 3   Dr. Frankel.
 4                  I'm asking you whether or not, as you
 5   sit here today, you know whether or not Ms. Xiang
 6   brought a claim against Market America for hostile
 7   work environment?
 8                  MR. ALTARAS:  Objection.
 9        Q.       It's a yes or no question.
10        A.       No, I do not know at this moment.
11        Q.       Do you know, Dr. Frankel, whether or
12   not Ms. Xiang brought a claim against Market
13   America for harassment?
14                  MR. ALTARAS:  Objection.
15        A.       I would go back to reading the
16   complaint for specific --
17        Q.       As you sit here today, Dr. Frankel,
18   do you know whether or not Ms. Xiang brought a
19   claim against Market America for harassment?
20                  MR. ALTARAS:  Objection.
21        A.       Yes.
22                  MR. MARKEL:  You can answer.
23        A.       Yes, she experienced harassment.
24        Q.       My question to you, Dr. Frankel, is
25   do you know, as you sit here today, whether or not
```

```
 1                    G. Frankel, PhD
 2    Ms. Xiang brought a claim against Market America
 3    for harassment?
 4                    MR. ALTARAS:  Objection.
 5         A.       I'm sorry.  When you say "brought a
 6    claim," I really need a very specific definition
 7    of what you mean by claim.
 8         Q.       Did she bring a claim against Market
 9    America accusing Market America of harassment?
10                    MR. ALTARAS:  Objection.
11         A.       I would go back to the complaint and
12    look at the specific language of the complaint.
13         Q.       I'm not asking you to go back to the
14    complaint.  I'm asking you whether or not you know
15    if she brought a claim of harassment against
16    Market America.
17                    MR. ALTARAS:  Objection.
18         A.       I would go back and read the
19    complaint to look at the specific language.
20         Q.       Are you not going to answer the
21    question yes or no as to whether or not you know?
22                    MR. ALTARAS:  Keith, it's not a yes
23         or no question.
24                    MR. MARKEL:  It is a yes or no
25         question.
```

```
                                           Page 110
 1                   G. Frankel, PhD
 2              MR. ALTARAS:  You've asked the
 3         question at least seven times.
 4              MR. MARKEL:  Daniel, I don't
 5         appreciate the speaking objection --
 6              MR. ALTARAS:  I don't appreciate the
 7         questions that are harassing the witness.
 8         She's answered --
 9              MR. MARKEL:  It's not harassing the
10         witness.  The witness is not answering the
11         question.
12              MR. ALTARAS:  She has answered the
13         question.
14         Q.     As you sit here today, do you know
15    whether or not Ms. Xiang has brought a claim of
16    harassment against Market America?
17              MR. ALTARAS:  Objection.
18              You can answer again.
19         A.     The way in which I respond to do I
20    know is do I have the specific information in
21    front of me to say yes or no.  I have not re-read
22    the complaint in the last five minutes, so this is
23    how I'm answering your question.
24         Q.     Didn't you say earlier in the
25    deposition that you read the amended complaint?
```

```
                                    Page 111
  1                 G. Frankel, PhD
  2        A.      I did.
  3        Q.      And did you discuss the amended
  4   complaint with Ms. Xiang when you met with her on
  5   June 5th, 2020?
  6        A.      No, I did not discuss the amended
  7   complaint with Ms. Xiang.
  8        Q.      Did you ask Ms. Xiang whether or not
  9   the statements in the amended complaint were true?
 10        A.      No, I did not ask her if the
 11   statements were true.
 12        Q.      Did you ask Ms. Xiang whether or not
 13   she verified whether or not the statements in the
 14   amended complaint were true?
 15                MR. ALTARAS:  Objection.
 16        A.      I did not ask her.
 17        Q.      Did you go through the allegations in
 18   the amended complaint and ask her whether or not
 19   the allegations were factually accurate?
 20                MR. ALTARAS:  Objection.
 21        A.      No.
 22        Q.      Did you do any independent
 23   corroboration with respect to the allegations
 24   contained in the amended complaint?
 25                MR. ALTARAS:  Objection.
```

1                    G. Frankel, PhD

2        A.       No.

3        Q.       When you met with Ms. Xiang on

4    June 5th, 2020, was that by video?

5                 MR. ALTARAS:  Objection.

6        A.       Yes.

7        Q.       So you could see Ms. Xiang on the

8    screen when you were interviewing her?

9        A.       Yes.

10       Q.       Had you provided Ms. Xiang with

11   certain documents before your interview on

12   June 5th, 2020?

13       A.       I did not provide her with any legal

14   documents.

15       Q.       Did you provide her with any

16   documents?

17       A.       Yes.

18       Q.       When did you provide her with those

19   documents?

20       A.       Right before the evaluation.

21       Q.       When you say right before the

22   evaluation, did you provide those documents to

23   Ms. Xiang on June 5th, 2020?

24       A.       I would have to look at my email.

25                 MR. MARKEL:  Again, we'd call for the

```
 1                    G. Frankel, PhD
 2        production of any emails between Dr. Frankel
 3        and Ms. Xiang related to this case.
 4                    MR. ALTARAS:  Follow up in writing.
 5        We'll take it under advisement.
 6        Q.       Dr. Frankel, do you recall whether or
 7   not you provided those documents to Ms. Xiang
 8   prior to June 5th, 2020?
 9        A.       I don't recall the date.
10        Q.       Did you ask Ms. Xiang to fill out any
11   forms prior to your meeting with her on June 5th,
12   2020?
13        A.       No, not fill out forms prior to
14   meeting.
15        Q.       Did you ask Ms. Xiang at the start of
16   your interview to corroborate her identity?
17        A.       Yes.
18        Q.       Did you ask her to show you
19   identification?
20        A.       Yes.
21        Q.       What did she show you?
22        A.       Her New York State driver's license.
23        Q.       And was anyone else present during
24   your interview with Ms. Xiang?
25        A.       No.
```

```
                                    Page 114
 1                    G. Frankel, PhD
 2        Q.      Do you know whether or not there was
 3   anyone else in the room when you interviewed
 4   Ms. Xiang?
 5        A.      It was quiet.  There was no
 6   indication.
 7        Q.      Was Ms. Xiang in her home?
 8        A.      I don't recall, you know, discussion
 9   about exactly where she was, but it seemed to be a
10   private space.
11        Q.      Did you administer certain tests with
12   Ms. Xiang during your interview of her on
13   June 5th, 2020?
14        A.      Yes.
15             MR. MARKEL:  Ross, if we could put on
16        the screen as Defendants' Exhibit 5 the
17        various tests.  I think it started with --
18        the first document should be the Beck
19        Depression Inventory.
20             MR. ALTARAS:  Keith, before we go
21        into these psychological testing, can we take
22        a quick two-minute break so I could go to the
23        bathroom?
24             MR. MARKEL:  Sure.  Go ahead.
25             (Time noted: 12:57 p.m.)
```

```
                                        Page 115

 1                    G. Frankel, PhD

 2              (Recess taken)

 3              (Time noted: 1:01 p.m.)

 4              (Whereupon, Exhibit 5 was marked for

 5         identification.)

 6         Q.     Dr. Frankel, do you recognize this

 7    document?

 8         A.     Yes.

 9         Q.     What is it?

10         A.     The Beck Depression Inventory.

11         Q.     What is the Beck Depression

12    Inventory?

13         A.     It's a 21-question multiple choice

14    health report inventory, one of the most widely

15    used instruments for measuring the severity of

16    depression.

17         Q.     Did you use this instrument to

18    measure the depression of Ms. Xiang?

19         A.     Yes.

20         Q.     And is this your handwriting on this

21    document?

22         A.     This is Vivian's handwriting.

23         Q.     Did Ms. Xiang fill this out in your

24    presence?

25         A.     Yes.
```

```
 1                    G. Frankel, PhD
 2        Q.        Did you ask her the questions while
 3   you were having a video interview of her on
 4   June 5th, 2020?
 5        A.        So this was in June.  I don't -- I
 6   have people fill them out in front of me.  I don't
 7   ask the specific questions.
 8        Q.        So Ms. Xiang filled this out on the
 9   video with you on June 5th, 2020?
10        A.        No.  At this time, I don't recall for
11   her particular interview.
12        Q.        Do you know, as you sit here today,
13   whether or not Ms. Xiang filled this out while you
14   were interviewing her on June 5th, 2020?
15        A.        I don't recall specifically.
16        Q.        Is it possible that Ms. Xiang could
17   have filled this out before you met with her on
18   June 5th, 2020?
19        A.        My directions were not to do that.
20        Q.        Do you know whether or not she
21   followed your direction?
22        A.        I believe she did.
23        Q.        When did Ms. Xiang send this to you?
24        A.        I would go back to my emails to tell
25   you a specific date.
```

Page 117

1                        G. Frankel, PhD

2       Q.       Do you know whether or not Ms. Xiang

3  sent this to you on June 5th, 2020?

4       A.       I would go back to my email.

5                MR. MARKEL:  Again, we call for the

6          production of all emails between Dr. Frankel

7          and Ms. Xiang.

8                MR. ALTARAS:  Follow up in writing.

9          We'll take it under advisement.

10      Q.       As you sit here today, Dr. Frankel,

11 is it your testimony that you didn't administer

12 this test on Ms. Xiang?

13               MR. ALTARAS:  Objection.

14      A.       I did not read her the questions.

15      Q.       Did Ms. Xiang fill out this form on

16 her own?

17      A.       I believe she did.

18      Q.       Do you know whether or not Ms. Xiang

19 filled out multiple copies of this form?

20      A.       I would not have information about

21 that.

22      Q.       Do you know whether or not Ms. Xiang

23 filled out this form prior to your interview of

24 her on June 5th, 2020?

25      A.       I don't believe she did.

```
                                    Page 118
 1                  G. Frankel, PhD
 2       Q.       Did you read the instructions to
 3  Ms. Xiang on this form?
 4       A.       No.
 5       Q.       Do you know whether or not Ms. Xiang
 6  read this instructions on this form?
 7       A.       No.
 8       Q.       Does this form state that Ms. Xiang
 9  should respond to these questions based on how she
10  was feeling during the past two weeks, including
11  the day she filled them out?
12       A.       Yes.  I believe she would have read
13  the instructions to see how to fill it out.
14       Q.       Does this form indicate that she was
15  supposed to fill them out based on how she was
16  feeling during the past two weeks, including the
17  day she filled them out?
18       A.       Yes.
19       Q.       Do you know whether or not Ms. Xiang
20  followed that instruction?
21       A.       I believe she did.
22       Q.       Did you ask her whether or not she
23  followed that instruction?
24       A.       No.
25       Q.       Do you see that the first category is
```

```
                                         Page 119
 1                  G. Frankel, PhD
 2   sadness?
 3        A.      Yes.
 4        Q.      Do you see that Ms. Xiang circled
 5   "(1) I feel sad much of the time"?
 6        A.      Yes.
 7        Q.      Did you ask Ms. Xiang why she felt
 8   sad much of the time?
 9        A.      No.
10        Q.      Why not?
11        A.      I didn't have her answers during the
12   interview.
13        Q.      Is it your testimony that Ms. Xiang
14   provided you with the responses to the test that
15   you provided to her after you interviewed her on
16   June 5th, 2020?
17                MR. ALTARAS:  Objection.
18        A.      Yes.
19        Q.      Did you interview Ms. Xiang again
20   after June 5th, 2020?
21        A.      No.
22        Q.      Did you interview Ms. Xiang at any
23   point in time between June 5th, 2020 and June 8th,
24   2020?
25        A.      No.
```

```
                                      Page 120
  1                   G. Frankel, PhD
  2        Q.        Do you see the second category is
  3   "Pessimism"?
  4        A.        Yes.
  5        Q.        Do you see she circled "I feel more
  6   discouraged about my future than I used to be"?
  7        A.        Yes.
  8        Q.        Did you ask her why?
  9        A.        No.
 10        Q.        Do you see the next question is "Past
 11   Failure"?  Do you see she circled "(2) As I look
 12   back, I see a lot of failures"?
 13        A.        Yes.
 14        Q.        Did you ask her what those failures
 15   were?
 16        A.        No.
 17        Q.        Did you think it was important to
 18   understand what failures Ms. Xiang had suffered in
 19   the past?
 20        A.        No.
 21        Q.        Do you see the next question is "Loss
 22   of Pleasure"?
 23        A.        Yes.
 24        Q.        Do you see she circled a three?
 25        A.        Yes.
```

```
                                          Page 121
 1                   G. Frankel, PhD
 2        Q.        Do you see it says "I can't get any
 3   pleasure from things I used to enjoy"?
 4        A.        Yes.
 5        Q.        Did you ask her what things she used
 6   to enjoy?
 7        A.        I would go back to my report and
 8   check if I asked her that specific question.
 9        Q.        Did you ask her whether or not she
10   had any hobbies?
11        A.        No.
12        Q.        Did you ask her whether or not she
13   had any interests?
14        A.        No.
15        Q.        Did you ask her whether or not she
16   liked to exercise?
17        A.        No.
18        Q.        Did you ask her any things that gave
19   her enjoyment?
20        A.        I don't know.
21        Q.        Do you see the next section is
22   "Guilty Feelings"?
23        A.        Yes.
24        Q.        Do you see she circled the "(3) I
25   feel guilty all of the time"?
```

```
                                          Page 122
 1                    G. Frankel, PhD
 2        A.      Yes.
 3        Q.      Did you ask her what she was feeling
 4   guilty about?
 5        A.      I didn't ask her about that question.
 6        Q.      Why not?
 7        A.      I didn't have the questionnaire in
 8   front of me to -- I did not have her responses in
 9   front of me.  She referenced in our discussion
10   that she felt guilty when other people were
11   carrying her financially.
12        Q.      Was there any other thing that she
13   said as to why she felt guilty all of the time?
14        A.      No.  We didn't talk about guilty all
15   of the time.
16        Q.      Do you see the next sentence -- the
17   next section is "Punishment Feelings"?
18        A.      Yes.
19        Q.      Do you see she's circled "(1) I feel
20   I may be punished"?
21        A.      Yes.
22        Q.      Did you ask her why she felt that
23   way?
24        A.      I did not have her answers as we were
25   interviewing.
```

```
                                              Page 123

  1                     G. Frankel, PhD

  2        Q.       Do you see the next one is

  3    "Self-dislike"?

  4        A.       Yes.

  5        Q.       Do you see she circled a two?

  6        A.       Yes.

  7        Q.       And said "I'm disappointed in

  8    myself"?

  9        A.       Yes.

 10        Q.       Did you ask her why she was

 11    disappointed in herself?

 12        A.       No.

 13        Q.       Do you see the next section is

 14    "Self-criticalness"?

 15        A.       Yes.

 16        Q.       Do you see she circled a two?

 17        A.       Yes.

 18        Q.       Does that say "I criticize myself for

 19    all of my faults"?

 20        A.       Yes.

 21        Q.       Did you ask her why she criticized

 22    herself for all of her faults?

 23        A.       No.

 24        Q.       Did you take any medical history of

 25    Ms. Xiang?
```

```
 1                      G. Frankel, PhD
 2        A.       I did ask her -- I did ask her if she
 3   had any underlying medical illnesses.
 4        Q.       Did you ask her whether or not she
 5   had any mental illnesses?
 6        A.       She indicated that she didn't have
 7   any diagnosed mental illness.
 8        Q.       Did you ask her whether or not she
 9   took any medications?
10        A.       Yes.
11        Q.       What did she say?
12        A.       She reported that she was not
13   prescribed any psychotropic medications.
14        Q.       Did you ask her whether or not she
15   had taken any psychotropic medications at all in
16   her life?
17        A.       She reported she had not taken any.
18   She did say that it was discussed when she was in
19   therapy, but because she was pregnant, she didn't
20   want to take any psychotropic medications.
21        Q.       Did you go through her family's
22   medical history?
23        A.       No.
24        Q.       Did you ask her whether or not her
25   mother had suffered from any mental illness?
```

Page 125

                           G. Frankel, PhD

1

2       A.      No.

3       Q.      Did you ask her whether or not her

4    father had suffered from any mental illness?

5       A.      No.

6       Q.      Did you take any psychiatric history

7    of her family at all?

8       A.      No.

9       Q.      Why not?

10      A.      I wanted to focus on her emotional

11   consequences of her experiences at work.

12      Q.      Wouldn't it be important to know

13   whether or not her family had suffered from any

14   mental illnesses?

15              MR. ALTARAS:  Objection.

16      A.      It's additional information, but we

17   look at the patient, the client specifically and

18   look at her behavior.

19      Q.      Wouldn't it be important to know the

20   mental health history of her family when

21   evaluating a patient?

22      A.      As I said, I stick to the patient and

23   what her behavior is expressing.

24      Q.      So is your opinion that you only

25   reviewed the subjective responses of your patient

Page 126

1                    G. Frankel, PhD
2    to determine whether or not they're experiencing
3    any anxiety or emotional distress?
4                    MR. ALTARAS:  Objection.
5         A.      I'm looking at her descriptions of
6    what she's reporting.
7         Q.      And you didn't discuss with her the
8    descriptions that she had put on these forms,
9    correct?
10                   MR. ALTARAS:  Objection.
11        A.      Correct.
12        Q.      And did you do any objective testing
13    as to whether or not Ms. Xiang was malingering?
14        A.      No.
15        Q.      If you look at the Section 10,
16    "Crying," did she circle "(2) I cry over every
17    little thing"?
18        A.      Yes.
19        Q.      Did you ask her why she cried over
20    every little thing?
21        A.      No.
22        Q.      Did Ms. Xiang give you any examples
23    of how she cried over every little thing?
24                   MR. ALTARAS:  Objection.
25        A.      Yes, in that she said, for example,

```
 1                    G. Frankel, PhD
 2   she doesn't talk to her friends -- and this also
 3   goes to your question of interests.  She said that
 4   after termination, she doesn't talk to her friends
 5   anymore that much and she said she doesn't like to
 6   cry in front of her friends.  So she has changed
 7   how comfortable she is socializing, as well as the
 8   fact that she said -- she reported a "loss of all
 9   interests of things I used to like to do."
10        Q.     Did you do a friend history with
11   Ms. Xiang?
12        A.     No.
13        Q.     Did you ask Ms. Xiang who her friends
14   were?
15        A.     No.
16        Q.     Did you ask Ms. Xiang how many
17   friends she had as of July 2018?
18        A.     No.
19        Q.     Did you ask Ms. Xiang how many
20   friends she had as of June 5th, 2020?
21        A.     No.
22        Q.     Did you ask Ms. Xiang whether or not
23   she had any social media accounts?
24        A.     No.
25        Q.     Did you ask Ms. Xiang whether or not
```

```
1                    G. Frankel, PhD
2    she was on Facebook?
3         A.      No.
4         Q.      Did you ask Ms. Xiang whether or not
5    she was on Instagram?
6         A.      No.
7         Q.      Do you know how many friends
8    Ms. Xiang has on Facebook?
9         A.      No.
10        Q.      Do you know how many followers she
11   has on Instagram?
12        A.      No.
13        Q.      Did Ms. Xiang indicate to you that
14   she had lost any of her friends as a result of
15   being let go by Market America?
16        A.      No, not in that specific way.
17        Q.      In any way?
18        A.      Well, she says that she doesn't like
19   to talk to her friends much and doesn't go out as
20   much as she used to.
21        Q.      Did Ms. Xiang say that anyone stopped
22   talking to her?
23        A.      No, she did not use those words.
24        Q.      Do you see the next section is
25   "Agitation"?
```

1                        G. Frankel, PhD

2        A.        I only have until number ten.

3                  MR. MARKEL:  Okay.  I apologize.

4                  Ross, can we go to the next page?

5        Q.        Do you see the next section is

6    "Agitation"?

7        A.        Yes.

8        Q.        Do you see Ms. Xiang circled "I feel

9    more restless or wound up than usual"?

10       A.        Yes.

11       Q.        Did you ask her what she meant by

12    that?

13       A.        No.

14       Q.        Did you ask Ms. Xiang whether or not

15    she was filling out this form based on how she was

16    feeling as of the date she filled it out?

17                 MR. ALTARAS:  Objection.

18       A.        I don't recall asking that question.

19       Q.        Do you know whether or not Ms. Xiang

20    would have filled this out based on how she was

21    feeling back in July of 2018?

22       A.        Those were not the directions.

23       Q.        Do you see the next section is "Loss

24    of Interest"?

25       A.        Yes.

```
                                               Page 130
 1                       G. Frankel, PhD
 2        Q.       Do you see that she circled "(3) It's
 3   hard to get interested in anything"?
 4        A.       Yes.
 5        Q.       Did you ask her what she meant by
 6   that?
 7        A.       She responded that she had said "I
 8   lost all interest of things I used to like."
 9        Q.       Did you ask her what those things
10   were?
11        A.       No.
12        Q.       Do you see the next section is
13   "Indecisiveness"?
14        A.       Yes.
15        Q.       And she circled a "(3) I have trouble
16   making any decisions"?
17        A.       Yes.
18        Q.       Did you ask her why she had trouble
19   making decisions?
20        A.       No.
21        Q.       Did you ask her if she was always
22   indecisive?
23        A.       No.
24        Q.       Do you see the next section is
25   "Worthlessness"?
```

```
                                            Page 131
 1                    G. Frankel, PhD
 2        A.      Yes.
 3        Q.      Do you see she circled "(2) I feel
 4   more worthless as compared to other people"?
 5        A.      Yes.
 6        Q.      Did you ask her why she felt this
 7   way?
 8        A.      No.
 9        Q.      Did you ask her how long she felt
10   this way?
11        A.      No.
12        Q.      Did you ask her who the other people
13   she was comparing herself to were?
14        A.      No.
15        Q.      Do you see the next section is "Loss
16   of Energy"?
17        A.      Yes.
18        Q.      Do you see she circled a two?
19        A.      Yes.
20        Q.      "I don't have enough energy to do
21   very much"?
22        A.      Yes.
23        Q.      Did you ask her what she meant by
24   that?
25        A.      No.
```

1                    G. Frankel, PhD

2        Q.        Did you ask her if she worked out?

3        A.        No.

4        Q.        Did you ask her if she was taking

5    care of her two kids?

6        A.        No.

7        Q.        Did you ask her if she was working

8    9:00 to 5:00?

9        A.        No.

10       Q.        Do you see the next section is

11    "Changes in Sleeping Pattern"?

12       A.        Yes.

13       Q.        And do you see she circled "(2b) I

14    sleep a lot less than usual"?

15       A.        Yes.

16       Q.        Did you ask her how many hours of

17    sleep a night she gets?

18       A.        I'd have to go back to my report to

19    look.

20       Q.        Does it reflect in your report

21    anything about the hours of sleep Ms. Xiang gets

22    at night?

23       A.        No, I don't think so.

24       Q.        Did you ask her how many hours of

25    sleep she got before she was let go from Market

Page 133

                    G. Frankel, PhD

1
2    America?

3        A.      No.

4        Q.      Did you ask her how many hours of

5    sleep she got after she was let go from Market

6    America?

7        A.      Oh, she did report the process and

8    she said "I couldn't sleep well."  I didn't ask

9    for the specific number of hours.

10       Q.      Did you ask her how many hours of

11   sleep she got after she worked at Market America?

12       A.      No.

13       Q.      Did you ask her how many hours of

14   sleep she got before she had children?

15       A.      No.

16       Q.      Did you ask her how many hours of

17   sleep she got after her first child?

18       A.      No.

19       Q.      Did you ask her how many hours of

20   sleep she got after her second child?

21       A.      No.

22       Q.      Did you ask her whether or not her

23   children woke her up in the middle of the night?

24       A.      No.

25       Q.      If you see, the next section is

```
                                      Page 134
 1                   G. Frankel, PhD
 2     "Irritability."
 3          A.     Yes.
 4          Q.     Do you see she circled "(3) I am
 5     irritable all the time"?
 6          A.     Yes.
 7          Q.     Did you ask her what makes her
 8     irritable all the time?
 9          A.     No.
10          Q.     Did you ask her whether or not she
11     was irritable all the time before she was let go
12     from Market America?
13          A.     No.
14          Q.     Did you ask her whether or not she
15     was more irritable after she was let go from
16     Market America than before she was let go from
17     Market America?
18          A.     No.
19          Q.     Do you see section 18 says "Changes
20     in Appetite"?  Do you see that she circled
21     section -- answer "(3b) I crave food all the
22     time"?
23          A.     Yes.
24          Q.     Did you ask Ms. Xiang what she meant
25     about craving food all the time?
```

```
                                          Page 135

 1                    G. Frankel, PhD

 2       A.       No.

 3       Q.       Were you surprised to read this

 4   answer?

 5                MR. ALTARAS:  Objection.

 6       A.       No.

 7       Q.       Did you evaluate Ms. Xiang for an

 8   eating disorder?

 9       A.       No.

10       Q.       Eating disorders are one of your

11   specialities, correct?

12       A.       Yes.

13       Q.       Did you have a sense that Ms. Xiang

14   had a fixation on her weight?

15                MR. ALTARAS:  Objection.

16       A.       No.  There weren't expressions

17   related to a fixation on her weight.

18       Q.       Did you ever ask Ms. Xiang whether or

19   not she suffered from bulimia?

20       A.       No, I didn't ask her that.

21       Q.       Did you ever ask Ms. Xiang whether or

22   not she suffered from anorexia?

23       A.       No.

24       Q.       Did you ask Ms. Xiang whether or not

25   she had an eating disorder?
```

Page 136

1                    G. Frankel, PhD

2        A.      No.

3        Q.      Do you see the next section is

4    "Concentration Difficulty"?

5        A.      Yes.

6        Q.      Do you see she circled "(1) I can't

7    concentrate as well as usual"?

8        A.      Yes.

9        Q.      Did you ask her what she was

10   referring to?

11       A.      No.

12       Q.      Did ask her whether or not she was

13   having any problems at work concentrating?

14       A.      No.

15       Q.      Did you ask Ms. Xiang whether or not

16   she had any performance issues at her job as of

17   June 2020?

18       A.      No.

19       Q.      Do you see the next section is

20   "Tiredness or Fatigue"?

21       A.      Yes.

22       Q.      Do you see that she circled "(3) I am

23   too tired or fatigued to do most of the things I

24   used to do"?

25       A.      Yes.

Page 137

```
1                    G. Frankel, PhD
2          Q.      Did you ask Ms. Xiang why she was too
3    tired or fatigued to do most of the things she
4    used to do?
5          A.      No.
6          Q.      Did you ask her what things she used
7    to do?
8          A.      Yes.
9          Q.      What were those things?
10         A.      Well, she described that -- how she
11   lost interest in things and she said, like, "We
12   used to go out a lot, we don't do anything, I'd
13   rather just be home" and these were -- I
14   particularly focused and asked if these were
15   behaviors before COVID and she said yes, it was
16   before COVID and she said that after termination,
17   she didn't feel like talking to her friends
18   anymore.
19         Q.      Did you ask Ms. Xiang whether or not
20   having children impacted her ability to do the
21   things she used to do?
22         A.      No.
23         Q.      Did you ask Ms. Xiang whether or not
24   she was breast-feeding?
25         A.      However, in reference to your other
```

Page 138

```
 1                    G. Frankel, PhD
 2   question about if the kids -- there were things
 3   that they were doing and was saying "Now, if it's
 4   not for the kids, we don't do anything,"
 5   suggesting she did things for herself or had that
 6   experience of doing things for herself even though
 7   she had kids, but --
 8                    MR. MARKEL:  Court reporter, can you
 9        read back my question?
10                    (Whereupon, the record was read back
11        by the reporter.)
12        A.      I did not ask her whether she was
13   breast-feeding.
14        Q.      Did Ms. Xiang specifically tell you
15   the things that she used to do that she no longer
16   does?
17                    MR. ALTARAS:  Objection.
18        A.      She referred to, like, "We used to go
19   out a lot."
20        Q.      Did you ask Ms. Xiang what she meant
21   by that?
22        A.      No.
23        Q.      Did you ask Ms. Xiang whether or not
24   she didn't go out as often because she had two
25   young children?
```

Page 139

```
 1                    G. Frankel, PhD
 2       A.      No.  She was responding as if it was
 3  something they would do.
 4       Q.      Do you see the next section is "Loss
 5  of Interest in Sex"?
 6       A.      Yes.
 7       Q.      Do you see she circled "(2) I'm much
 8  less interested in sex now"?
 9       A.      Yes.
10       Q.      Did you ask Ms. Xiang about that?
11       A.      No.
12       Q.      Did you ask Ms. Xiang about her
13  relationship with her husband?
14       A.      No.
15       Q.      Did you ask Ms. Xiang whether or not
16  her and her husband fought?
17       A.      No.
18       Q.      Did you ask Ms. Xiang she had ever
19  been abused?
20       A.      I asked her if she had experiences of
21  emotional turmoil.
22       Q.      Did you ask her whether or not she
23  had ever been physically abused?
24       A.      I don't recall.
25       Q.      Did you ask her whether or not she
```

```
                                          Page 140
 1                    G. Frankel, PhD
 2   had ever been assaulted?
 3       A.        She reported she did not have any
 4   history of physical or emotional trauma.
 5       Q.        If we could go to the -- is this
 6   document -- by the way, Dr. Frankel, is it dated?
 7                 MR. MARKEL:  Can we go back to the
 8       first page, Ross?
 9       A.        No.  It's not dated.  It doesn't ask
10   for the date.
11       Q.        Again, this date -- withdrawn.
12                 The handwriting on this document is
13   Ms. Xiang, correct?
14       A.        I asked her to fill it out, so she
15   represented that it was hers.
16                 MR. MARKEL:  Ross, if we could go to
17       the next document.
18       Q.        Dr. Frankel, what is this document?
19       A.        That's the Hamilton Depression Rating
20   Scale.
21       Q.        Did you provide this document to
22   Ms. Xiang before your interview of her on
23   June 5th, 2020?
24       A.        It would have been in the same packet
25   as I provided the prior instrument.
```

```
 1                     G. Frankel, PhD
 2        Q.      Did Ms. Xiang fill out this document
 3    in your presence?
 4        A.      It would be the same presence.
 5        Q.      Did Ms. Xiang fill out this document
 6    while you were interviewing her via video on
 7    June 5th, 2020?
 8        A.      I don't recall the exact process with
 9    this particular claimant at this time.
10        Q.      Did you ask Ms. Xiang the questions
11    on this document?
12        A.      No.
13        Q.      Is your handwriting on this document?
14        A.      No.
15        Q.      Do you know whose handwriting is on
16    this document?
17        A.      Vivian filled it out.
18        Q.      I'm sorry.  Go ahead.
19        A.      Go ahead.
20        Q.      Do you know whose handwriting is on
21    this document?
22        A.      It's the same as the one before.
23        Q.      And who is that?
24        A.      Vivian.
25        Q.      Did you receive this document after
```

1                    G. Frankel, PhD

2    your interview on June 5th, 2020?

3         A.      I received it after.

4         Q.      Did you go through Ms. Xiang's

5    responses to this document during your interview

6    on June 5th, 2020?

7         A.      No, I did not.

8         Q.      Did you go through the responses on

9    this document with Ms. Xiang after June 5th, 2020?

10        A.      No.

11        Q.      Did you discuss any of the responses

12   on this document with Ms. Xiang?

13        A.      No.  Well, some of the information

14   may have been discussed.

15        Q.      Did you discuss her specific

16   responses to the Hamilton Depression Rating Scale

17   at any point with Ms. Xiang?

18        A.      No.

19        Q.      Did you explain the scoring system

20   with Ms. Xiang before she filled out this form?

21        A.      No.

22        Q.      Is there any instructions with

23   respect to this form?

24        A.      If we look at page two, there is

25   scoring instructions.

```
                                          Page 143
 1                  G. Frankel, PhD
 2       Q.      Are there instructions on how to fill
 3  out this form?
 4       A.      They're the instructions that the --
 5  just on page one, it just says -- no, it just
 6  says, you know, you read it and you respond.
 7  People are trained.
 8       Q.      And Ms. Xiang filled out this form on
 9  her own, correct?
10       A.      Yes, I believe.
11       Q.      And on the second page, are you
12  referring to a scoring scale?
13       A.      Yes.
14       Q.      And does that reflect different
15  levels of depression?
16       A.      Yes.
17       Q.      And Ms. Xiang would have seen this
18  scale when she filled out this form, correct?
19       A.      She would have seen it when she was
20  filling it out.  She may have filled it out and
21  then saw it.  I couldn't tell you when exactly she
22  exactly saw that piece of information.
23       Q.      But the scale is on the form you
24  provided to her, correct?
25       A.      It is there, correct.
```

Page 144

1                    G. Frankel, PhD
2        Q.        Do you know whether or not Ms. Xiang
3    filled out this form more than once?
4        A.        I do not have that information.
5        Q.        Do you know whether or not there are
6    other drafts of this form that Ms. Xiang
7    completed?
8        A.        I do not have information about that.
9        Q.        And you didn't go through the
10   responses with Ms. Xiang with respect to this
11   form, correct?
12       A.        Correct.
13       Q.        Do you see there's a score on the
14   second page of this document?
15       A.        Yes.
16       Q.        And what does that say?
17       A.        That's her writing.
18       Q.        So she scored this document herself?
19       A.        She appears to.
20       Q.        Was that appropriate?
21       A.        You know, she did what she did.  Most
22   often people do not.  That's not how I derive my
23   score.
24       Q.        Doesn't this document say that it
25   needs to be administered by a health care

1                    G. Frankel, PhD

2    professional?

3        A.       Yes.

4        Q.       Do you know whether or not Ms. Xiang

5    is a health care professional?

6        A.       I don't think she is.

7        Q.       Did you do anything independently to

8    check the veracity of Ms. Xiang's responses on

9    this document?

10                 MR. ALTARAS:  Objection.

11       A.       Well, I looked at the -- where the

12   scores are, to see, for example, all the

13   differences is somebody not just going through and

14   putting, let's say, all fours down.  I look at

15   scores.  For example, under "Anxiety," she didn't

16   put "(4) Incapacitated."  Under "Paranoid," she

17   didn't put a four to get a higher score.  She

18   didn't say that she was hallucinating.

19       Q.       Is that the only thing that you would

20   look at, to see whether or not an individual was

21   putting fours down as --

22       A.       I would look to see if she reported

23   -- I would look to see if the information is

24   consistent from what they told me during the rest

25   of the interview.

                              G. Frankel, PhD

1
2      Q.      How would you go about determining
3  whether or not it was consistent if you didn't
4  raise the responses with the individual?
5      A.      Well, we're looking at quality of
6  anxiety, looking at quality of physical responses.
7      Q.      How would you be able to test those
8  responses if you didn't have a discussion with
9  Ms. Xiang about them?
10      A.      It's whether they were referenced.
11  There could be broad discussion.  It's whether
12  there's consistency with what -- the question is
13  is she overscoring and is she, you know, showing
14  severe -- and she's not showing, you know, severe
15  stomach pains, for example.
16      Q.      My question to you is what did you do
17  to independently corroborate whether or not her
18  statements were accurate?
19              MR. ALTARAS:  Objection.
20      A.      There's -- I did not.
21      Q.      Dr. Frankel, can you repeat yourself?
22      A.      I looked across the questionnaires.
23      Q.      Do you see on the second page under
24  12 where it says "Somatic symptoms,
25  gastrointestinal, loss of appetite, heavy feeling

Page 147

```
 1                    G. Frankel, PhD
 2    in abdomen, constipation," do you see that she
 3    gave herself a one?
 4         A.      Yes.
 5         Q.      Is that inconsistent with her
 6    statement previously that she craves food all the
 7    time?
 8         A.      It's not inconsistent.
 9         Q.      I'm sorry?  I didn't hear your
10    response.
11         A.      I said it's not inconsistent.
12         Q.      Did you ask her to explain why she
13    felt she had gastrointestinal or somatic symptoms?
14         A.      No.
15         Q.      Did you ask her whether or not she
16    saw a gastroenterologist?
17         A.      No.
18         Q.      Did you ask her whether or not she
19    had any prior gastrointestinal medical issues?
20         A.      No.
21         Q.      Do you see under "Somatic Symptoms
22    (General), heaviness in limbs, back of head,
23    diffused backache, loss of energy and
24    fatigability," that she gave herself a two for
25    severe?
```

```
 1                    G. Frankel, PhD
 2        A.       Yes.
 3        Q.       Did you ask her why she had these
 4   symptoms?
 5        A.       No.
 6        Q.       Did you ask her whether or not she
 7   saw a doctor with respect to any of these issues?
 8        A.       No.
 9        Q.       Did you ask her whether or not she
10   had any problems picking up her children?
11        A.       No.
12        Q.       So did you do anything other than
13   review these forms to determine independently
14   whether or not this was an accurate statement?
15                 MR. ALTARAS:  Objection.
16        A.       No.
17        Q.       Did you ask her whether or not she
18   suffered from any diseases?
19        A.       Yes.
20        Q.       And what did you ask her?
21        A.       Did she have any other medical
22   illness.
23        Q.       Is that reflected in your report that
24   you asked her whether or not she had any other
25   diseases?
```

                         G. Frankel, PhD

1

2       A.        She -- yes, it says she had no

3   physical medical illnesses prior to the pregnancy

4   that negatively impacted her.

5       Q.        Did you ask her whether or not after

6   the pregnancy she had been diagnosed with any

7   medical issues?

8       A.        No.

9       Q.        Did you ask her prior to becoming

10  pregnant whether or not she had any medical

11  issues?

12      A.        No.

13      Q.        Do you see in section 15

14  "Hypochondriasis" --

15      A.        Yes.

16      Q.        -- do you see she gave herself a

17  score of a two?

18      A.        Yes.

19      Q.        Do you see it says "Preoccupation

20  with health"?

21      A.        Yes.

22      Q.        Did you discuss with her her

23  preoccupation with health?

24      A.        No.

25      Q.        Did you discuss with her whether or

```
                              G. Frankel, PhD
1
2     not that impacted her mental state?
3          A.      Well, there was the earlier question
4     of "Did you have any medical illnesses that
5     contributed to a negative emotional state?" and
6     she reported no.
7          Q.      But you didn't explore with her
8     whether or not she had any eating disorders,
9     correct?
10         A.      Correct.
11         Q.      Do you know why she didn't fill out
12    Section 21?
13         A.      No, I do not know why.  There could
14    be multiple reasons.
15         Q.      I don't want you to speculate.
16                 Did you ask her why?
17         A.      I don't want to speculate either.  I
18    do not know.
19                 MR. MARKEL:  Okay.
20                 So we go to the next document, Ross,
21         which is the Beck Anxiety Inventory.
22         Q.      Do you see this document,
23    Dr. Frankel?
24         A.      Yes.
25         Q.      Do you recognize this document?
```

Page 151

1                    G. Frankel, PhD

2         A.      Yes.

3         Q.      What is it?

4         A.      It says the Beck Anxiety Inventory.

5                    THE WITNESS:  Keith, respectfully,

6         may I ask you how much more time you'll need,

7         just so I can -- I do have patients --

8                    MR. MARKEL:  I think we'll be done --

9         I'm hoping we'll be done before three

10        o'clock.  We should be done before three

11        o'clock.

12                   THE WITNESS:  Thank you.

13        Q.      Do you recognize this document?

14        A.      Yes.

15        Q.      Was this part of the packet that you

16    provided to Ms. Xiang?

17        A.      Yes.

18        Q.      Did Ms. Xiang fill out this form on

19    her own?

20        A.      Yes, that's my understanding.

21        Q.      Do you know when Ms. Xiang provided

22    this document back to you?

23        A.       In the same packet and timing.

24        Q.      Do you know whether or not Ms. Xiang

25    followed the instructions on this document?

```
 1                    G. Frankel, PhD
 2        A.        It looks like she did.
 3        Q.        Did you ask Ms. Xiang whether or not
 4   she filled out this document based on her symptoms
 5   during the past month?
 6        A.        That is what the directions suggest.
 7        Q.        Did you ask Ms. Xiang whether or not
 8   she followed the directions?
 9        A.        No, I did not ask her that.
10        Q.        Did you ask Ms. Xiang whether or not
11   she was experiencing anxiety or distress because
12   of COVID?
13        A.        No, I did not ask her that.
14        Q.        When Ms. Xiang filled out these
15   forms, it was during the COVID-19 pandemic,
16   correct?
17        A.        Yes.
18        Q.        Did you discuss with Ms. Xiang her
19   responses to this Beck Anxiety Inventory?
20        A.        No.
21        Q.        The score at the bottom of this page,
22   was that written by Ms. Xiang?
23        A.        It was written by Ms. Xiang and like
24   the other one, it was incorrect and I created my
25   own score.
```

1                    G. Frankel, PhD

2        Q.        So it's your testimony that Ms. Xiang

3    scored herself incorrectly?

4        A.        Yes.

5        Q.        Do you reflect in your report the

6    accurate scores?

7        A.        It should be.  The score does reflect

8    the severe anxiety range.

9                    MR. MARKEL:  Could you read back my

10        question?

11                    (Whereupon, the record was read back

12        by the reporter.)

13        A.        Yes.

14        Q.        So you corrected Ms. Xiang's scoring?

15        A.        I didn't correct it.  I don't use her

16    score, but verbally, I'm communicating to you that

17    her score is not correctly summarized.

18        Q.        Do you see that on this Beck Anxiety

19    Inventory she rates "Unable to relax" as severe?

20        A.        Yes.

21        Q.        Did you ask her why she was unable to

22    relax?

23        A.        No.

24        Q.        Do you see that she rates her "Fear

25    of worst happening" as severe?

                                        Page 154

1                    G. Frankel, PhD

2        A.      Yes.

3        Q.      Did you ask her what she was fearful

4    about?

5        A.      No.

6        Q.      Did you ask her if that was COVID

7    related?

8        A.      No.

9        Q.      Do you see where it says "Terrified

10   or afraid" that she scores herself as moderate?

11       A.      Yes.

12       Q.      Did you ask her what she was

13   terrified or afraid of?

14       A.      No.

15       Q.      Did you ask her if that was COVID

16   related?

17       A.      No.

18       Q.      Do you see that lists "Fear of losing

19   control" as moderate?

20       A.      Yes.

21       Q.      Did you ask her what she meant by

22   being fearful of losing control?

23       A.      No.

24       Q.      Did you ask her whether or not that

25   was COVID related?

1                    G. Frankel, PhD

2       A.      No.

3       Q.      Does it look like she changed her

4    score from mild to moderate for that?

5       A.      Yes.

6       Q.      Did you take that into consideration?

7       A.      Well, you actually asked did she

8    change it from mild to moderate.  It does look

9    like she changed it.

10      Q.      Did you ask her why she changed it?

11      A.      No.

12              MR. MARKEL:  Ross, can we go to the

13      next document?

14      Q.      Dr. Frankel, are you familiar with

15   this form?

16      A.      Yes.

17      Q.      What is this form?

18      A.      The Depression, Anxiety and Stress

19   Scale.

20      Q.      Is this document one that was

21   included in the documents that you provided to

22   Ms. Xiang before your interview with her on

23   June 5th, 2020?

24      A.      Yes.

25      Q.      Did Ms. Xiang fill out this document

Page 156

1                    G. Frankel, PhD

2    on her own?

3         A.      Yes.

4         Q.      Did Ms. Xiang provide this document

5    to you sometime after your interview on June 5th,

6    2020?

7         A.      Yes.

8         Q.      Did you at any point in time go

9    through the responses to the statements on this

10   document with Ms. Xiang?

11        A.      No.

12        Q.      Did you ask Ms. Xiang whether any of

13   her responses were related to the COVID-19

14   pandemic?

15        A.      No.

16        Q.      Did you ask Ms. Xiang whether or not

17   her responses were related to how she felt as of

18   June 5th, 2020?

19        A.      She was supposed to put down how she

20   felt down.

21        Q.      According to this document, she was

22   supposed to respond how she felt in the last week,

23   correct?

24                Dr. Frankel, did you hear my

25   question?

```
                                            Page 157
 1                    G. Frankel, PhD
 2         A.        I did say yes, it does say within the
 3    last week.
 4         Q.        Do you know whether or not Ms. Xiang
 5    followed that instruction?
 6         A.        I would go back and ask her.
 7         Q.        Did you ask her whether or not she
 8    followed that instruction?
 9         A.        I did not ask her.
10                   MR. MARKEL:  Off the record.
11                   (Discussion off the record)
12         Q.        Dr. Frankel, do you recognize this
13    document?
14         A.        Yes.
15         Q.        And was Ms. Xiang supposed to fill
16    out this document based on how she was feeling in
17    the last week prior to her filling it out?
18         A.        Yes.
19         Q.        And do you know whether or not she
20    followed that instruction?
21         A.        She represents that she did.
22         Q.        Did you ask her specifically whether
23    or not she did?
24         A.        No.
25         Q.        Did you ask her whether or not she
```

```
 1                    G. Frankel, PhD
 2    understood the scaling system on this document?
 3         A.      I provided instructions that said if
 4    you have any questions to please ask me.  She did
 5    not ask any questions.
 6         Q.      So you don't know whether or not she
 7    understood this document, correct?
 8                 MR. ALTARAS:  Objection.
 9         A.      I hope that she would have asked me a
10    question if she didn't understand it.
11         Q.      Would it surprise you to know that
12    Ms. Xiang testified that she didn't understand
13    some of the scoring and scaling on these
14    documents?
15                 MR. ALTARAS:  Objection.
16         A.      Well, you're asking certainly about
17    scaling and scoring.  The question of scoring
18    means -- well, when I hear your question, you said
19    that she doesn't understand the scoring.  The
20    scoring means, to me, how am I scoring the
21    questionnaire, so of course she doesn't understand
22    how to score them and what the scoring means.
23         Q.      I'm asking you whether or not you
24    would be surprised to know that Ms. Xiang
25    testified that she wasn't -- that she didn't fully
```

Page 159

```
1                     G. Frankel, PhD
2    understand how these documents were scaled.
3                   MR. ALTARAS:  Objection.
4                   You can answer if you understand the
5         question.
6         A.      I hear your question.  People can
7    answer lots of different ways when they're
8    under -- when they're nervous and they're being
9    asked questions by lawyers.  So lots of answers
10   are lots of answers.  I don't get surprised my
11   things.
12        Q.      You didn't ask Ms. Xiang whether or
13   not she had any questions with respect to this
14   form, correct?
15                  MR. ALTARAS:  Objection.
16        A.      She didn't -- she didn't communicate
17   any questions to me.  She sent them to me and
18   didn't say anything that she didn't understand
19   anything.
20        Q.      Other than providing her the form,
21   you didn't explain the form to her, correct?
22                  MR. ALTARAS:  Objection.
23        A.      I asked her to read each question or
24   each set of directions carefully and if she had
25   any questions, to please ask me.
```

```
                                         Page 160
 1                    G. Frankel, PhD
 2        Q.       And she filled out this form on her
 3   own, correct?
 4        A.       You know, that is my -- you know,
 5   that was the understanding and direction, that she
 6   was to fill them out on her own.
 7        Q.       Is it your understanding that it's
 8   her handwriting on this form?
 9        A.       Drawing circles or -- for drawing
10   circles, my directions were "Please write your
11   name on each piece."  She didn't follow that piece
12   of direction.
13        Q.       Did you go through her circles that
14   she provided on this document after she provided
15   the form back to you?
16        A.       No.
17        Q.       Do you see on the second page of this
18   document it shows a ratings scale from normal to
19   extremely severe for three separate categories of
20   depression, anxiety and stress?
21                 MR. ALTARAS:  Keith, the second page
22        of the document isn't visible.
23        A.       I don't have the second page visible.
24                 I know that that is what's on the
25   second page, but I don't have it in front of me.
```

```
1                    G. Frankel, PhD
2                    MR. MARKEL:  Ross, can you pull up
3        the second page?
4        Q.       Does this reflect, Dr. Frankel, what
5    I just described?
6                    MR. ALTARAS:  Objection.
7        A.       Yes, it is the -- yes, it's a
8    scoring.
9        Q.       So Ms. Xiang was able to see the
10   scoring scale for this document, correct?
11       A.       Correct.
12       Q.       And Ms. Xiang scored herself in these
13   three categories of depression, anxiety and
14   stress, correct?
15       A.       Yes.
16       Q.       That's Ms. Xiang's handwriting on
17   this document, correct?
18       A.       That is a reasonable consideration.
19       Q.       It's fair to say, Dr. Frankel, that
20   Ms. Xiang knew the scoring system at least at the
21   time she filled out this document?
22                   MR. ALTARAS:  Objection.
23       A.       It's fair to say she knew it when she
24   got to that page.
25       Q.       Do you have any reason to believe she
```

```
 1                    G. Frankel, PhD
 2    didn't look at the complete document before she
 3    filled it out?
 4                 MR. ALTARAS:  Objection.
 5         A.     I really can't say -- usually, it's
 6    been my experience that when people open things,
 7    they just go through this page, this page, this
 8    page and this page.
 9         Q.     Did you instruct Ms. Xiang not to
10    look at the scoring page before she filled out the
11    document?
12         A.     I will often say they don't have to
13    worry about any scoring, that's my job.
14         Q.     Did you say that to Ms. Xiang in this
15    case?
16         A.     It's what I often say.
17         Q.     Would that be in your email to
18    Ms. Xiang?
19                 MR. ALTARAS:  Objection.
20         A.     My email -- my email would say "Wait
21    to do this until we talk."
22         Q.     But Ms. Xiang didn't wait to do it
23    until you talked to her, correct?
24         A.     No.  I don't -- I can't answer.  She
25    should have done it after my verbal interview with
```

Page 163

```
 1                     G. Frankel, PhD
 2    her and perhaps in my presence.
 3         Q.      But she didn't do it in your
 4    presence, did she?
 5                  MR. ALTARAS:  Objection.
 6         A.      I don't recall on that particular
 7    one.
 8         Q.      And you didn't go through any of her
 9    responses to the 21 questions on this Depression,
10    Anxiety and Stress Scale Form, correct?
11         A.      No.
12         Q.      No, you didn't go through any of the
13    responses that are on this form?
14         A.      No.
15         Q.      As you sit here today, you don't know
16    whether or not Ms. Xiang reviewed the second page
17    of this form before she filled it out, correct?
18                  MR. ALTARAS:  Objection.
19         A.      I do not know her particular process
20    with this questionnaire.
21         Q.      Is it normal that you would give a
22    patient the scoring before they filled out the
23    form?
24         A.      In the stack of papers that just gets
25    sent, it might be there.  Most people do not pay
```

```
                                              Page 164
 1                   G. Frankel, PhD
 2   attention to that.
 3        Q.      If we were not during COVID when you
 4   provided these forms to Ms. Xiang, would you have
 5   given her the scoring sheet at the same time as
 6   you gave her the form to fill out?
 7                   MR. ALTARAS:  Objection.
 8        A.      You're correct.  It depends how -- if
 9   the form was reproduced at a time when there were
10   double-sided forms, it appears sometimes on the
11   back of the page.  Sometimes it doesn't appear on
12   the back of the page.  It depends on what was the
13   reproduction process.
14        Q.      Would your practice be to provide a
15   patient who you were providing these tests to the
16   scoring sheet that accompanied or was related to
17   these tests at the same time as when they were
18   filling them out?
19                   MR. ALTARAS:  Objection.
20        A.      Generally not.
21                   MR. MARKEL:  Okay.
22                   Ross, if we could go to the next
23        document in these series.
24        Q.      Do you see this document,
25   Dr. Frankel?
```

```
                                       Page 165
 1                  G. Frankel, PhD
 2        A.      Yes.
 3        Q.      Do you recognize this document?
 4        A.      Yes.
 5        Q.      What is this document?
 6        A.      This is the PTSD Symptom Scale
 7   Interview that asks questions about specific
 8   symptoms of PTSD.
 9        Q.      Is the handwriting on this document
10   Ms. Xiang's?
11        A.      Yes.
12        Q.      Was this document included in the
13   documents that you provided to Ms. Xiang before
14   your interview on June 5th, 2020?
15        A.      Yes.
16        Q.      Was this a document that you
17   discussed with Ms. Xiang during your interview on
18   June 5th, 2020?
19        A.      Yes, we discussed it.
20        Q.      So you recall specifically discussing
21   this document over your video conference with
22   Ms. Xiang on June 5th, 2020?
23        A.      Yes.
24        Q.      Why was this document provided to
25   Ms. Xiang?
```

Page 166

```
 1                   G. Frankel, PhD
 2        A.        This is part of my interview packet.
 3        Q.        Why was it being discussed with
 4   Ms. Xiang?
 5        A.        Because claimants usually -- you'll
 6   see at the top it says "Index Trauma."  Claimants
 7   do not know what that means.  I also explained to
 8   them we want to make sure that you are responding
 9   to these specific questions specifically related
10   to why we are having the evaluation, that you're
11   not talking about, let's say, difficulty with your
12   kids or, you know, something else going on.
13                 We want to know exactly what is the
14   particular index, the particular experiences that
15   you're responding to as the answer of your
16   question.
17        Q.        Did you know when you provided the
18   forms to Ms. Xiang what alleged trauma she had
19   been experiencing?
20                 MR. ALTARAS:  Objection.
21        A.        I would have looked at the complaint.
22        Q.        Are there any allegations in the
23   complaint of an assault?
24                 MR. ALTARAS:  Objection.
25        A.        No.
```

```
                                    Page 167
 1                 G. Frankel, PhD
 2        Q.      Why did you give this form to
 3    Ms. Xiang?
 4        A.      As I said, it's in my packet and it
 5    relates to have you had to go through
 6    re-experiencing, are there qualities of the
 7    experience that the person had that are
 8    continuing.  It very specifically goes over the
 9    diagnostic characteristics for experiences of
10    trauma and whether they're lasting.
11        Q.      Would you give this document to
12    someone who was experiencing anxiety or depression
13    as a result of being terminated from their job?
14        A.      Yes.
15        Q.      So this document, as far as you're
16    concerned, is given to patients regardless of
17    whether or not they've experienced an assault?
18        A.      Yes.
19        Q.      Did you discuss with Ms. Xiang the
20    statement indicated on this document by her?
21                MR. ALTARAS:  Objection.
22        A.      We discussed it in the sense that I
23    told her to, you know, think about what she wants
24    to describe and what she is thinking about as she
25    responds to these questions.
```

```
                                        Page 168
 1                    G. Frankel, PhD
 2        Q.      Did you read what she wrote?
 3        A.      When she provided it.
 4        Q.      During your interview on June 5th,
 5   you said you discussed this form with her, that
 6   she had filled it out and you discussed it during
 7   your interview, correct?
 8        A.      Well, I didn't discuss her, let's
 9   say, her putting a two number to question number
10   one.  What I did was give her -- I said --
11   sometimes people will come up with an index trauma
12   that they write that, let's say, isn't
13   communicating in a sense.
14        Q.      Did you fill out this form --
15        A.      This is her handwriting.  I did not
16   fill out this form.
17        Q.      Did she fill out the form with you
18   during your interview on June 5th, 2020?
19        A.      I don't -- yes.
20        Q.      Did you go through her responses
21   during your interview at that time?
22        A.      No.  I was just, you know, checking
23   that the index trauma is related to what we're
24   talking about.
25        Q.      Did she write her index trauma
```

Page 169

```
 1                    G. Frankel, PhD
 2   description during your call with her on June 5th,
 3   2020?
 4        A.      I believe so.
 5        Q.      Did you discuss what she wrote?
 6        A.      She just would have read it back to
 7   me and it's consistent with what the case is
 8   about.
 9        Q.      Can you read it out loud?
10        A.      "I was let go after I told HR I was
11   pregnant one month after.  It makes me" -- so the
12   frame gets cut off, so it's hard, but I quoted in
13   my report what she wrote.
14                "It makes me feel super anxious,
15   angry, sad, hopeless.  I lost my job, don't have
16   insurance" -- then the frame is blocking if
17   there's anything there -- "many bills to pay.  I
18   was also worried about my baby because I couldn't
19   sleep, can't eat, always crying, everything was
20   wrong."  Then she wrote "When I think back, I
21   barely believe that company" and she crossed those
22   off.
23        Q.      Did Ms. Xiang fill out this form
24   accurately?
25                MR. ALTARAS:  Objection.
```

```
                                            Page 170

 1                  G. Frankel, PhD
 2       A.       She gives different responses to
 3  different questions.
 4       Q.       Did Ms. Xiang fill out this form
 5  accurately?
 6                  MR. ALTARAS:  Objection.
 7       A.       She put different time periods to
 8  different questions.
 9       Q.       Is it that she filled that out
10  accurately or inaccurately?
11       A.       She followed the directions that she
12  was supposed to do.  I'm not sure what you mean by
13  accurately beyond that.
14       Q.       Do the directions ask her to fill it
15  out in the past two weeks or less than two weeks
16  if the trauma was less than that?
17       A.       It's asking -- it says -- it says in
18  the past -- it directs in the past two weeks.
19       Q.       In the past two weeks, had any of
20  what Ms. Xiang described occurred?
21                  MR. ALTARAS:  Objection.
22       A.       She has spoken about being
23  emotionally upset --
24       Q.       But Ms. Xiang --
25       A.       -- when reminded of the trauma.
```

Page 171

```
 1                       G. Frankel, PhD
 2        Q.        Ms. Xiang is referring to events that
 3    took place almost two years prior, correct?
 4                  MR. ALTARAS:  Objection.
 5        A.        Yes.
 6        Q.        So is she answering what the trauma
 7    is that she's experienced over the past two
 8    weeks --
 9                  MR. ALTARAS:  Objection.
10        Q.        -- as of June 5th, 2020?
11        A.        I'm a little confused by your
12    question.  I'm sorry for the background noise.
13        Q.        Did you ask Ms. Xiang what trauma she
14    was experiencing within the past two weeks of
15    your -- of filling out this form?
16                  MR. ALTARAS:  Objection.
17        A.        The trauma that she -- she's supposed
18    to be filling out the questionnaire as it relates
19    to her experiences of the trauma as she's
20    described it.
21        Q.        Within the past two weeks, correct?
22                  MR. ALTARAS:  Objection.
23        A.        No.  It's not the trauma she's had in
24    the past two weeks.  It's her emotional reactivity
25    within the past two weeks.
```

```
1                   G. Frankel, PhD
2         Q.       Did you explain that to Ms. Xiang?
3         A.       Yes.
4         Q.       How did you explain it to Ms. Xiang?
5         A.       I said "What are the events that
6    you're referring to that you think about as you're
7    referring to these questions?"
8         Q.       And did you -- did you probe her
9    responses to these questions?
10                  MR. ALTARAS:  Objection.
11        A.       No.
12        Q.       Did you ask Ms. Xiang whether or not
13   she had insurance?
14        A.       No.
15        Q.       Do you know whether or not Ms. Xiang
16   had insurance through her husband's health
17   insurance?
18        A.       No.
19        Q.       Do you know whether or not Ms. Xiang
20   had any debt?
21        A.       No.
22        Q.       Do you know whether or not she had
23   any bills to pay?
24        A.       I didn't ask her.  Most people do
25   have bills to pay.  Most people do have bills to
```

```
                                        Page 173
 1                    G. Frankel, PhD
 2     pay.
 3          Q.       Did you ask her why in June 2020 she
 4     was talking about being concerned about her baby?
 5                    MR. ALTARAS:  Objection.
 6          A.       Which reference to talking about her
 7     baby are you referring to?
 8          Q.       She says "I was also worried about my
 9     baby"?
10          A.       She's asked to talk about -- most
11     often for that index trauma, people will simply
12     say "When I lost my job and I was fired from
13     Eagle."  She chose to make statements a different
14     way.
15          Q.       Do you know why she did that?
16          A.       Individual differences.
17          Q.       Do you know whether or not her baby
18     has achieved all of his milestones?
19                    MR. ALTARAS:  Objection.
20          A.       No.
21          Q.       Do you know whether or not her baby
22     has suffered any disabilities?
23                    MR. ALTARAS:  Objection.
24          A.       No.
25          Q.       Did you speak to Ms. Xiang's
```

Page 174

```
 1                    G. Frankel, PhD
 2    children's pediatricians?
 3         A.      No.
 4         Q.      Did you ask Ms. Xiang for any medical
 5    history with respect to her children?
 6         A.      No.
 7         Q.      Did you ask Ms. Xiang to obtain any
 8    documents from any of her children's doctors?
 9         A.      No.
10         Q.      When you go down the form, did you --
11    is this Ms. Xiang's handwriting that's next to
12    each of these five categories of
13    "Re-experiencing"?
14         A.      I'm not a graphologist.
15         Q.      Did you go through the five
16    categories on this form under "Re-experiencing"?
17         A.      I did not review the form with her or
18    I did not review her answers with her.
19         Q.      Is it fair to say you didn't probe
20    any of the responses that she gave as well?
21                 MR. ALTARAS:  Objection.
22         A.      That's not fair.  No.  Because some
23    of those would be within the interview that I had
24    with her.
25         Q.      For the first category, it says "Have
```

Page 175

1                   G. Frankel, PhD
2      you had recurrent or intrusive distressing
3      thoughts or recollection about the trauma."
4                   Did you discuss with her?
5          A.      Qualitatively.
6          Q.      What does that mean?
7          A.      It means, for example, when she
8      reported she had to get prepared for her
9      mediation, she became very, very upset and
10     distressed.
11         Q.      Did you ask her on June 5th, 2020
12     when you were going through this form why she put
13     a two next to that number one?
14         A.      I did not ask her on June 5th why she
15     put a two.
16         Q.      Did you ask her at any point after
17     June 5th why she put a two?
18         A.      No.
19         Q.      For the next section, it says "Have
20     you been having recurrent bad dreams or nightmares
21     about the trauma?"
22                 Did you ask her whether or not she
23     had had any bad dreams or nightmares about being
24     let go from Market America?
25         A.      I would go back to my report.

1                   G. Frankel, PhD

2        Q.        Do you recall referencing Ms. Xiang

3   having any bad dreams or nightmares as a result of

4   being let go from Market America?

5        A.        I believe she more responded that the

6   experience was a nightmare.

7        Q.        But Ms. Xiang never told you she had

8   any dreams or nightmares as it relates to this

9   form or question, correct?

10        A.        Correct.

11        Q.        The next question is "Have you had

12   the experience of suddenly reliving the trauma,

13   flashbacks of it, acting or feeling as if it were

14   recurring?"

15                  Did you discuss the fact that she put

16   a two next to this?

17                  MR. ALTARAS:  Objection.

18        A.        When she said it was like -- talking

19   to Dan about the forthcoming mediation, she said

20   it was like opening the box again.

21        Q.        Did you ask her how many times a week

22   she felt trauma or distress as a result of that?

23                  MR. ALTARAS:  Objection.

24        A.        No.

25        Q.        The next question is "Have you had

1                    G. Frankel, PhD

2    been intensely emotionally upset when reminded of

3    the trauma, includes anniversary reactions?"  She

4    scored a three there.

5                    Did you discuss that with Ms. Xiang?

6        A.      That's reflected in her comment about

7    talking about the mediation, the box was open

8    again --

9        Q.      Did you ask her --

10       A.      -- and how difficult it was and her

11   need to go seek treatment in response to that.

12       Q.      Did you ask her how many times a week

13   she experienced that?

14       A.      No.

15       Q.      As of June 5th, 2020, you're unaware

16   of whether or not Ms. Xiang ever sought

17   psychiatric treatment ever again, correct?

18       A.      Correct.

19       Q.      Did you go through the rest of this

20   document?  It's continued to the next page --

21                    MR. MARKEL:  Ross, if you could move

22       it to the next page.

23       Q.      Did you go through the rest of the

24   scores on this document with Ms. Xiang on

25   June 5th, 2020?

```
                                          Page 178
 1                  G. Frankel, PhD
 2        A.      No.
 3        Q.      Did you probe why Ms. Xiang provided
 4   these scores on this form?
 5        A.      No.  Well, she had already talked
 6   about number nine, loss of interest in free time
 7   activities.
 8        Q.      Had she described to you that -- why
 9   she scored a three for category nine?
10        A.      No.
11        Q.      Are there any other categories on the
12   form that you discussed with her during your
13   interview on June 5th, 2020 or any time after
14   that?
15        A.       In the interview, there are
16   discussions about being detached, not seeing
17   friends as much.  She talked about difficulty with
18   sleep.
19        Q.      Did you probe why she scored herself
20   on the form the way she did?
21             MR. ALTARAS:  Objection.
22        A.      No.
23             MR. MARKEL:  Ross, if we could go to
24        the next document.
25        Q.      Dr. Huang, what is this?
```

1                    G. Frankel, PhD

2        A.        I was just referred to as Dr. Huang.

3        Q.        I'm sorry, Dr. Frankel.  I apologize.

4        A.        I apologize.

5        Q.        What is this document?

6        A.        This is an Incomplete Sentence Blank

7    Questionnaire.

8        Q.        Why would you give this form to

9    Ms. Xiang?

10       A.        Just to explore her responses.

11       Q.        Did you go through this document with

12   Ms. Xiang when you met with her on June 5th

13   virtually in 2020?

14       A.        No.

15       Q.        Was this part of what Ms. Xiang sent

16   back to you after your interview with her on

17   June 5th, 2020?

18       A.        Yes.

19       Q.        Did you review this document before

20   you issued your affidavit in this case?

21       A.        I did review it.

22       Q.        At any point in time did you discuss

23   with Ms. Xiang her responses to the form?

24       A.        No.

25       Q.        Do you see question number three?

```
 1                    G. Frankel, PhD
 2       A.      Yes.
 3       Q.      The question reads "What annoys me
 4   ..." and Ms. Xiang writes "is when lost my
 5   patience."
 6               Do you see that?
 7               MR. ALTARAS:  Objection.
 8       A.      I'm not sure -- I don't know what she
 9   wrote.  I'm not sure it says patience.
10       Q.      Does it look like she crossed
11   something out?
12       A.      Yes.
13       Q.      Did you probe with her why she
14   crossed something out?
15       A.      No.
16       Q.      Did you ask her what she meant by
17   "lost my" and it looks like she spelled patient?
18       A.      I'm not sure if that says patient.
19   Maybe it does.
20       Q.      What do you understand it --
21       A.      I didn't -- I didn't see that as
22   reaching a high enough level to pay attention to
23   in terms of -- you're right.  It could say
24   patient, but it would be the word patience, so ...
25       Q.      Did you ask Ms. Xiang her level of
```

```
                                        Page 181
 1                    G. Frankel, PhD
 2    education?
 3                    I'm asking you --
 4         A.      I usually ask if they've gone to high
 5    school and any further -- yes, I did.
 6         Q.      Did Ms. Xiang say that she went to
 7    high school in China?
 8         A.      She also completed a Bachelor of Fine
 9    Arts Degree in New York.
10         Q.      Did you get that from Ms. Xiang or
11    did you get that from the complaint?
12         A.      Ms. Xiang.
13         Q.      You asked Ms. Xiang what her
14    educational history was?
15         A.      I asked her where she went to school
16    and did she pursue any further education.
17         Q.      Do you see in question four it says
18    "I want to know ..." and then she says "when we
19    can get back to normal"?
20         A.      She wrote "when we can back to
21    normal."
22         Q.      And did you ask her what she meant by
23    that?
24         A.      No.
25         Q.      Did you think she was referring to
```

```
                                                    Page 182
 1                     G. Frankel, PhD
 2    COVID-19?
 3                MR. ALTARAS:   Objection.
 4         A.      It's a -- it's a reasonable
 5    assumption.
 6         Q.      For section five, do you see it says
 7    "I failed ..." and she wrote "to be a good mom"?
 8         A.      Yes.
 9         Q.      Did you probe as to why she feels
10    she's not a good mom?
11         A.      No.
12         Q.      Why not?
13         A.      I didn't have her answers when I was
14    talking to her.
15         Q.      Did you make any effort to set up
16    another interview with her after you received her
17    answers?
18         A.      No.
19         Q.      Do you see on question seven it says
20    "People ..." and she wrote "don't like me much"?
21         A.      Yes.
22         Q.      Did you ask her why she felt that
23    way?
24         A.      No.
25         Q.      Do you see on question ten, it says
```

1                    G. Frankel, PhD

2    "I ..." and then she wrote "want to have a day

3    off"?

4         A.       Yes.

5         Q.       Do you know what she meant by that?

6         A.       She wants to have a day off.

7         Q.       Did you ask her if she felt

8    overworked?

9         A.       No.

10        Q.       Did you ask her how many hours a week

11   she worked?

12        A.       No.

13        Q.       Did you ask her how she was

14   performing at her job?

15        A.       No.

16        Q.       Did you ask her whether or not she

17   had been disciplined at her job?

18        A.       No.

19        Q.       Do you see question 14 says "A mother

20   ..." and then she said "is hard"?

21        A.       Yes.

22        Q.       Did you ask her what she meant by

23   that?

24        A.       No.

25        Q.       Do you see on the next page --

Page 184

1                     G. Frankel, PhD

2                MR. MARKEL:  Ross, if we could go to

3        the next page.

4        Q.      Do you see question 18, it asks "I

5    wish ..." and she writes "COVID-19 can be over

6    soon"?

7        A.      Yes.

8        Q.      Did you ask her about what she meant

9    by that?

10       A.      No.

11       Q.      Does her response suggest that she

12   was anxious about COVID-19?

13       A.      No.

14       Q.      What does her response suggest to

15   you?

16       A.      She said she'd like it to be over, as

17   does every other person in the world.

18       Q.      So is it fair to assume that

19   Ms. Xiang was concerned about that?

20       A.      It is fair to say that and every

21   other person in the world, yes.

22       Q.      Do you see question 20 says "Marriage

23   ..." and she writes "sucks"?

24       A.      Yes.

25       Q.      Did you probe why she felt marriage

```
 1                    G. Frankel, PhD
 2    sucks?
 3         A.     No.
 4         Q.     Did you talk about her marriage with
 5    her husband?
 6         A.     No.
 7         Q.     Did you discuss whether or not her
 8    and her husband had any marital problems?
 9         A.     No.
10         Q.     Did you ask Ms. Xiang whether or not
11    she was in marriage counseling?
12         A.     No.
13         Q.     Do you see in section 21 it says "I
14    suffer ..." and she wrote "a lot"?
15         A.     Yes.
16         Q.     Did you ask her what she meant by "a
17    lot"?
18         A.     No.
19         Q.     Did you ask her what she was
20    suffering from?
21         A.     No.
22         Q.     Do you see question 25 says "My
23    greatest weakness ..." and she writes "is can't
24    control my emotion"?
25         A.     Yes.
```

```
                                          Page 186

  1                  G. Frankel, PhD
  2       Q.       Did you ask her what she meant by
  3   this?
  4       A.       No.
  5       Q.       Do you see in question 34 --
  6                MR. MARKEL:  Ross, if you could go to
  7       the next page --
  8       Q.       -- it says "The worst thing a man can
  9   do to a woman is ..." and she writes "is
 10   cheating."
 11                Did you discuss that with her?
 12       A.       No.
 13       Q.       Do you know whether or not her
 14   husband ever cheated on her?
 15       A.       I do not know.
 16       Q.       Did you ask her whether or not anyone
 17   had ever been unfaithful to her?
 18       A.       I did not ask her.
 19       Q.       Question 40, it says "I can't ..."
 20   and she writes "deal with it."
 21       A.       I see that.
 22       Q.       Did you ask her what she was
 23   referring to?
 24       A.       No.
 25       Q.       Did you ask her what she couldn't
```

Page 187

```
1                    G. Frankel, PhD
2   deal with?
3        A.      No.
4        Q.      Forty-two, the question says "My
5   personality would be much better if ..." and then
6   she writes "I don't get angry or anxious so
7   easily."
8        A.      I see that.
9        Q.      Did you ask her why she got angry so
10  easily?
11       A.      No.
12       Q.      Did any of the responses that she
13  gave in response to this form make it into your
14  affidavit?
15       A.      Yes.
16       Q.      What responses made it into your
17  affidavit?
18       A.      Keith, you didn't ask me about number
19  43, which is "I was depressed when I think about
20  the case."
21       Q.      Other than question number 43, did
22  any of the ones that we just went through make it
23  into your report?
24       A.      Yes.
25       Q.      What made it into your report?
```

```
                                    Page 188
 1                    G. Frankel, PhD
 2        A.        Number 21, number 32, number 33,
 3   number 36, number 41 and I can read them out to
 4   you if you want.
 5        Q.        No, that's great.
 6                  Did you discuss those numbers that
 7   you just read out with Ms. Xiang before you issued
 8   your report?
 9        A.        No.
10        Q.        Did you provide a copy of your report
11   to Ms. Xiang before you issued it?
12        A.        No.
13        Q.        Did you ask Ms. Xiang to confirm
14   whether or not the statements in your report were
15   accurate before you issued your report?
16        A.        No.
17        Q.        Do you consider yourself an expert in
18   discrimination?
19                  MR. ALTARAS:  Objection.
20        A.        No.
21        Q.        Did you do anything to independently
22   corroborate any of the statements that Ms. Xiang
23   provided to you during your June 5th, 2020
24   interview other than looking at the forms she
25   filled out and Dr. Jason's notes?
```

Page 189

```
1                    G. Frankel, PhD
2              MR. ALTARAS:  Objection.
3      A.      No, aside from reading the complaint.
4      Q.      Other than reading the complaint,
5  speaking to Ms. Xiang and reviewing Dr. Jason's
6  notes, did you do anything to independently
7  corroborate the statements contained within your
8  report?
9      A.      No.
10     Q.      Have you ever lectured on the
11 psychological impacts of discrimination?
12     A.      No.
13     Q.      Have you ever lectured on the stress
14 related to discrimination?
15     A.      No.
16     Q.      Have you ever lectured on the anxiety
17 related to discrimination?
18     A.      No.
19     Q.      Have you ever lectured on depression
20 related to discrimination?
21     A.      No.
22              MR. MARKEL:  Ross, if you could put
23          back on the screen Dr. Frankel's affidavit, I
24          believe it's Defendants' Exhibit 2.
25              MR. ALTARAS:  Off the record for a
```

```
                                        Page 190
 1                    G. Frankel, PhD
 2        second, Keith?
 3                    (Discussion off the record)
 4        Q.       Dr. Frankel, do you see that your
 5   affidavit is dated June 8, 2020?
 6        A.       Yes.
 7        Q.       And is that when you gave your
 8   affidavit to Ms. Xiang's attorneys?
 9        A.       I would have to look at the email
10   when I transmitted it.
11                  MR. MARKEL:  If you look at page --
12        Ross, if you could go to just past page 18,
13        the next page.
14        Q.       Dr. Frankel, is that your signature
15   on this page?
16        A.       Yes.
17        Q.       Does that reflect that this document
18   was notarized on June 11th, 2020?
19        A.       Yes.
20        Q.       Did your affidavit change between
21   June 8th, 2020 and June 11th, 2020?
22        A.       No.
23                  MR. MARKEL:  If we can go, Ross, to
24        the next page.
25        Q.       Dr. Frankel, is this your CV or your
```

```
 1                      G. Frankel, PhD
 2   résumé?
 3         A.      Yes.
 4         Q.      Does this document list your
 5   professional publications and presentations?
 6         A.      Yes.
 7         Q.      And did you over the course --
 8   withdrawn.
 9                 Are there approximately 60
10   publications and presentations listed on this CV?
11         A.      I'd have to count, Keith.  I've never
12   been asked that question.
13         Q.      Okay.
14                 Does this CV list all of your
15   publications and professional presentations?
16         A.      I have more to add in this last year.
17         Q.      Are any of the presentations in this
18   last year with respect to the effects of
19   discrimination?
20         A.      No.
21         Q.      Are any of the professional
22   publications and presentations listed on your CV
23   with respect to discrimination?
24         A.      No.
25         Q.      If we go to page 28, Dr. Frankel,
```

Page 192

1                    G. Frankel, PhD
2     does this list your court cases since 2012?
3          A.      It does list my court cases.
4          Q.      In 2020, it refers to a sexual
5     harassment case.
6                  Do you see that?
7          A.      Yes.
8          Q.      Do you know the name of that case?
9          A.      It says cases.
10         Q.      Do you know the names of those cases?
11         A.      Not offhand.
12         Q.      In 2019, it refers to sexual
13    harassment/discrimination/retaliation and wrongful
14    termination case.
15                 Do you know the name of any of those
16    cases?
17         A.      Not offhand.
18         Q.      Again, same -- another entry for 2019
19    says
20    harassment/discrimination/retaliation/wrongful
21    termination cases.
22                 Do you know the names of any of those
23    cases?
24         A.      Once again, not offhand.
25                 MR. MARKEL:  Let's take five minutes

```
 1                    G. Frankel, PhD
 2       really quickly.  Just give me two to five
 3       minutes to see if I have anymore questions.
 4                 MR. ALTARAS:  No problem.
 5                 (Time noted: 2:57 p.m.)
 6                 (Recess taken)
 7                 (Time noted: 3:00 p.m.)
 8                 MR. MARKEL:  Ross, can you put that
 9       document back on up on the screen and if you
10       could turn, Ross, to page 17?
11       Q.       Dr. Frankel, can you take a look at
12   paragraph 105 of your affidavit?
13       A.       Yes.
14       Q.       Do you see there you make a summary
15   statement?
16       A.       Yes.
17       Q.       And can you read that statement?
18       A.       "It is my professional opinion, as a
19   clinical psychologist, with a reasonable degree of
20   certainty, that there is a direct connection
21   between Ms. Xiang's serious negative emotional
22   experiences, experiences of a severe stress
23   reaction, including re-experiencing, avoidance and
24   increased arousal and major depression, severe in
25   her experiences of harassment, discrimination and
```

1                    G. Frankel, PhD

2    wrongful termination."

3         Q.      Dr. Frankel, how do you know that

4    Ms. Xiang was discriminated against?

5                    MR. ALTARAS:  Objection.

6         A.      She describes that she was treated

7    differently than other employees.

8         Q.      Did you do any independent evaluation

9    as to whether or not Ms. Xiang was discriminated

10   against?

11                   MR. ALTARAS:  Objection.

12        A.      No.

13        Q.      How can you say that her stress or

14   her depression is connected to her discrimination

15   when that hasn't been determined?

16                   MR. ALTARAS:  Objection.

17        A.      Her experiences of being treated the

18   ways in which she was.

19        Q.      The ways in which she told you she

20   was treated, correct?

21                   MR. ALTARAS:  Objection.

22        A.      Yes, mm-hmm.

23        Q.      But you conducted no interviews of

24   anyone other than Ms. Xiang, correct?

25                   MR. ALTARAS:  Objection.

1                     G. Frankel, PhD

2        A.        Correct.

3        Q.        In your summary at 106, you say

4    "Based on Ms. Xiang's background and history, she

5    has demonstrated personality strength."

6        A.        Yes.

7        Q.        What background and history are you

8    referring to?

9        A.        Well, she's still going.  She's still

10   trying.  She's trying to take care of her family.

11       Q.        So you weren't referring to her

12   medical history or familial history?

13                 MR. ALTARAS:  Objection.

14       A.        She's still trying to be a

15   functioning person.  She's not in a hospital or,

16   you know, not doing anything.

17       Q.        Do you see in paragraph 115 that she

18   could benefit from continuing weekly therapy and

19   engaging in group therapy sessions for at least a

20   year or more?

21       A.        Yes.

22       Q.        Do you know whether or not Ms. Xiang

23   has sought psychological treatment since Dr. Jason

24   back on June 3rd, 2020?

25       A.        I have not had communication with her

```
                                        Page 196

 1                    G. Frankel, PhD

 2      after June 5th.

 3                 MR. MARKEL:  I don't have any further

 4         questions for you, Dr. Frankel.  I appreciate

 5         your time and I apologize that we took a

 6         little bit longer -- five minutes longer --

 7         than we anticipated.

 8                 MR. ALTARAS:  Thank you, Dr. Frankel,

 9         for your time today.

10                 THE WITNESS:  Thank you, Keith, for

11         your questions.  Thank you, Sara, for your

12         help.

13                 (Time noted: 3:05 p.m.)

14

15

16

17

18

19

20

21

22

23

24

25
```

1

2            A C K N O W L E D G M E N T

3

4            I, GLADYS FRANKEL, PhD, hereby certify that I

5    have read the transcript of my testimony taken under oath

6    in my examination of February 5, 2021; that the transcript

7    is a true, complete and correct record of what was asked,

8    answered and said during this deposition, and that the

9    answers on the record as given by me are true and

10   correct.

11   _____

12        GLADYS FRANKEL, PhD

13

14   Signed and subscribed to

15   before me, this      day of

16            2021.

17   _____

18        Notary Public

19

20

21

22

23

24

25

Page 198

1

2

3                           CERTIFICATION

4             I, SARA K. KILLIAN, RPR, CCR, do

5       hereby certify that GLADYS FRANKEL, PhD,

6       the witness whose examination under oath

7       is hereinbefore set forth, was duly sworn,

8       and that such deposition is a true record

9       of the testimony given by such witness.

10            I FURTHER CERTIFY that I am not

11      related to any of the parties to this

12      action by blood or marriage, and that

13      I am in no way interested in the

14      outcome of this matter.

15              IN WITNESS WHEREOF, I have hereunto

16      set my hand this 8th day of February, 2021.

17

18

19      _____

20            SARA K. KILLIAN, RPR, CCR

21      Notary Public of the State of New York

22

23

24

25

Page 199

1

2                          I N D E X

3

4    WITNESS              EXAMINATION BY          PAGE

5    Dr. Frankel      Mr. Markel               4

6

7

8                     E X H I B I T S

9    EXHIBITS             DESCRIPTION                 PAGE

10   Exhibit 1         Subpoena                    19

11   Exhibit 2         Expert witness disclosure   23

12   Exhibit 3         Psychotherapy intake        36
                       notes of Dr. Karen Jason
13

     Exhibit 4         Amended complaint           102
14

     Exhibit 5         Packet of tests             115
15

16

17

18                     R E Q U E S T S:

19   Production requested       Pages 21, 26, 30, 33, 36,

20                              103, 113, 117

21

22

23

24

25

Page 200

```
 1
 2                    ERRATA SHEET
            VERITEXT/NEW YORK REPORTING, LLC
 3
     CASE NAME: Xiang v Eagle Enterprises, et al
 4   DATE OF DEPOSITION: 2/5/2021
     WITNESS' NAME: GLADYS FRANKEL, PhD
 5
     PAGE/LINE(S)/     CHANGE           REASON
 6   ____/_____/_____/_____
     ____/_____/_____/_____
 7   ____/_____/_____/_____
     ____/_____/_____/_____
 8   ____/_____/_____/_____
     ____/_____/_____/_____
 9   ____/_____/_____/_____
     ____/_____/_____/_____
10   ____/_____/_____/_____
     ____/_____/_____/_____
11   ____/_____/_____/_____
     ____/_____/_____/_____
12   ____/_____/_____/_____
     ____/_____/_____/_____
13   ____/_____/_____/_____
     ____/_____/_____/_____
14   ____/_____/_____/_____
     ____/_____/_____/_____
15   ____/_____/_____/_____
     ____/_____/_____/_____
16   ____/_____/_____/_____
     ____/_____/_____/_____
17   ____/_____/_____/_____
     ____/_____/_____/_____
18   ____/_____/_____/_____
     ____/_____/_____/_____
19              _____
                  GLADYS FRANKEL, PhD
20
     SUBSCRIBED AND SWORN TO
21   BEFORE ME THIS_____DAY
     OF _____, 2021.
22
     _____
23       NOTARY PUBLIC
24   MY COMMISSION EXPIRES_____
25
```

**1**

**1** 2:6 19:14,17
119:5 122:19
136:6 199:10
**1,000** 27:21,23
28:2,5,8
**10** 126:15
**10,000** 42:9
**100** 38:21
**10022** 2:16
**10119** 2:7
**102** 199:13
**103** 199:20
**105** 193:12
**106** 195:3
**10:00** 1:12
**113** 199:20
**115** 195:17 199:14
**117** 199:20
**11th** 190:18,21
**12** 146:24
**12:14** 91:10
**12:27** 91:12
**12:57** 114:25
**12th** 59:13 64:17
66:24 67:7 87:11
87:20 88:3,17,22
**13** 52:6
**14** 30:13 183:19
**15** 55:22 89:14,16
97:8 149:13
**17** 193:10
**1752** 1:3
**18** 26:16 27:7,9
55:22 134:19
184:4 190:12
**19** 1:3 72:4,23
75:13,16 81:21
152:15 156:13
182:2 184:5,12
199:10

**1981** 9:8
**1984** 12:7,8,13
**1990s** 13:24
**19th** 46:18 73:13
81:11
**1:01** 115:3

**2**

**2** 17:14 23:11,12
31:9 120:11
126:16 131:3
139:7 189:24
199:11
**2/5/2021** 200:4
**20** 59:16 72:6
97:10,14 184:22
**2012** 192:2
**2016** 57:2,6,10
**2018** 37:22 38:16
40:16 44:23 45:4
45:25 52:4,8
59:13,18 64:17
65:17 66:11,21,24
67:2,7 68:2 72:4,8
72:23 73:13 75:14
75:16,21 76:5,7,11
77:4,12 81:4,9,21
83:17 92:22
127:17 129:21
**2019** 46:18 76:8
82:13 83:13,16,24
86:5,16,25 87:5,11
87:20 88:3,17,22
89:9,18 192:12,18
**2020** 25:22 26:3
31:21,24 40:20
41:14,17,21 42:2
44:8,14,25 45:4,22
45:25 46:12 66:15
73:17 76:22 77:4
77:12 85:23 86:11
89:5,10,18 91:15

92:3,7,22 93:18
94:5,9,17,22 97:12
111:5 112:4,12,23
113:8,12 114:13
116:4,9,14,18
117:3,24 119:16
119:20,23,24
127:20 136:17
140:23 141:7
142:2,6,9 155:23
156:6,18 165:14
165:18,22 168:18
169:3 171:10
173:3 175:11
177:15,25 178:13
179:13,17 188:23
190:5,18,21,21
192:4 195:24
**2021** 1:12 20:3
21:2 197:6,16
198:16 200:21
**21** 115:13 150:12
163:9 185:13
188:2 199:19
**21st** 82:13
**22** 86:16
**22nd** 52:4 59:18
83:13,16,24 86:5
89:9,18
**23** 199:11
**23rd** 94:8
**24** 8:2
**24th** 44:23 45:4,25
46:5 77:4 92:22
**25** 97:18 185:22
**26** 199:19
**28** 191:25
**29th** 21:2 85:22
**2:57** 193:5
**2b** 132:13

**3**

**3** 31:11 35:22,24
121:24 130:2,15
134:4 136:22
199:12
**30** 11:16,17 89:18
97:22,25 98:5,10
199:19
**30th** 66:21,25 68:2
72:8
**32** 188:2
**33** 188:2 199:19
**34** 186:5
**36** 188:3 199:12,19
**3:00** 193:7
**3:05** 196:13
**3b** 134:21
**3rd** 89:5,9 91:14
91:22 92:3,7,22
93:18 195:24

**4**

**4** 102:20,21 145:16
199:5,13
**40** 186:19
**41** 188:3
**4268** 198:18
**43** 187:19,21
**4905** 2:6
**4:30** 59:13 66:21

**5**

**5** 1:12 114:16
115:4 197:6
199:14
**5:00** 132:8
**5:15** 59:13 66:21
**5th** 20:3 25:5,6,14
25:22 31:21,24
32:19 40:20 41:14
41:17,20 42:2
44:8,13,16,25 45:4

45:22,25 46:5,12
66:15 73:17 76:22
77:4,12 94:5,17,22
111:5 112:4,12,23
113:8,11 114:13
116:4,9,14,18
117:3,24 119:16
119:20,23 127:20
140:23 141:7
142:2,6,9 155:23
156:5,18 165:14
165:18,22 168:4
168:18 169:2
171:10 175:11,14
175:17 177:15,25
178:13 179:12,17
188:23 196:2

**6**

**60**  191:9
**6:00**  37:23 52:4
**6:45**  37:23 52:4
89:5 91:15

**7**

**7:30**  89:5 91:15

**8**

**8**  190:5
**8th**  25:5,6,14 26:3
119:23 190:21
198:16

**9**

**909**  2:15
**9:00**  132:8
**9th**  37:22 38:16
52:7 81:4,9

**a**

**a.m.**  1:12
**abdomen**  147:2
**ability**  8:3 24:13
54:3 67:13 68:12

106:17 137:20
**able**  12:18 15:9
19:9 41:24 42:19
48:18 70:7 77:17
77:22 99:19
105:19 146:7
161:9
**abused**  139:19,23
**accompanied**
164:16
**accounts**  43:10
127:23
**accuracy**  47:4,7
**accurate**  46:17,22
61:22 111:19
146:18 148:14
153:6 188:15
**accurately**  169:24
170:5,10,13
**accusing**  109:9
**achieved**  173:18
**acting**  176:13
**action**  4:20 19:15
198:12
**activities**  178:7
**acupuncture**  17:9
**add**  191:16
**addition**  17:20
**additional**  125:16
**address**  4:8,11,12
68:8 107:24
**administer**  114:11
117:11
**administered**
144:25
**advanced**  13:17
13:18
**advised**  21:8
**advisement**  21:18
26:14 30:19 33:16
37:3 103:16 113:5

117:9
**affidavit**  23:6
24:18 26:16 27:15
27:18,24 28:9,12
34:24 35:2,5
66:11 78:11,23
79:7,18,22 80:7,14
85:19 101:24
103:19,22,25
104:4,9 179:20
187:14,17 189:23
190:5,8,20 193:12
**affidavits**  97:13,17
97:21 98:2,5
**afraid**  154:10,13
**ages**  56:19
**agitation**  128:25
129:6
**ago**  11:17 101:4
**agreed**  3:4,10,15
9:18
**ahead**  114:24
141:18,19
**al**  200:3
**alcohol**  8:2
**allegations**  111:17
111:19,23 166:22
**alleged**  104:7
166:18
**altaras**  2:8 6:21,24
7:7,10 9:13,15
12:21 16:14 18:8
18:16,22 21:7,14
21:20 22:13,18
24:8 25:8,15,25
26:5,11,13 29:9
30:18 33:10,15,20
33:23 34:3,6,9,12
34:15 35:18 37:2
37:8 38:22 39:4,7
39:12,17 40:22

42:4,10,24 45:6
46:3,23 47:10,22
48:9,19 49:6 50:5
50:10,19 51:8,12
52:16 53:2 55:14
55:19 61:10,17,23
62:11 65:24 66:6
67:3,19 69:22
70:3 71:6 75:5,19
76:6,13 77:6,13
78:2,8,18,22 79:3
79:19 80:3,8,15
81:22 82:4,24
84:6,12 86:7,22
87:21,24 88:11,23
89:19 90:7 91:8
92:16 94:23 95:15
98:9 99:24 100:21
102:6,11 103:15
105:4,9,25 106:12
106:23 107:6,13
107:20 108:8,14
108:20 109:4,10
109:17,22 110:2,6
110:12,17 111:15
111:20,25 112:5
113:4 114:20
117:8,13 119:17
125:15 126:4,10
126:24 129:17
135:5,15 138:17
145:10 146:19
148:15 158:8,15
159:3,15,22
160:21 161:6,22
162:4,19 163:5,18
164:7,19 166:20
166:24 167:21
169:25 170:6,21
171:4,9,16,22
172:10 173:5,19

173:23 174:21
176:17,23 178:21
180:7 182:3
188:19 189:2,25
193:4 194:5,11,16
194:21,25 195:13
196:8
**alternative** 64:18
**alternatives** 64:14
**ambivalence**
55:10
**amended** 35:6
102:19 103:18,25
104:3,8,11,24
105:2,12,17
110:25 111:3,6,9
111:14,18,24
199:13
**america** 1:8 4:18
5:15,17 42:9,14
55:18 57:5,10
64:23 65:3 76:11
76:17 87:5 102:15
104:13,16 105:8
105:23 106:10,22
107:5,12,18 108:6
108:13,19 109:2,9
109:9,16 110:16
128:15 133:2,6,11
134:12,16,17
175:24 176:4
**american** 14:23
**amy** 1:8 4:19 5:15
**angry** 43:20,23
44:3,4,5,7 169:15
187:6,9
**anniversary** 177:3
**annoys** 180:3
**annually** 14:10
**anorexia** 135:22

**answer** 9:14,21
15:9 21:24 32:12
37:9 38:23 47:11
49:7 62:12 75:9
75:24 80:17 89:25
90:10 92:17
103:10 106:3,24
108:22 109:20
110:18 134:21
135:4 159:4,7
162:24 166:15
**answered** 80:16
110:8,12 197:8
**answering** 108:2
110:10,23 171:6
**answers** 119:11
122:24 159:9,10
174:18 182:13,17
197:9
**anticipated** 196:7
**anxiety** 53:7,11,13
53:22 59:22 67:16
69:11 74:5 78:6
78:10 126:3
145:15 146:6
150:21 151:4
152:11,19 153:8
153:18 155:18
160:20 161:13
163:10 167:12
189:16
**anxious** 60:2,8
63:3,18 78:10
80:21 84:19 86:13
169:14 184:12
187:6
**anymore** 127:5
137:18 193:3
**apologize** 91:2,5
129:3 179:3,4
196:5

**appear** 86:25
164:11
**appearing** 20:5
**appears** 144:19
164:10
**appetite** 134:20
146:25
**applied** 13:4,7
**appointment** 32:9
32:19,23 87:10,14
**appointments**
100:6
**appreciate** 110:5,6
196:4
**appropriate** 52:9
144:20
**appropriateness**
49:12
**approximately**
42:8 52:6 59:16
67:6 72:6 191:9
**april** 85:22 87:11
87:20 88:3,17,22
**area** 15:19
**arousal** 193:24
**arts** 181:9
**aside** 189:3
**asked** 22:19,20
48:17,20 49:10
50:7 51:2,15
53:22 65:7 71:21
77:19 80:16 93:7
110:2 121:8
137:14 139:20
140:14 148:24
155:7 158:9 159:9
159:23 173:10
181:13,15 191:12
197:7
**asking** 4:22 41:19
85:10,11 89:24

98:17 99:21
105:16,22 107:9
107:10 108:4
109:13,14 129:18
158:16,23 170:17
181:3
**asks** 20:25 49:4
165:7 184:4
**assault** 166:23
167:17
**assaulted** 140:2
**asserted** 102:15
**assess** 49:11
**assessed** 50:6,11
51:5
**association** 14:20
14:23
**assume** 184:18
**assuming** 60:10
61:5
**assumption** 182:5
**attached** 26:21
**attention** 79:9
164:2 180:22
**attorney** 6:15,16
6:17 100:21,24
**attorneys** 2:5,14
190:8
**audible** 5:25 6:4
**august** 37:22
38:16 52:4,7
59:18 81:4,9
**available** 49:23
**avenue** 2:15
**avoidance** 193:23
**aware** 44:15

**b**

**b** 199:8
**baby** 42:20 63:11
70:25 169:18
173:4,7,9,17,21

**baby's** 63:15
**bachelor** 181:8
**back** 18:12,14
20:10 30:7 45:10
45:11 48:22,24
61:18 62:3,4 75:9
75:10,23,25 79:11
79:12 83:15,19
84:13,15 90:10,11
90:15,16 91:13
92:8 93:20,22,24
95:9 98:3 103:6
103:11 107:7,23
108:15 109:11,13
109:18 116:24
117:4 120:12
121:7 129:21
132:18 138:9,10
140:7 147:22
151:22 153:9,11
157:6 160:15
164:11,12 169:6
169:20 175:25
179:16 181:19,20
189:23 193:9
195:24
**backache** 147:23
**background**
171:12 195:4,7
**bad** 175:20,23
176:3
**barely** 169:21
**based** 118:9,15
129:15,20 152:4
157:16 195:4
**basis** 51:6 70:23
71:18 79:6
**bathroom** 5:11
114:23
**beck** 114:18
115:10,11 150:21

151:4 152:19
153:18
**becoming** 149:9
**beginning** 38:16
**behalf** 97:14,18,22
98:2,5,12,20 99:2
**behavior** 125:18
125:23
**behaviors** 137:15
**believe** 7:14 21:15
56:15 70:22 88:13
88:16 116:22
117:17,25 118:12
118:21 143:10
161:25 169:4,21
176:5 189:24
**believed** 71:16
82:22
**benefit** 83:21
195:18
**better** 18:16 70:7
187:5
**beyond** 51:14
170:13
**bills** 169:17
172:23,25,25
**birth** 66:24 67:4
71:5 83:6
**bit** 62:16 72:17
196:6
**biting** 62:24 63:4,8
**blank** 179:6
**blocking** 67:13
169:16
**blood** 198:12
**board** 13:14 15:15
**bottom** 46:15
58:15 70:13
152:21
**box** 86:13 176:20
177:7

**break** 5:11 114:22
**breakdown** 27:22
**breaking** 91:6
**breast** 99:20,20
137:24 138:13
**bring** 109:8
**bringing** 55:17
104:12
**brings** 75:7
**broad** 11:11 15:8
146:11
**broader** 99:19
**broke** 20:8
**broken** 77:8
**brokerage** 43:10
**brought** 104:16
105:7,23 106:10
106:21 107:4,11
107:17 108:6,12
108:18 109:2,5,15
110:15
**bulimia** 135:19

**c**

**c** 2:2 197:2
**calendar** 30:7,8,15
**call** 21:10 26:9
33:12 36:22
112:25 117:5
169:2
**called** 20:23 47:20
51:18
**calls** 20:2,15
**capabilities** 23:15
106:7
**capacity** 26:17
**care** 57:20,25 58:7
62:17,24 63:4,8
71:13 132:5
144:25 145:5
195:10

**career** 8:19
**carefully** 106:3
159:24
**carrying** 122:11
**case** 1:3 20:16
21:21 22:5,17,24
23:3,6 26:12 28:6
34:10,19 35:7
36:25 50:6,6,11,11
51:5,5,13 52:16
53:3 54:24 55:4,7
55:10,13,17 60:2,8
85:17 95:19 99:14
99:16,23 100:2,3,8
100:10,13,16,19
100:22,24,25
101:4,15,21,22,24
101:25 102:3,4,8,9
102:13,16 106:13
107:21 113:3
162:15 169:7
179:20 187:20
192:5,8,14 200:3
**cases** 40:25 97:14
97:18,22 98:15,16
98:18,25 99:8,10
99:11 192:2,3,9,10
192:16,21,23
**categories** 160:19
161:13 174:12,16
178:11
**category** 118:25
120:2 174:25
178:9
**cause** 69:25
**caused** 69:15
**ccr** 198:4,20
**center** 10:16
**certain** 20:16 28:6
33:2,5 112:11
114:11

**[certainly - consideration]**                                           Page 5

certainly  158:16
certainty  193:20
certificate  13:20
  13:22
certification  3:6
  13:17,18 198:3
certifications
  13:14 15:15
certified  1:18
certify  197:4
  198:5,10
change  155:8
  190:20 200:5
changed  67:18
  70:17 72:13 127:6
  155:3,9,10
changes  132:11
  134:19
characteristics
  167:9
charge  27:17
charged  27:23
cheated  186:14
cheating  186:10
check  24:9 26:4
  121:8 145:8
checking  168:22
child  56:11 57:2,6
  57:10 63:4,8 71:5
  71:13 133:17,20
children  56:14,17
  56:20 62:24 68:12
  133:14,23 137:20
  138:25 148:10
  174:5
children's  58:13
  174:2,8
china  181:7
chiropractic  17:9
choice  115:13

chose  173:13
circle  126:16
circled  119:4
  120:5,11,24
  121:24 122:19
  123:5,16 129:8
  130:2,15 131:3,18
  132:13 134:4,20
  136:6,22 139:7
circles  160:9,10,13
circumstance
  63:18,22
circumstances
  51:11
city  16:24 17:2,12
  17:15,18,21
civ  1:3
civil  19:15
claim  60:17
  107:11,18 108:6
  108:12,19 109:2,6
  109:7,8,15 110:15
claimant  104:10
  141:9
claimants  166:5,6
claimed  11:2
claiming  11:15
claims  99:21
  102:14 104:12,16
  105:3,8,23 106:10
  106:21 107:4
clarification  95:16
client  6:17,18
  61:14 83:20 88:19
  95:17 125:17
clients  84:15 85:5
  98:13,21 99:3
clinical  9:2 10:6
  10:14 15:18 16:9
  16:10 36:6 49:22
  193:19

clinician  16:15
cohen  2:13
colby  2:23
colleagues  87:5
collectively  5:16
  5:17,18
columbia  9:5
come  168:11
comfortable  127:7
coming  71:2
comment  38:15
  49:2 52:12,20
  71:7,11 77:15,20
  87:16,17 91:21,22
  177:6
commentary
  45:17
commission
  200:24
communicate
  32:15 159:16
communicating
  153:16 168:13
communication
  32:9,10 50:21
  74:13 195:25
communications
  26:10 32:22 34:13
  36:23
company  169:21
compared  131:4
comparing  131:13
complaint  28:13
  35:6 102:19
  103:18,25 104:4,5
  104:8,11,22,24
  105:2,13,17 106:3
  106:6,14,16,25
  107:8 108:16
  109:11,12,14,19
  110:22,25 111:4,7

111:9,14,18,24
  166:21,23 181:11
  189:3,4 199:13
complete  16:23,25
  17:12,14,18,20
  46:17 162:2 197:7
completed  144:7
  181:8
computer  26:21
concentrate  136:7
concentrating
  136:13
concentration
  136:4
concerned  42:18
  63:11 167:16
  173:4 184:19
concierge  2:23
  19:11 23:14 26:20
  26:23 27:3
condition  7:13
conducted  194:23
conference  165:21
confirm  5:25 32:9
  47:4,6 188:13
conflict  64:2 73:22
  74:2,6,10
conflicts  64:5,7,10
confuse  5:19
confused  171:11
connected  194:14
connection  193:20
connects  95:17
consequences
  76:19 125:11
consider  39:2
  54:14 57:23
  188:17
consideration
  155:6 161:18

considering 55:7
consistency 79:8
 146:12
consistent 84:14
 85:4 145:24 146:3
 169:7
constipation 147:2
consumed 7:25
contact 45:7 46:4
 83:3 102:2
contained 111:24
 189:7
content 54:22
 60:15 63:25 68:4
 69:4 73:2
continued 177:20
continuing 14:4
 14:11,16 167:8
 195:18
contributed 150:5
control 80:10
 154:19,22 185:24
cope 68:12
copies 117:19
coping 39:23
copy 5:3,6 19:22
 103:3,5,13 105:16
 188:10
correct 16:13,17
 24:5 31:22,23
 45:5,15,22,23 46:2
 46:7,8,13,14 50:23
 51:16,19,20 52:16
 52:17 59:19 67:8
 67:18,23 71:22,23
 73:18,19 75:4
 76:22,23,24 77:25
 78:7,13,23 81:13
 81:16 82:3,5
 88:22,24 89:18
 90:4,5 93:11 94:9

94:10 126:9,11
 135:11 140:13
 143:9,18,24,25
 144:11,12 150:9
 150:10 152:16
 153:15 156:23
 158:7 159:14,21
 160:3 161:10,11
 161:14,17 162:23
 163:10,17 164:8
 168:7 171:3,21
 176:9,10 177:17
 177:18 194:20,24
 195:2 197:7,10
corrected 153:14
corrections 5:4
correctly 153:17
corroborate 38:17
 42:22 113:16
 146:17 188:22
 189:7
corroborated
 61:21
corroboration
 111:23
counsel 3:5 6:11
counseling 185:11
count 97:23
 191:11
counter 7:21
course 22:7 39:15
 158:21 191:7
courses 10:7 14:5
 14:16
court 1:2,18 3:18
 6:2,4 45:9 62:2
 79:10 86:25 90:9
 101:15,17 138:8
 192:2,3
covid 137:15,16
 152:12,15 154:6

154:15,25 156:13
 164:3 182:2 184:5
 184:12
crave 134:21
craves 147:6
craving 134:25
created 69:11
 152:24
cried 69:20 126:19
 126:23
cries 69:18
criticalness 123:14
criticize 123:18
criticized 123:21
crossed 169:21
 180:10,14
cry 69:25 126:16
 127:6
crying 126:16
 169:19
current 11:25
 14:15 41:3
currently 16:20
 40:13 73:3
cut 90:14 169:12
cv 190:25 191:10
 191:14,22

**d**

d 4:2,2 197:2
 199:2
d'andrea 2:18
 22:10 91:6
dan 176:19
daniel 2:8 6:14,15
 21:7,8,10 24:8,9
 100:21 110:4
date 25:4 26:2
 37:14,21 52:25,25
 61:12,18 67:4,12
 76:12 81:7 86:10
 88:19 92:2 98:8

113:9 116:25
 129:16 140:10,11
 200:4
dated 52:4,7 59:13
 66:20 72:3 81:11
 83:12 89:4 92:13
 140:6,9 190:5
dates 90:3 97:12
daughter 62:16,24
 63:3,8,12,15
day 22:8 33:25
 62:17,24 63:4,8
 75:2,2 84:16,16
 118:11,17 183:2,6
 197:15 198:16
 200:21
days 52:6 59:16
 72:6 93:14 94:13
 96:6,9
deal 186:20 187:2
dealing 68:5,9
debt 172:20
december 40:16
 65:17 66:11 72:4
 72:23 73:13 75:13
 75:16 81:11,21
 83:17
decisions 130:16
 130:19
declare 46:21
declared 46:16
defendants 1:9,16
 2:14 5:16 19:14
 23:10 31:9,11
 35:22 100:19
 114:16 189:24
definitely 105:11
definition 109:6
degree 8:24,25 9:4
 9:7 10:3,8,11
 181:9 193:19

degrees 13:16
delay 18:18
demonstrated
195:5
department 10:17
10:21
depends 38:24
164:8,12
deposed 98:24
99:5 100:10
deposition 1:15
3:7,16 19:15 20:2
21:16 33:21 34:10
34:16,18,22 35:14
35:17 61:8 92:12
110:25 197:8
198:8 200:4
depositioned
101:22
depressed 74:9
187:19
depression 114:19
115:10,11,16,18
140:19 142:16
143:15 155:18
160:20 161:13
163:9 167:12
189:19 193:24
194:14
derek 2:4 7:4
28:18 36:18,24
96:22,23 97:14,18
97:22 98:2,6,12,21
99:2 100:25 103:3
103:14
derive 144:22
describe 16:18
75:12 167:24
described 81:20
137:10 161:5
170:20 171:20

178:8
describes 75:6
194:6
description 53:25
54:6 59:25 67:21
72:16 78:9 169:2
199:9
descriptions 126:5
126:8
designated 22:16
22:23
desk 105:17
detached 178:16
determinations
80:2
determine 77:11
126:2 148:13
determined
194:15
determining 146:2
diagnosed 124:7
149:6
diagnosis 52:18
53:5,6 59:21
67:10,18,20 72:11
72:13 79:9
diagnostic 167:9
differences 145:13
173:16
different 17:4
50:22 75:20 76:8
77:7 143:14 159:7
170:2,3,7,8 173:13
differently 194:7
difficult 26:24
27:4 68:6,9
177:10
difficulty 70:25
73:21 84:19,20
86:10 100:5 136:4
166:11 178:17

diffused 147:23
direct 6:16 15:20
80:10 193:20
directed 51:3
direction 116:21
160:5,12
directions 116:19
129:22 152:6,8
159:24 160:10
170:11,14
directly 6:12,13
24:9 29:16,18
61:16 88:18
directs 170:18
disabilities 173:22
disappointed
123:7,11
disciplined 13:11
14:19,22 183:17
disclosure 23:9
199:11
discontinued 83:3
discouraged 120:6
discriminated
11:2 194:4,9
discrimination
10:8 11:10,15
60:2,8,17 99:11,14
99:22 107:22
188:18 189:11,14
189:17,20 191:19
191:23 192:13,20
193:25 194:14
discuss 34:9,12,15
56:22,25 57:8
58:3 60:19 61:16
62:21,23 63:2,6,14
63:17,20 68:11,14
68:17 69:13 70:10
73:6,8 74:16
75:15 84:5,17,22

86:4,18,20 93:17
111:3,6 126:7
142:11,15 149:22
149:25 152:18
167:19 168:8
169:5 175:4
176:15 177:5
179:22 185:7
186:11 188:6
discussed 33:17
93:19 124:18
142:14 165:17,19
166:3 167:22
168:5,6 178:12
discussing 85:14
165:20
discussion 4:16
11:5,13 18:11
22:15 83:25 114:8
122:9 146:8,11
157:11 190:3
discussions 57:24
75:6 178:16
diseases 148:18,25
dislike 123:3
disorder 53:8
59:22 67:16 135:8
135:25
disorders 135:10
150:8
distress 126:3
152:11 176:22
distressed 63:7,21
69:15 175:10
distressing 175:2
district 1:2,2 4:20
doctor 96:14
148:7
doctor's 100:5
doctoral 8:24

doctorgladysfra...
  4:13
doctors   174:8
document   19:20
  20:13 23:10,17,19
  23:22,25 24:4,7,12
  24:21,23 25:2,7,11
  25:14,16,19 26:19
  27:8 36:3 39:19
  51:22 58:16 59:11
  67:5,10 73:12,14
  82:10,12,21 91:17
  102:24 103:2
  106:17 107:10,15
  107:23 114:18
  115:7,21 140:6,12
  140:17,18,21
  141:2,5,11,13,16
  141:21,25 142:5,9
  142:12 144:14,18
  144:24 145:9
  150:20,22,25
  151:13,22,25
  152:4 155:13,20
  155:25 156:4,10
  156:21 157:13,16
  158:2,7 160:14,18
  160:22 161:10,17
  161:21 162:2,11
  164:23,24 165:3,5
  165:9,12,16,21,24
  167:11,15,20
  177:20,24 178:24
  179:5,11,19
  190:17 191:4
  193:9
documents   21:6
  21:11,19,21 28:6
  28:11 33:5 34:7
  34:21 35:4 36:4
  96:16 112:11,14
  112:16,19,22
  113:7 155:21
  158:14 159:2
  165:13 174:8
doing   5:24 9:16
  27:25 138:3,6
  195:16
dollars   28:17
double   164:10
dr   4:17 9:21 18:3
  18:24 19:6,19
  21:12,19 22:4,16
  23:16 26:11,15,19
  26:20 30:14,20
  31:2,4,6,14 33:14
  35:10,16,23 36:2,5
  36:8,10,12,14,24
  37:7,21 38:2,6,10
  38:13,18 39:10,14
  39:20 41:18 43:19
  45:14,16 46:6,11
  46:16,20 47:8
  48:3,7,10 49:25
  51:16,18,23 52:11
  54:19 55:22 57:23
  58:22 59:7,12,18
  60:13 66:19,20,25
  67:6,7,17 69:2
  70:17,21 71:16,20
  71:21 72:2,3,7
  79:17,21 80:12,17
  80:20 81:6,10,20
  82:2,9,19,22 83:11
  83:12,16,19 85:10
  86:2,6,9,15 87:9
  87:11,22,23 88:7
  88:12,14 89:3,4,9
  89:17 90:3,18,21
  91:14,16,20 92:2
  92:13,15,24 93:11
  93:14,18 94:9,12
94:15,21 95:2,13
  95:21,24 96:2,5,11
  102:23 103:13,17
  105:2,6 106:8,19
  107:2,16 108:3,11
  108:17,24 113:2,6
  115:6 117:6,10
  140:6,18 146:21
  150:23 155:14
  156:24 157:12
  161:4,19 164:25
  178:25 179:2,3
  188:25 189:5,23
  190:4,14,25
  191:25 193:11
  194:3 195:23
  196:4,8 199:5,12
draft   23:22 24:4
  24:23 25:10 27:12
drafted   24:6,25
  25:7 103:19,22
drafting   28:8,12
drafts   25:13,18
  144:6
drawing   160:9,9
dreams   175:20,23
  176:3,8
driver's   113:22
drugs   7:17,25
due   86:13
duly   4:3 198:7
        e
e   2:2,2 4:2 197:2,2
  199:2,8,18,18
eagle   1:7 4:19 5:15
  5:18 173:13 200:3
earlier   86:17
  110:24 150:3
ease   72:17,24
easily   187:7,10
eat   169:19
eating   84:20 135:8
  135:10,25 150:8
ed   14:11
education   8:23
  14:5,16 181:2,16
educational
  181:14
effect   3:17
effects   41:2 191:18
effort   182:15
either   46:7 150:17
email   4:12 31:6
  32:17 36:21,23
  37:15 112:24
  117:4 162:17,20
  162:20 190:9
emailed   36:10
emails   26:5,7 33:8
  33:13 103:7,11,13
  113:2 116:24
  117:6
emotion   185:24
emotional   41:13
  76:18 125:10
  126:3 139:21
  140:4 150:5
  171:24 193:21
emotionality   85:7
emotionally
  170:23 177:2
emotions   84:18
employed   16:20
  16:21 17:17 40:13
  40:16,20 41:5,23
  42:3,5,8,14 57:5
  66:14 73:13,18
  87:20 88:4,17,21
employee   17:14
employees   194:7

employer 6:25
  55:17
employment 64:14
  64:18 65:16,23
  66:2,5,10 73:9
  83:7
energy 131:16,20
  147:23
engage 10:10
  16:10
engaged 15:25
  16:4,7
engaging 195:19
enjoy 121:3,6
enjoyment 121:19
enterprises 1:7
  4:19 5:15,19
  200:3
entry 192:18
environment
  104:17,21 105:7
  105:21,24 106:11
  106:16,22 107:5
  107:12,19,24
  108:7
errata 200:2
esq 2:8,17,18
estimate 97:3
et 200:3
evaluate 77:18,22
  135:7
evaluated 94:4
evaluating 125:21
evaluation 22:19
  22:21 27:25
  112:20,22 166:10
  194:8
evaluations 16:6
event 21:17
events 171:2 172:5

exact 53:16 61:12
  86:10 141:8
exactly 64:19 65:6
  95:18 114:9
  143:21,22 166:13
exam 12:16,17,20
  12:22,23,24
examination 4:6
  12:3,6,8,11,15
  62:10 197:6 198:6
  199:4
examined 4:4
example 30:13
  126:25 145:12,15
  146:15 175:7
examples 126:22
exception 9:20
exercise 121:16
exhibit 19:4,14,17
  22:3 23:11,12
  31:9,11,12 35:22
  35:24 81:12
  102:20,21 114:16
  115:4 189:24
  199:10,11,12,13
  199:14
exhibits 21:15
  199:9
experience 41:3,3
  105:19,20 138:6
  162:6 167:7 176:6
  176:12
experienced 76:12
  77:3,12 108:23
  167:17 171:7
  177:13
experiences 41:13
  41:22 45:13 76:14
  76:19 84:17 85:6
  85:8,14 125:11
  139:20 166:14

167:9 171:19
  193:22,22,25
  194:17
experiencing
  53:11 62:9 78:6
  81:15 126:2
  152:11 166:19
  167:6,12 171:14
  174:13,16 193:23
expert 1:15 22:5
  22:17,24 23:3,9
  98:11,25 99:13,23
  100:12 101:20
  188:17 199:11
expires 200:24
explain 49:8 84:4
  142:19 147:12
  159:21 172:2,4
explained 83:20
  166:7
explore 64:4,7,10
  69:9 72:19,22
  73:16,25 74:4,8
  81:19,25 150:7
  179:10
explored 64:14
expressing 125:23
expressions
  135:16
extremely 160:19

f

f 4:2
f41.1 53:7
facebook 128:2,8
fact 66:10 127:8
  176:15
facts 104:7,10
factually 111:19
failed 182:7
failure 120:11

failures 120:12,14
  120:18
fair 11:18 66:13
  98:4 161:19,23
  174:19,22 184:18
  184:20
fairly 14:8,9
familial 39:24
  40:4,10 41:16,20
  195:12
familiar 56:15
  155:14
family 42:19 125:7
  125:13,20 195:10
family's 124:21
far 55:23 167:15
father 125:4
fatigability 147:24
fatigue 136:20
fatigued 136:23
  137:3
faults 123:19,22
fear 153:24 154:18
fearful 154:3,22
february 1:12
  20:3 46:18 82:13
  197:6 198:16
federal 9:18
  101:15,18
fee 27:14
feedback 102:8,12
feeding 137:24
  138:13
feel 69:15 119:5
  120:5 121:25
  122:19 129:8
  131:3 137:17
  169:14
feeling 45:4,25
  46:10 72:23 86:5
  118:10,16 122:3

129:16,21 146:25
157:16 176:13
**feelings** 121:22
122:17
**feels** 69:18 182:9
**fees** 27:23
**felt** 45:20,21 68:9
74:9 119:7 122:10
122:13,22 131:6,9
147:13 156:17,20
156:22 176:22
182:22 183:7
184:25
**field** 9:12
**filed** 4:20 101:15
101:23
**fill** 113:10,13
115:23 116:6
117:15 118:13,15
140:14 141:2,5
143:2 150:11
151:18 155:25
157:15 160:6
164:6 168:14,16
168:17 169:23
170:4,14
**filled** 116:8,13,17
117:19,23 118:11
118:17 129:16,20
141:17 142:20
143:8,18,20 144:3
152:4,14 160:2
161:21 162:3,10
163:17,22 168:6
170:9 188:25
**filling** 129:15
143:20 157:17
164:18 171:15,18
**finances** 39:24
42:17

**financial** 85:16,20
86:2
**financially** 122:11
**finding** 65:2 80:22
**fine** 181:8
**finish** 32:12 82:16
86:19
**fired** 173:12
**firm** 7:7,10 28:18
36:19 95:17
**first** 4:3 19:4 36:8
38:2,4 49:9 52:25
56:23 57:2,5,10,13
57:16 96:20
114:18 118:25
133:17 140:8
174:25
**five** 46:21 97:4,5
101:8 110:22
174:12,15 182:6
192:25 193:2
196:6
**fixation** 135:14,17
**flashbacks** 176:13
**focus** 41:12 70:8
125:10
**focused** 10:2 11:7
70:6 76:14,16,18
78:9 137:14
**follow** 21:17 26:13
30:18 33:15 37:2
103:15 113:4
117:8 160:11
**followed** 116:21
118:20,23 151:25
152:8 157:5,8,20
170:11
**followers** 128:10
**follows** 4:5
**font** 55:2 67:12

**food** 134:21,25
147:6
**force** 3:17
**forensic** 14:25
15:2,6,12,16 16:4
16:7,13,16,19
**form** 3:11 9:20
79:6,14 80:6
117:15,19,23
118:3,6,8,14
129:15 142:20,23
143:3,8,18,23
144:3,6,11 151:18
155:15,17 159:14
159:20,21 160:2,8
160:15 163:10,13
163:17,23 164:6,9
167:2 168:5,14,16
168:17 169:23
170:4 171:15
174:10,16,17
175:12 176:9
178:4,12,20 179:8
179:23 187:13
**formal** 49:10
**former** 55:17 87:4
**forms** 113:11,13
126:8 148:13
152:15 164:4,10
166:18 188:24
**forth** 198:7
**forthcoming**
176:19
**forty** 187:4
**forward** 54:23
55:7,10
**fought** 139:16
**found** 73:9
**four** 145:17
181:17

**fours** 145:14,21
**frame** 169:12,16
**frankel** 1:15 4:10
4:17 5:1 6:1 7:1
8:1,7,9,20,21 9:1
9:21 10:1 11:1
12:1 13:1 14:1
15:1 16:1 17:1
18:1,3,24 19:1,6
19:16,19 20:1
21:1,12,19 22:1,4
22:16 23:1,16
24:1 25:1 26:1,11
26:15,19,20 27:1
28:1 29:1 30:1,20
31:1,14 32:1 33:1
33:14 34:1 35:1
36:1,2,24 37:1
38:1 39:1 40:1
41:1 42:1 43:1
44:1 45:1 46:1
47:1 48:1 49:1,25
50:1 51:1,23 52:1
53:1 54:1 55:1
56:1 57:1 58:1
59:1,12 60:1 61:1
62:1 63:1 64:1
65:1 66:1,19 67:1
68:1 69:1 70:1
71:1 72:1,2 73:1
74:1 75:1 76:1
77:1 78:1 79:1
80:1,17 81:1,10
82:1,9 83:1,11
84:1 85:1,10 86:1
86:15 87:1,9 88:1
89:1,3 90:1,18,21
91:1,14,16 92:1
93:1 94:1 95:1
96:1 97:1 98:1
99:1 100:1 101:1

102:1 103:1,13,17
104:1 105:1,2,6
106:1,8,19 107:1,2
107:16 108:1,3,11
108:17,24 109:1
110:1 111:1 112:1
113:1,2,6 114:1
115:1,6 116:1
117:1,6,10 118:1
119:1 120:1 121:1
122:1 123:1 124:1
125:1 126:1 127:1
128:1 129:1 130:1
131:1 132:1 133:1
134:1 135:1 136:1
137:1 138:1 139:1
140:1,6,18 141:1
142:1 143:1 144:1
145:1 146:1,21
147:1 148:1 149:1
150:1,23 151:1
152:1 153:1 154:1
155:1,14 156:1,24
157:1,12 158:1
159:1 160:1 161:1
161:4,19 162:1
163:1 164:1,25
165:1 166:1 167:1
168:1 169:1 170:1
171:1 172:1 173:1
174:1 175:1 176:1
177:1 178:1 179:1
179:3 180:1 181:1
182:1 183:1 184:1
185:1 186:1 187:1
188:1 189:1 190:1
190:4,14,25 191:1
191:25 192:1
193:1,11 194:1,3
195:1 196:1,4,8
197:4,12 198:5

199:5 200:4,19
**frankel's** 30:15
189:23
**free** 178:6
**freelancer** 73:4
**frequency** 58:16
70:14
**friend** 127:10
**friends** 127:2,4,6
127:13,17,20
128:7,14,19
137:17 178:17
**front** 61:5 105:13
110:21 116:6
122:8,9 127:6
160:25
**frozen** 18:7,19
20:9
**full** 8:5
**fully** 158:25
**functioning**
195:15
**further** 3:10,15
102:7,12 181:5,16
196:3 198:10
**future** 63:11,15
70:8,11 120:6

**g**

**g** 4:2 5:1 6:1 7:1
8:1 9:1 10:1 11:1
12:1 13:1 14:1
15:1 16:1 17:1
18:1 19:1 20:1
21:1 22:1 23:1
24:1 25:1 26:1
27:1 28:1 29:1
30:1 31:1 32:1
33:1 34:1 35:1
36:1 37:1 38:1
39:1 40:1 41:1
42:1 43:1 44:1

45:1 46:1 47:1
48:1 49:1 50:1
51:1 52:1 53:1
54:1 55:1 56:1
57:1 58:1 59:1
60:1 61:1 62:1
63:1 64:1 65:1
66:1 67:1 68:1
69:1 70:1 71:1
72:1 73:1 74:1
75:1 76:1 77:1
78:1 79:1 80:1
81:1 82:1 83:1
84:1 85:1 86:1
87:1 88:1 89:1
90:1 91:1 92:1
93:1 94:1 95:1
96:1 97:1 98:1
99:1 100:1 101:1
102:1 103:1 104:1
105:1 106:1 107:1
108:1 109:1 110:1
111:1 112:1 113:1
114:1 115:1 116:1
117:1 118:1 119:1
120:1 121:1 122:1
123:1 124:1 125:1
126:1 127:1 128:1
129:1 130:1 131:1
132:1 133:1 134:1
135:1 136:1 137:1
138:1 139:1 140:1
141:1 142:1 143:1
144:1 145:1 146:1
147:1 148:1 149:1
150:1 151:1 152:1
153:1 154:1 155:1
156:1 157:1 158:1
159:1 160:1 161:1
162:1 163:1 164:1
165:1 166:1 167:1

168:1 169:1 170:1
171:1 172:1 173:1
174:1 175:1 176:1
177:1 178:1 179:1
180:1 181:1 182:1
183:1 184:1 185:1
186:1 187:1 188:1
189:1 190:1 191:1
192:1 193:1 194:1
195:1 196:1 197:2
**gain** 56:5
**gained** 55:22 56:2
56:8 57:13,16
**gastroenterologist**
147:16
**gastrointestinal**
146:25 147:13,19
**general** 147:22
**generalized** 53:7
59:22 67:15
**generally** 164:20
**give** 103:10 126:22
163:21 167:2,11
168:10 179:8
193:2
**given** 66:24 164:5
167:16 197:9
198:9
**gives** 170:2
**giving** 4:11
**gladys** 1:15 4:10
8:7,9,12,13,16,20
8:20,21 18:3
19:15 197:4,12
198:5 200:4,19
**gmail.com.** 4:13
**go** 8:20 22:13
24:13 40:23 44:6
44:8,12,18 51:21
59:10 66:18 83:9
83:19 84:13 87:7

91:4,8 92:8 98:3
98:18 100:5 105:3
106:3,14 107:23
108:15 109:11,13
109:18 111:17
114:20,22,24
116:24 117:4
121:7 124:21
128:15,19 129:4
132:18,25 133:5
134:11,15,16
137:12 138:18,24
140:5,7,16 141:18
141:19 142:4,8
144:9 146:2
150:20 155:12
156:8 157:6
160:13 162:7
163:8,12 164:22
167:5 168:20
169:10 174:10,15
175:24,25 176:4
177:11,19,23
178:23 179:11
184:2 186:6
190:12,23 191:25
**goals** 83:5
**goes** 22:8 127:3
167:8
**going** 17:19 27:4
91:4 92:18 93:19
105:15 109:20
145:13 166:12
175:12 195:9
**good** 4:17 182:7
182:10
**graphologist**
174:14
**great** 5:24 27:6
188:5

**greatest** 185:23
**group** 2:4 7:5
36:25 96:22,24
97:15,19,22 98:2,6
98:12,21 99:2
101:2 103:4,14
195:19
**guilty** 121:22,25
122:4,10,13,14
**gynecologist** 58:10

**h**

**h** 4:2 199:8
**half** 17:19
**hallucinating**
145:18
**hamilton** 140:19
142:16
**hampshire** 11:23
12:9,19 13:6,9,12
14:13
**hand** 49:5 198:16
**handwriting**
115:20,22 140:12
141:13,15,20
160:8 161:16
165:9 168:15
174:11
**handwritten**
29:11 47:14,17
**happening** 77:8
153:25
**happy** 5:13 106:5
**harassing** 110:7,9
**harassment**
107:22 108:13,19
108:23 109:3,9,15
110:16 192:5,13
192:20 193:25
**hard** 53:16 64:19
97:3 130:3 169:12
183:20

**head** 6:3 53:20
147:22
**health** 115:14
125:20 144:25
145:5 149:20,23
172:16
**hear** 18:21 21:24
22:9,10 32:13
89:22 90:6,19,22
90:23 91:7 147:9
156:24 158:18
159:6
**heard** 18:22
**hearing** 22:11
**heaviness** 147:22
**heavy** 146:25
**heighten** 85:6
**heightened** 84:18
**held** 1:16
**help** 26:18 79:6
80:6 196:12
**hereinbefore**
198:7
**hereto** 3:5
**hereunto** 198:15
**hiatus** 89:12,14
**high** 180:22 181:4
181:7
**higher** 145:17
**highest** 8:22
**history** 123:24
124:22 125:6,20
127:10 140:4
174:5 181:14
195:4,7,12,12
**hmm** 194:22
**hobbies** 121:10
**hogan** 1:8
**hold** 13:14,16
31:13

**home** 4:11 18:25
60:23 62:16 69:6
69:11,15 70:25
71:9 114:7 137:13
**hope** 158:9
**hopeless** 169:15
**hoping** 151:9
**hospital** 195:15
**hostile** 104:17,21
105:7,20,24
106:10,15,22
107:5,12,18,24
108:6
**hour** 28:24
**hours** 8:2 28:21,22
28:23 29:2,4 30:6
30:13 132:16,21
132:24 133:4,9,10
133:13,16,19
183:10
**hr** 169:10
**huang** 178:25
179:2
**husband** 64:11
139:13,16 185:5,8
186:14
**husband's** 172:16
**hypochondriasis**
149:14

**i**

**identification**
19:18 23:13 35:25
102:22 113:19
115:5
**identity** 113:16
**illness** 124:7,25
125:4 148:22
**illnesses** 124:3,5
125:14 149:3
150:4

imagine  95:11
impact  41:3
impacted  137:20
  149:4 150:2
impacts  189:11
impair  8:2
important  61:15
  61:20 62:7 74:19
  75:17 76:3,9 77:2
  77:10 78:15
  120:17 125:12,19
inaccurate  88:7
inaccurately
  170:10
incapacitated
  145:16
include  28:2,5,8
  85:24
included  155:21
  165:12
includes  177:3
including  118:10
  118:16 193:23
income  40:8 41:24
  42:6,11 43:3
incomplete  179:6
inconsistent  147:5
  147:8,11
incorporate  79:21
  103:24 104:8
incorporated
  17:24
incorporates
  78:12
incorrect  152:24
incorrectly  153:3
increased  193:24
indecisive  130:22
indecisiveness
  130:13

independent  62:8
  75:18 77:11,14,15
  77:18,21,24
  111:22 194:8
independently
  42:21 46:2 145:7
  146:17 148:13
  188:21 189:6
index  166:6,14
  168:11,23,25
  173:11
indicate  89:13
  92:25 93:3 118:14
  128:13
indicated  82:25
  89:11 124:6
  167:20
indication  114:6
individual  145:20
  146:4 173:16
inform  57:4
information  33:2
  40:14,18 42:11
  44:21 46:17 49:17
  49:22 50:14,17
  79:24 88:18 89:21
  93:23 94:2,14
  96:2,4 98:19
  110:20 117:20
  125:16 142:13
  143:22 144:4,8
  145:23
instagram  128:5
  128:11
instruct  162:9
instruction  118:20
  118:23 157:5,8,20
instructions  118:2
  118:6,13 142:22
  142:25 143:2,4
  151:25 158:3

instrument  115:17
  140:25
instruments
  115:15
insurance  169:16
  172:13,16,17
intake  35:23 52:7
  199:12
integrated  35:20
intended  5:19
intensely  177:2
intentionally  66:9
interaction  80:9
interest  17:11
  129:24 130:8
  137:11 139:5
  178:6
interested  130:3
  139:8 198:13
interests  121:13
  127:3,9
intern  11:6,7,14
internet  22:8
internship  10:14
  10:15,18,23 11:3
  11:16
interview  25:21
  28:2,19 29:7,20,23
  30:3,5,9 31:17,19
  33:5 37:11,13
  46:12 58:4 76:21
  78:20 79:14
  112:11 113:16,24
  114:12 116:3,11
  117:23 119:12,19
  119:22 140:22
  142:2,5 145:25
  155:22 156:5
  162:25 165:7,14
  165:17 166:2
  168:4,7,18,21

174:23 178:13,15
  179:16 182:16
  188:24
interviewed  29:13
  30:17 37:18 40:20
  41:6 61:6,9,13
  66:15 77:5 93:15
  114:3 119:15
interviewing
  81:24 112:8
  116:14 122:25
  141:6
interviews  194:23
introduced  96:20
intrusive  175:2
inventory  114:19
  115:10,12,14
  150:21 151:4
  152:19 153:19
ipad  26:25
irritability  84:20
  134:2
irritable  134:5,8
  134:11,15
issue  100:12
issued  179:20
  188:7,11,15
issues  85:16
  136:16 147:19
  148:7 149:7,11

| j |
| --- |

january  21:2
jason  31:2,4,6
  35:10,16,23 36:5,8
  36:10,12,14 37:7
  37:21 38:2,6,10,13
  38:18 39:10,14,20
  41:18 43:19 46:6
  46:11,16,20 47:8
  48:3 51:18 52:11
  54:19 55:22 57:23

58:22 59:7,18
60:13 66:20,25
67:6,7 69:2 70:17
70:21 71:16,21
72:3,7 82:19,22
83:16,19 86:2,6,9
87:11,22,23 88:7
88:12,14 89:4,9,17
90:3 91:20 92:2
92:13,15,24 93:11
93:14,18 94:9,12
94:15,21 95:2,13
95:21,24 96:2,6
102:23 195:23
199:12
**jason's** 45:14,16
48:7,10 51:16
67:18 71:20 79:17
79:21 80:12,20
81:6,20 82:2
83:12 96:11
188:25 189:5
**job** 5:24 40:8,11
42:13,13 43:4
64:22 65:2 80:21
80:22 136:16
162:13 167:13
169:15 173:12
183:14,17
**july** 44:23 45:4,25
46:5 76:11 77:4
77:12 92:22
127:17 129:21
**june** 25:5,5,6,6,14
25:14,22 26:3
31:21,24 32:19
40:20 41:14,17,20
42:2 44:8,13,16,25
45:4,22,25 46:5,12
66:15 73:17 76:22
77:4,12 85:23

86:11 89:5,9,18
91:14,22 92:3,7,22
93:18 94:5,8,17,22
111:5 112:4,12,23
113:8,11 114:13
116:4,5,9,14,18
117:3,24 119:16
119:20,23,23
127:20 136:17
140:23 141:7
142:2,6,9 155:23
156:5,18 165:14
165:18,22 168:4
168:18 169:2
171:10 173:3
175:11,14,17
177:15,25 178:13
179:12,17 188:23
190:5,18,21,21
195:24 196:2
**jurisdictions** 12:4
14:17

**k**

**k** 1:17 4:2 197:2
198:4,20
**karen** 199:12
**keith** 2:17 4:18
18:9,20 27:10
91:6 92:18 102:7
109:22 114:20
151:5 160:21
187:18 190:2
191:11 196:10
**kids** 68:5,9 132:5
138:2,4,7 166:12
**killian** 1:17 198:4
198:20
**kind** 17:5
**kindly** 9:23
**kinds** 17:4 84:24

**knew** 161:20,23
**know** 4:25 5:12
11:4 24:6,25
30:13 36:5 37:25
40:12,15,19 41:25
42:7 44:17 45:3
45:24 46:20 47:6
56:10,13,16,19
57:22 58:21 62:8
64:19 66:23 70:17
71:3,8,15,19 74:20
75:18 76:4,10
77:3 79:4 83:15
83:23 84:13 86:24
87:3,13,15 89:8
90:13 91:7,19,24
92:20 93:21 94:7
94:11,25 95:12,18
95:25 96:5,8,10,13
102:4,9 103:17
104:15 105:6
106:9,20 107:3,10
107:17,21 108:5
108:10,11,18,25
109:14,21 110:14
110:20 114:2,8
116:12,20 117:2
117:18,22 118:5
118:19 121:20
125:12,19 128:7
128:10 129:19
141:15,20 143:6
144:2,5,21 145:4
146:13,14 150:11
150:13,18 151:21
151:24 157:4,19
158:6,11,24 160:4
160:4,24 163:15
163:19 166:7,12
166:13,17 167:23
168:22 172:15,19

172:22 173:15,17
173:21 180:8
181:18 183:5
186:13,15 192:8
192:10,15,22
194:3 195:16,22
**known** 8:8

**l**

**l** 4:2,2 197:2
**language** 109:12
109:19
**larger** 55:2
**lasted** 30:9
**lasting** 167:10
**late** 87:18,25
88:10
**law** 2:4 7:5 15:3,4
15:5 28:18 36:19
36:24 51:7,9,13
64:8 69:5,7,10,14
71:9 73:22 74:2,6
74:10 95:17 96:22
96:24 97:14,18,22
98:2,6,12,21 99:2
101:2 103:4,14
**lawyer** 60:16 84:8
84:11
**lawyers** 85:3
159:9
**learn** 36:8 104:5
**leave** 57:9 66:9
**lectured** 189:10,13
189:16,19
**left** 64:22 65:2
76:10
**leg** 77:8
**legal** 84:16 112:13
**length** 30:16
**level** 8:22 101:18
180:22,25

**levels** 101:16
143:15
**license** 13:2,5
113:22
**licensed** 11:19
12:4
**licenses** 11:25
**life** 84:16 124:16
**liked** 68:15 121:16
**limbs** 147:22
**line** 200:5
**list** 53:18,20 96:15
98:3 191:4,14
192:2,3
**listed** 191:10,22
**lists** 154:18
**little** 42:6 126:17
126:20,23 171:11
196:6
**lives** 64:2
**living** 71:4,9
**llc** 1:7 200:2
**llp** 2:13
**long** 5:12 17:17
28:19 30:8 34:3
101:4 131:9
**longer** 30:6 138:15
196:6,6
**look** 19:25 30:7
37:14,20 39:19
40:23,24 61:12,18
79:9 83:7 97:11
103:6,10,10
104:23 105:11
106:5,14,24 107:7
107:8,9 109:12,19
112:24 120:11
125:17,18 126:15
132:19 142:24
145:14,20,22,23
155:3,8 162:2,10

180:10 190:9,11
193:11
**looked** 24:15
64:22 79:8 145:11
146:22 166:21
**looking** 36:9 59:2
64:17 105:12,18
126:5 146:5,6
188:24
**looks** 36:4 51:25
152:2 180:17
**losing** 80:21
154:18,22
**loss** 120:21 127:8
129:23 131:15
139:4 146:25
147:23 178:6
**lost** 18:9 128:14
130:8 137:11
169:15 173:12
180:4,17
**lot** 120:12 132:14
137:12 138:19
185:14,17
**lots** 77:7 159:7,9
159:10
**loud** 169:9
**lying** 88:9

## m

**m** 197:2
**maiden** 8:13
**major** 193:24
**making** 69:25
79:25 130:16,19
**malingering**
126:13
**man** 186:8
**manage** 70:8
74:14
**march** 83:13,16,24
86:5,12,16,25 87:5

89:9,18
**marital** 185:8
**mark** 19:13 23:10
31:11 102:20
**marked** 19:17
20:12 23:12 35:24
102:21 115:4
**markel** 2:17 4:7
4:14,18 9:14 18:6
18:12,21,23 19:3,9
19:13 21:10 22:2
22:7,11 23:8 26:9
26:18 27:6 30:14
31:8 33:12 35:21
36:22 38:23 45:9
48:22 51:21 59:10
62:2 66:17 71:24
75:8,23 79:10
80:18 82:6 83:9
87:7 88:25 90:6,9
90:13,18,21,25
91:5,13 95:5
102:18 103:12
104:23 107:14
108:22 109:24
110:4,9 112:25
114:15,24 117:5
129:3 138:8 140:7
140:16 150:19
151:8 153:9
155:12 157:10
161:2 164:21
177:21 178:23
184:2 186:6
189:22 190:11,23
192:25 193:8
196:3 199:5
**market** 1:7 4:18
5:14,17 42:9,14
55:18 57:5,9
64:22 65:3 76:10

76:17 87:5 102:15
104:13,16 105:8
105:23 106:10,21
107:4,11,18 108:6
108:12,19 109:2,8
109:9,16 110:16
128:15 132:25
133:5,11 134:12
134:16,17 175:24
176:4
**marriage** 184:22
184:25 185:4,11
198:12
**married** 8:16
**massachusetts**
11:24 12:9,15,19
13:3,9,12 14:13
**materials** 15:14
**maternity** 57:9
**matter** 198:14
**mean** 6:13,14 16:2
30:11 32:8 47:6
53:9 79:5 101:17
109:7 170:12
175:6
**means** 53:10 64:20
158:18,20,22
166:7 175:7
**meant** 54:16,19
60:20 72:20
129:11 130:5
131:23 134:24
138:20 154:21
180:16 181:22
183:5,22 184:8
185:16 186:2
**measure** 115:18
**measuring** 115:15
**media** 127:23
**mediation** 86:13
175:9 176:19

177:7
**medical** 10:16
28:13 30:21 35:9
37:6 49:21 50:3,8
50:16 51:4 68:21
68:25 81:3 123:24
124:3,22 147:19
148:21 149:3,7,10
150:4 174:4
195:12
**medically** 49:15
**medications** 124:9
124:13,15,20
**medicine** 7:22
**meet** 32:3 38:12
44:24 96:18
**meeting** 32:6
86:13 94:12,17,21
95:22 96:6,9
113:11,14
**mental** 124:5,7,25
125:4,14,20 150:2
**mentioned** 30:20
**merits** 55:3,12
**met** 37:22 38:2,4,6
38:10 73:17 86:5
90:3 91:20 92:25
93:4,6,11,14 111:4
112:3 116:17
179:12
**middle** 133:23
**mild** 155:4,8
**milestones** 173:18
**milk** 99:20,20
**mind** 84:8,10
**minute** 114:22
**minutes** 30:13
34:5 110:22
192:25 193:3
196:6

**missed** 87:10,13
**mm** 194:22
**moderate** 154:10
154:19 155:4,8
**mom** 182:7,10
**moment** 14:2
19:11 29:5 31:9
41:13 51:14 56:12
108:10
**money** 42:13
**month** 89:14
152:5 169:11
**months** 46:21 67:6
89:16
**morning** 4:17,23
**morrison** 2:13
**mother** 64:2,5,8
68:15 69:5,7,10,14
71:4,9 73:21,22
74:2,2,6,6,10,10
124:25 183:19
**motions** 101:23
**mouse** 26:21 27:3
**move** 54:23 55:7
177:21
**moving** 55:10
84:16
**multiple** 25:13
75:21 76:4 115:13
117:19 150:14

**n**

**n** 2:2 4:2 197:2,2
199:2
**name** 4:8,17 8:5
8:14,17 18:2
99:17 100:2,3,15
100:23 160:11
192:8,15 200:3,4
**names** 8:9 56:16
100:18 192:10,22

**national** 12:22,23
**nature** 99:7
**need** 4:24 5:10,11
16:2 24:9 26:2,4
31:12 37:14 40:23
40:24 71:17 109:6
151:6 177:11
**needed** 50:14
70:15,18,22
**needs** 144:25
**negative** 150:5
193:21
**negatively** 149:4
**nervous** 159:8
**never** 51:15,18
71:21 89:8,17
94:16 176:7
191:11
**new** 1:2,19 2:7,7
2:16,16 4:4,20
10:16 11:23,23
12:9,9,12,19,20
13:6,8,9,11,12
14:12,13,20 16:23
16:25 17:12,15,18
17:20 42:13 64:22
65:2,16,23 66:5,10
73:9 101:15,17
113:22 181:9
198:21 200:2
**night** 35:3 132:17
132:22 133:23
**nightmare** 176:6
**nightmares**
175:20,23 176:3,8
**nine** 178:6,9
**nodding** 6:3
**noise** 171:12
**normal** 160:18
163:21 181:19,21

**notarized** 190:18
**notary** 1:18 3:17
4:3 197:18 198:21
200:23
**note** 5:3 47:13,13
50:20 52:2,3,7,21
59:17 67:14 78:19
81:6,8,11,23 82:14
82:18 88:6 89:4
91:12 105:4
**noted** 53:5 91:10
114:25 115:3
193:5,7 196:13
**notes** 29:6,10,11
29:16 30:25 31:11
35:16,23 36:9,17
37:13 46:11,21,25
47:5,9,14,17,21,24
47:25 48:4,7,10,13
48:14,15,17,21
49:5,9,10,13,15,16
49:18,20,23 50:3,8
50:22,23 51:2,3,7
51:10,16,19 52:15
52:15,24 58:24,25
60:12 61:9,16,19
61:25 66:20 69:17
70:5,18 72:3
78:12,13,17,22
79:17,21,24 80:12
82:3 83:12 89:20
89:23 90:2 91:14
91:25 92:7,13
95:2,14 96:12
188:25 189:6
199:12
**november** 66:21
66:25 68:2 72:8
**number** 38:15
98:16 129:2 133:9
168:9,9 175:13

178:6 179:25
187:18,21 188:2,2
188:2,3,3
**numbers** 188:6
**nutritional** 17:9

**o**

**o** 197:2
**o'clock** 151:10,11
**oath** 6:9 61:7
197:5 198:6
**objection** 9:13
12:21 16:14 22:18
25:8,15 33:10
35:18 37:8 38:22
39:4,7,12,17 40:22
42:4,10,24 45:6
46:3,23 47:10,22
48:19 49:6 50:5
50:10,19 51:8,12
55:14,19 61:10,17
61:23 62:11 65:24
66:6 67:3,19
69:22 70:3 71:6
75:5,19 76:6,13
77:6,13 78:2,8,18
79:3,19 80:3,8,15
81:22 82:4,24
84:6,12 86:7,22
87:21,24 88:11,23
89:19 92:16 94:23
95:15 98:9 99:24
102:6,11 105:5,9
105:25 106:12,23
107:6,13,20 108:8
108:14,20 109:4
109:10,17 110:5
110:17 111:15,20
111:25 112:5
117:13 119:17
125:15 126:4,10
126:24 129:17

135:5,15 138:17
145:10 146:19
148:15 158:8,15
159:3,15,22 161:6
161:22 162:4,19
163:5,18 164:7,19
166:20,24 167:21
169:25 170:6,21
171:4,9,16,22
172:10 173:5,19
173:23 174:21
176:17,23 178:21
180:7 182:3
188:19 189:2
194:5,11,16,21,25
195:13
**objections** 3:11
9:19 80:19
**objective** 126:12
**objects** 9:15
**observe** 85:5
**obtain** 13:2,5,22
36:17 37:4,6
48:18 51:15 103:2
174:7
**obtained** 65:16,23
66:5,10
**occurred** 170:20
**odd** 94:20
**offhand** 56:21
192:11,17,24
**office** 18:4
**oh** 133:7
**okay** 5:2 6:7 7:3
18:23 24:15 27:11
66:17 67:15 82:17
90:25 129:3
150:19 164:21
191:13
**once** 12:23 102:7
144:3 192:24

**ones** 92:4 187:22
**open** 61:13 78:20
81:24 162:6 177:7
**opened** 86:14
**opening** 176:20
**opinion** 79:7,15,17
80:7,9 125:24
193:18
**opportunity** 23:24
**opposed** 18:18
**order** 52:25 70:7
95:3
**outcome** 83:6
198:14
**outside** 48:15
**overscoring**
146:13
**overworked** 183:8
**owned** 43:7
**ownership** 17:11

**p**

**p** 2:2,2 4:2
**p.m.** 37:23,23 52:4
59:13 66:21 89:5
89:5 91:10,12,15
114:25 115:3
193:5,7 196:13
**packet** 92:8,11
140:24 151:15,23
166:2 167:4
199:14
**pae** 1:3
**page** 24:11,14,14
24:15,17 26:15
27:7,9,12,14 37:20
46:16 51:22,24
52:19 59:11,12,22
66:18 70:14 71:25
72:2 82:7 83:10
87:8 89:2 129:4
140:8 142:24

143:5,11 144:14
146:23 152:21
160:17,21,23,25
161:3,24 162:7,7,8
162:8,10 163:16
164:11,12 177:20
177:22 183:25
184:3 186:7
190:11,12,13,15
190:24 191:25
193:10 199:4,9
200:5
**pages** 199:19
**paid** 28:17 42:8
**pains** 146:15
**pandemic** 152:15
156:14
**papers** 163:24
**paragraph** 193:12
195:17
**paranoid** 145:16
**part** 11:2,5 80:12
106:16 151:15
166:2 179:15
**particular** 88:19
95:19 97:11
106:13 116:11
141:9 163:6,19
166:14,14
**particularly**
137:14
**parties** 3:5 9:18
104:6 198:11
**pathology** 11:8,9
15:20
**patience** 180:5,9
180:24
**patient** 11:14
15:20 47:5,15,18
49:4,15 50:7 51:2
58:2 83:3 125:17

125:21,22,25
163:22 164:15
180:17,18,24
**patient's** 49:11
**patients** 10:22,25
11:6 15:20 47:2
53:19 151:7
167:16
**pattern** 132:11
**pause** 18:18
**pay** 79:8 163:25
169:17 172:23,25
173:2 180:22
**paying** 7:7,10
**pediatrician** 58:13
**pediatricians**
174:2
**pending** 5:12 90:8
**pennsylvania** 2:6
**people** 17:4 18:7
22:9 74:24 75:20
75:21 90:6 116:6
122:10 131:4,12
143:7 144:22
159:6 162:6
163:25 168:11
172:24,25 173:11
182:20
**performance**
136:16
**performing**
183:14
**period** 45:8 46:7
46:10
**periods** 170:7
**person** 32:4 38:24
53:10 167:7
184:17,21 195:15
**personal** 48:14
**personality** 187:5
195:5

**personally** 6:22,23
**pessimism** 120:3
**phd** 1:15 5:1 6:1
7:1 8:1 9:1,9 10:1
10:3 11:1 12:1
13:1 14:1 15:1
16:1 17:1 18:1
19:1 20:1 21:1
22:1 23:1 24:1
25:1 26:1 27:1
28:1 29:1 30:1
31:1 32:1 33:1
34:1 35:1 36:1
37:1 38:1 39:1
40:1 41:1 42:1
43:1 44:1 45:1
46:1 47:1 48:1
49:1 50:1 51:1
52:1 53:1 54:1
55:1 56:1 57:1
58:1 59:1 60:1
61:1 62:1 63:1
64:1 65:1 66:1
67:1 68:1 69:1
70:1 71:1 72:1
73:1 74:1 75:1
76:1 77:1 78:1
79:1 80:1 81:1
82:1 83:1 84:1
85:1 86:1 87:1
88:1 89:1 90:1
91:1 92:1 93:1
94:1 95:1 96:1
97:1 98:1 99:1
100:1 101:1 102:1
103:1 104:1 105:1
106:1 107:1 108:1
109:1 110:1 111:1
112:1 113:1 114:1
115:1 116:1 117:1
118:1 119:1 120:1

121:1 122:1 123:1
124:1 125:1 126:1
127:1 128:1 129:1
130:1 131:1 132:1
133:1 134:1 135:1
136:1 137:1 138:1
139:1 140:1 141:1
142:1 143:1 144:1
145:1 146:1 147:1
148:1 149:1 150:1
151:1 152:1 153:1
154:1 155:1 156:1
157:1 158:1 159:1
160:1 161:1 162:1
163:1 164:1 165:1
166:1 167:1 168:1
169:1 170:1 171:1
172:1 173:1 174:1
175:1 176:1 177:1
178:1 179:1 180:1
181:1 182:1 183:1
184:1 185:1 186:1
187:1 188:1 189:1
190:1 191:1 192:1
193:1 194:1 195:1
196:1 197:4,12
198:5 200:4,19
**phone** 36:15
**physical** 17:8
140:4 146:6 149:3
**physically** 139:23
**physician** 58:7
**picking** 148:10
**piece** 143:22
160:11,11
**place** 171:3
**plaintiff** 1:5,16 2:5
6:19 36:25 53:2
100:16 101:2
**plaintiff's** 23:9

**plan** 59:4
**played** 80:12
**plaza** 2:6
**please** 4:8,25 5:9
19:12 86:19 95:7
107:15 158:4
159:25 160:10
**pleasure** 120:22
121:3
**pllc** 2:4
**point** 5:10 57:16
119:23 142:17
156:8 175:16
179:22
**portions** 103:24
**position** 48:16
61:7 78:25
**positive** 17:7
57:20 74:13
**positively** 54:11
**possible** 64:14
98:10 116:16
**postpartum** 68:18
68:22
**pounds** 55:22
**practice** 15:22,24
16:3,5,11 17:3,21
17:23 18:2 164:14
**predictive** 49:2
**pregnancy** 56:2,8
56:23 57:13,17,17
99:10,14,18,22
149:3,6
**pregnant** 44:11,13
44:16 57:2 76:20
124:19 149:10
169:11
**preoccupation**
149:19,23
**preparation** 35:11
35:13,17 37:10

prepared  175:8
prescribed  58:16
  70:14 124:13
prescription  7:17
presence  115:24
  141:3,4 163:2,4
present  2:22 6:14
  11:9 30:2 113:23
presentations
  191:5,10,15,17,22
presented  79:23
presenting  11:8
  39:20 43:18
prevent  7:18,22
previously  96:24
  99:14 147:6
primary  58:7
prior  31:24 33:5
  34:21 41:2 44:25
  113:8,11,13
  117:23 140:25
  147:19 149:3,9
  157:17 171:3
private  15:22
  99:19 114:10
probe  43:22 172:8
  174:19 178:3,19
  180:13 182:9
  184:25
problem  39:21
  43:19 193:4
problems  136:13
  148:10 185:8
process  47:20,24
  48:3,7,10,13,17,21
  49:5,11,14,16,20
  50:3,8,22 51:2,3,7
  51:10,16,19 52:2
  83:12 84:16 95:11
  95:18 133:7 141:8
  163:19 164:13

produce  29:9
produced  21:2,22
  26:7 30:15
production  20:12
  21:11 26:10 33:13
  36:23 113:2 117:6
  199:19
professional  1:17
  8:19 49:21 50:4,9
  50:16 145:2,5
  191:5,15,21
  193:18
proffered  98:25
  99:22
programs  10:11
  10:12,13
progress  49:10,13
  49:23 50:20,23
  58:24,25 59:17
  66:20 67:14 70:18
  81:6,8,11,21,23
  82:3 89:4,20,23
  90:2 91:25 92:6
  95:2,14 96:11
proper  104:6
properties  43:7
prospects  70:8,11
protected  48:15
protection  51:9
provide  5:6 16:6
  17:6,7,8 23:2,5
  27:22 32:25 33:4
  34:6 41:24 42:19
  48:6,9 49:14,20
  50:2,7 51:7,9
  68:24 89:21 95:3
  96:15 112:13,15
  112:18,22 140:21
  156:4 164:14
  188:10

provided  21:5,7
  21:12,20 28:14
  48:14 52:13,14,16
  52:22 53:2 57:9
  92:6 93:25 97:13
  97:17,21,25 98:5
  101:25 112:10
  113:7 119:14,15
  140:25 143:24
  151:16,21 155:21
  158:3 160:14,14
  164:4 165:13,24
  166:17 168:3
  178:3 188:23
provider  51:4
  61:24,24
providers  68:21
provides  17:3
providing  52:24
  78:22 96:11
  159:20 164:15
psychiatric  94:8
  125:6 177:17
psychiatrist  92:21
psychiatry  10:21
psychoanalysis
  13:21,23
psychological
  14:20,23 17:7
  49:12 93:8 114:21
  189:11 195:23
psychologist  16:9
  16:19 24:19 36:7
  92:21 193:19
psychology  9:2,10
  9:12,25 10:6,14
  11:19 14:25 15:2
  15:2,7,13,16,18,19
  16:5,8,10,13,16
psychotherapist
  95:21

psychotherapists
  93:2
psychotherapy
  30:25 31:10 35:23
  37:12 49:18 69:2
  71:17 72:3 78:12
  78:13,17,19,21
  83:12 85:14 89:4
  199:12
psychotropic
  124:13,15,20
ptsd  165:6,8
public  1:18 3:17
  4:3,11 197:18
  198:21 200:23
publications  191:5
  191:10,15,22
pull  35:21 161:2
pumping  99:20
punished  122:20
punishment
  122:17
purposes  62:10
pursuant  20:5
pursue  181:16
put  19:3,10 23:8
  31:10 82:7 91:13
  102:18 114:15
  126:8 145:16,17
  156:19 170:7
  175:12,15,17
  176:15 189:22
  193:8
putting  145:14,21
  168:9

**q**

qualified  101:20
qualitatively
  175:5
qualities  167:6

**quality** 146:5,6
**question** 3:12 5:13
  9:22,24 11:11
  15:8 18:13 32:14
  41:4 45:10 47:12
  48:23 49:25 50:2
  50:25 53:17 62:3
  62:13 74:25 79:11
  81:14 82:16 85:24
  86:19 89:24 90:8
  90:10 95:6,8
  102:17 105:5
  106:2 107:2 108:2
  108:9,24 109:21
  109:23,25 110:3
  110:11,13,23
  115:13 120:10,21
  121:8 122:5 127:3
  129:18 138:2,9
  146:12,16 150:3
  153:10 156:25
  158:10,17,18
  159:5,6,23 166:16
  168:9 171:12
  176:9,11,25
  179:25 180:3
  181:17 182:19,25
  183:19 184:4,22
  185:22 186:5,19
  187:4,21 191:12
**questioning** 66:8
**questionnaire**
  122:7 158:21
  163:20 171:18
  179:7
**questionnaires**
  146:22
**questions** 4:23,24
  5:8 38:7 49:3
  53:18,21 60:11
  110:7 116:2,7

  117:14 118:9
  141:10 158:4,5
  159:9,13,17,25
  163:9 165:7 166:9
  167:25 170:3,8
  172:7,9 193:3
  196:4,11
**quick** 114:22
**quickly** 105:15
  193:2
**quiet** 114:5
**quite** 85:8
**quote** 54:10,13,15
  86:14 104:3
**quoted** 169:12

**r**

**r** 2:2 4:2 199:18
**raise** 146:4
**range** 153:8
**rates** 153:19,24
**rating** 140:19
  142:16
**ratings** 160:18
**raw** 85:7
**reaching** 180:22
**reaction** 193:23
**reactions** 177:3
**reactivity** 171:24
**read** 18:12,14
  45:10,11 48:22,24
  62:3,4 75:8,10,23
  75:25 79:11,12
  90:10,11,15,16
  95:9 109:18
  110:21,25 117:14
  118:2,6,12 135:3
  138:9,10 143:6
  153:9,11 159:23
  168:2 169:6,9
  188:3,7 193:17
  197:5

**reading** 15:14
  80:23 81:2 108:15
  189:3,4
**reads** 64:13 180:3
**really** 79:4 109:6
  162:5 193:2
**reason** 83:2 88:13
  161:25 200:5
**reasonable** 161:18
  182:4 193:19
**reasons** 85:20 86:2
  150:14
**recall** 13:25 29:5
  30:22 32:21,24
  33:8 34:2 37:16
  37:19 53:16,21
  56:12 57:7 64:24
  66:7 73:10 84:9
  86:9 99:7,17
  100:2,3,4,15,18
  101:4,13,14,16
  113:6,9 114:8
  116:10,15 129:18
  139:24 141:8
  163:6 165:20
  176:2
**receive** 9:3,6 19:6
  37:12 49:12,16
  103:5 141:25
**received** 19:23
  37:17 43:3 44:21
  60:12 69:2 92:9
  92:11 103:3,18,21
  142:3 182:16
**recess** 91:11 115:2
  193:6
**recheck** 26:2
**recognize** 24:21
  36:2 51:23 115:6
  150:25 151:13
  157:12 165:3

**recollect** 11:13
**recollection** 65:21
  66:3 92:14 97:25
  175:3
**record** 4:9,11,14
  4:16 5:5 8:6 9:16
  9:17 18:10,11,14
  22:14,15 29:20
  45:11 48:24 52:23
  62:4 75:10,25
  79:12 90:11,16
  91:9 95:9 105:5
  138:10 153:11
  157:10,11 189:25
  190:3 197:7,9
  198:8
**records** 20:16,19
  20:22 35:9 37:7
  68:25 69:2 81:3
**recur** 84:21
**recurrent** 175:2
  175:20
**recurring** 176:14
**refer** 5:14,17,18
  6:18 59:7 69:5
  80:21
**reference** 30:16
  65:15 85:18 86:12
  137:25 173:6
**referenced** 30:24
  40:5 78:17 83:25
  84:2 122:9 146:10
**references** 56:3
**referencing** 51:14
  176:2
**referred** 47:25
  138:18 179:2
**referring** 5:20
  6:19 45:14 59:9
  61:13 81:7 136:10
  143:12 171:2

172:6,7 173:7
181:25 186:23
195:8,11
**refers** 39:20,23
43:19 57:22 58:16
63:25 70:6 72:2
74:13 78:11 81:14
192:4,12
**reflect** 27:14 30:8
82:21 87:19 89:24
90:2 93:13 132:20
143:14 153:5,7
161:4 190:17
**reflected** 148:23
177:6
**reflecting** 54:15
**reflects** 67:5 87:10
87:22 91:19
**refresh** 65:21 66:3
92:14
**regard** 57:20,24
**regarding** 39:24
60:17 65:25
**regardless** 167:16
**registered** 1:17
**regular** 50:20
**regularly** 14:8,9
**reinforce** 57:25
**related** 11:10
21:21 28:6 75:16
99:18,18 101:24
113:3 135:17
154:7,16,25
156:13,17 164:16
166:9 168:23
189:14,17,20
198:11
**relates** 15:3,4,5,19
167:5 171:18
176:8

**relationship**
139:13
**relax** 153:19,22
**relevance** 50:12
**relevant** 41:8
49:18,22 54:22
60:15 63:25 68:4
69:4 73:2 77:9
78:5
**relied** 78:21
**reliving** 176:12
**relook** 104:21
**rely** 79:2,5,25 80:5
**remache** 1:8 4:19
5:16
**remember** 100:23
101:6
**reminded** 170:25
177:2
**remotely** 1:16
**rendering** 80:12
**repeat** 9:23 65:6
95:5,7 146:21
**rephrase** 4:25
5:10
**report** 23:3 25:24
27:25 29:10,17,19
30:24 35:12,15,20
45:13,15,16 52:13
54:2,7 59:25
65:12,13,16 67:22
72:16 79:24 80:2
81:4,5,21 84:14,19
85:25 87:15 91:23
100:12 115:14
121:7 132:18,20
133:7 148:23
153:5 169:13
175:25 187:23,25
188:8,10,14,15
189:8

**reported** 38:19
42:18 44:2,22
85:13,21 86:8,10
92:23 93:9,10
124:12,17 127:8
140:3 145:22
150:6 175:8
**reporter** 1:18,18
6:2,4 18:15 45:9
45:12 48:25 62:2
62:5 75:11 76:2
79:10,13 90:9,12
90:17 95:10 138:8
138:11 153:12
**reporting** 45:19
45:21 126:6 200:2
**reports** 28:13
30:21,22 80:21
**represent** 4:18
6:21,24 92:10
**represented** 6:11
7:4 58:23 59:3
101:2 140:15
**represents** 157:21
**reproduced** 164:9
**reproduction**
164:13
**request** 103:12
**requested** 49:21
50:3 86:8,11 95:2
199:19
**requesting** 95:14
**requests** 100:5
**required** 12:16
14:12,17
**reserve** 9:19
**reserved** 3:12
**respect** 14:15
20:16 26:11 29:6
30:15 36:25 46:25
47:9 57:10 67:17

80:7 84:10 99:21
111:23 142:23
144:10 148:7
159:13 174:5
191:18,23
**respectfully** 151:5
**respective** 3:5
**respond** 96:3
106:2 110:19
118:9 143:6
156:22
**responded** 130:7
176:5
**responding** 38:25
139:2 166:8,15
**responds** 167:25
**response** 107:7
147:10 177:11
184:11,14 187:13
**responses** 5:25 6:3
29:18 119:14
122:8 125:25
142:5,8,11,16
144:10 145:8
146:4,6,8 152:19
156:9,13,17 163:9
163:13 168:20
170:2 172:9
174:20 179:10,23
187:12,16
**responsible**
100:22
**responsive** 20:19
21:13
**rest** 67:13 145:24
177:19,23
**restless** 129:9
**result** 128:14
167:13 176:3,22
**retained** 22:4

retaliation 192:13
192:20
returned 85:16
returns 43:13,16
review 5:4 20:18
28:11,15 34:18,24
35:2,4,6,9,13,16
43:12 73:11 81:3
96:16 104:11
148:13 174:17,18
179:19,21
reviewed 30:21
34:21 35:11,19
78:24 79:23 80:5
125:25 163:16
reviewing 28:5
81:10 189:5
right 54:4 80:23
105:13,17 112:20
112:21 180:23
role 42:8
room 114:3
ross 2:23 19:3,9
22:2,11 23:8
26:18 27:7 31:8
31:12 35:21 51:21
59:11 66:18 71:24
82:7 83:9 87:7
88:25 91:13
102:18 104:25
107:14 114:15
129:4 140:8,16
150:20 155:12
161:2 164:22
177:21 178:23
184:2 186:6
189:22 190:12,23
193:8,10
rothenberg 8:12
8:13,16,20

rpr 198:4,20
running 53:20
résumé 191:2
résumés 70:7

**s**

s 2:2 4:2 199:8,18
199:18 200:5
sad 119:5,8 169:15
sadness 119:2
safety 63:15
sara 1:17 196:11
198:4,20
save 25:18
saw 23:20 24:14
38:18,19 39:9,10
39:14 58:21 66:25
67:6,7 89:8,17
92:15 143:21,22
147:16 148:7
saying 32:13 79:20
103:9 104:20
138:3
says 27:21 36:6
53:7 54:6,11,23
57:19 58:19 59:4
59:5,22,25 60:16
60:22 62:15 63:10
67:22 68:5 69:17
70:15 72:17 73:3
73:21 83:6 86:12
121:2 128:18
134:19 143:5,6
146:24 149:2,19
151:4 154:9 166:6
170:17,17 173:8
174:25 175:19
180:9,18 181:17
181:18 182:6,19
182:25 183:19
184:22 185:13,22
186:8,19 187:4

192:9,19
scale 140:20
142:16 143:12,18
143:23 155:19
160:18 161:10
163:10 165:6
scaled 159:2
scaling 158:2,13
158:17
school 181:5,7,15
score 144:13,23
145:17 149:17
152:21,25 153:7
153:16,17 155:4
158:22
scored 144:18
153:3 161:12
177:4 178:9,19
scores 145:12,15
153:6 154:10
177:24 178:4
scoring 142:19,25
143:12 153:14
158:13,17,17,19
158:20,20,22
161:8,10,20
162:10,13 163:22
164:5,16
screen 19:4,10
23:9 37:21 54:4
81:12 82:8 102:19
107:15 112:8
114:16 189:23
193:9
scroll 23:24 26:15
26:19 27:7 53:24
54:3 104:25
106:17
scrolling 23:15
24:16 26:17 106:7

sealing 3:6
second 4:15 20:10
24:11,14,16 52:10
52:12,13,21 57:17
120:2 133:20
143:11 144:14
146:23 160:17,21
160:23,25 161:3
163:16 190:2
section 20:12
54:23 55:21 60:16
63:25 67:12,22
68:5 69:4 72:16
73:3,20 74:12
105:3 121:21
122:17 123:13
126:15 128:24
129:5,23 130:12
130:24 131:15
132:10 133:25
134:19,21 136:3
136:19 139:4
149:13 150:12
175:19 182:6
185:13
see 10:22,25 18:8
18:17 20:2,11,15
20:18,25 21:3
24:11,16,18 27:9
37:21 39:20,23,25
43:18 46:15,16,18
47:15,18 52:3,18
53:5,24,25 54:8,10
54:22,24 55:21,23
57:19 58:15,19
59:4,5,12,14,21,24
60:15,16,22 62:15
62:19 63:10,24
64:13 65:25 66:19
67:13 68:4 69:17
70:5,13,15 72:9,11

72:15 73:2,20,22
74:12 82:9 83:5
83:11 84:14 85:21
87:9 89:6 104:12
105:14 112:7
118:13,25 119:4
120:2,5,10,11,12
120:21,24 121:2
121:21,24 122:16
122:19 123:2,5,13
123:16 128:24
129:5,8,23 130:2
130:12,24 131:3
131:15,18 132:10
132:13 133:25
134:4,19,20 136:3
136:6,19,22 139:4
139:7 144:13
145:12,20,22,23
146:23 147:2,21
149:13,16,19
150:22 153:18,24
154:9,18 160:17
161:9 164:24
166:6 179:25
180:6,21 181:17
182:6,19,25
183:19,25 184:4
184:22 185:13,22
186:5,21 187:8
190:4 192:6 193:3
193:14 195:17
**seeing** 18:18 59:7
83:16 178:16
**seek** 71:17 177:11
**seen** 19:19 23:16
38:15 87:4 91:16
102:23 143:17,19
**self** 57:20,20,24,25
123:3,14

**send** 23:19 25:24
26:5 51:3 116:23
**sending** 70:6
**sense** 135:13
167:22 168:13
**sent** 21:14 36:18
36:20 92:5 117:3
159:17 163:25
179:15
**sentence** 57:19
60:22 62:15 63:10
64:13 122:16
179:6
**separate** 160:19
**september** 59:13
64:17 66:24 67:7
**sequential** 52:24
**series** 4:22 52:22
164:23
**serious** 193:21
**served** 98:11
**services** 17:4,5
**session** 47:5 48:2
59:17 72:7 85:23
86:8,11,16 93:13
93:18 94:9
**sessions** 91:25
195:19
**set** 32:18 159:24
182:15 198:7,16
**setting** 32:23
**settled** 102:10
**seven** 110:3
182:19
**severe** 146:14,14
147:25 153:8,19
153:25 160:15
193:22,24
**severity** 115:15
**sex** 139:5,8

**sexual** 192:4,12
**shared** 49:19,24
50:15,15,18
**she'd** 184:16
**sheet** 164:5,16
200:2
**sherry** 1:8 4:19
5:15
**show** 104:19
113:18,21
**showing** 146:13,14
**shows** 160:18
**sided** 164:10
**sign** 46:21
**signature** 190:14
198:18
**signed** 3:16,18
24:8 197:14
**simply** 103:9
173:11
**sit** 11:12 37:16
71:15 73:11 97:24
106:8,19 107:3,16
108:5,17,25
110:14 116:12
117:10 163:15
**sitting** 88:2
**situation** 84:3,5
**sleep** 132:14,17,21
132:25 133:5,8,11
133:14,17,20
169:19 178:18
**sleeping** 84:20
132:11
**smith** 2:4 7:5
28:18 36:19,24
96:22,23 97:14,18
97:22 98:2,6,12,21
99:2 100:25 103:4
103:14

**social** 10:6 127:23
**socializing** 127:7
**somatic** 146:24
147:13,21
**somebody** 145:13
**soon** 184:6
**sorry** 5:2 15:4
18:6 20:8 21:24
24:14 32:11,12
45:18 54:5 75:8
89:22 95:4 101:19
103:8 105:10,14
109:5 141:18
147:9 171:12
179:3
**sought** 94:8
177:16 195:23
**sound** 49:16
**sounded** 91:3
**sounds** 56:15
**sources** 43:3
**southern** 1:2 4:20
**space** 114:10
**speak** 31:4 33:23
34:3 38:14 46:6
58:6,9,12 68:20
89:15 173:25
**speaking** 80:19
110:5 189:5
**specialities** 135:11
**specialty** 9:11 10:2
**specific** 10:2,17
38:15 40:17 66:7
95:18 101:6,16
102:17 103:10
106:15 108:16
109:6,12,19
110:20 116:7,25
121:8 128:16
133:9 142:15
165:7 166:9

**specifically** 26:4
34:2 75:15 78:3
84:22 85:11 89:16
101:13 104:20
106:25 107:24
116:15 125:17
138:14 157:22
165:20 166:9
167:8
**specificity** 14:3
**speculate** 150:15
150:17
**spelled** 180:17
**spelling** 104:6
**spesock** 1:8 4:19
5:15
**spoke** 31:16 41:22
92:21
**spoken** 31:15,18
31:20,22,25 36:14
65:20 170:22
**stack** 163:24
**star** 1:8
**start** 113:15
**started** 114:17
**starting** 83:6
**state** 1:19 4:4,8
9:17 14:20 52:23
82:12 113:22
118:8 150:2,5
198:21
**stated** 27:19
**statement** 42:23
43:19 54:20 60:5
64:20 65:25 72:20
147:6 148:14
167:20 193:15,17
**statements** 61:22
80:13 82:2 111:9
111:11,13 146:18
156:9 173:13

**states** 1:2 11:20,22
**stay** 87:18,25
88:10
**stick** 125:22
**stipulated** 3:4,10
3:15
**stipulations** 3:2
9:19
**stomach** 146:15
**stop** 80:18 85:22
**stopped** 85:15,19
85:25 128:21
**strength** 195:5
**stress** 155:18
160:20 161:14
163:10 189:13
193:22 194:13
**stressed** 67:22
68:2 85:3 86:21
**stresses** 61:2 62:16
**stressors** 39:24
40:4,10 41:16,20
60:23 62:9 74:14
74:17,21,24 75:4,7
75:12,18,21,22
76:4,7,11,16 77:3
77:11,15,16,18,21
77:24 78:4,16
81:15,20
**strictly** 32:18
**subjective** 53:25
54:7 59:25 67:22
72:16 125:25
**submitted** 60:17
**subpoena** 19:5,7
19:14,22,25 20:6
20:18,23 21:13
34:23 199:10
**subscribed** 197:14
200:20

**subtraction** 52:9
**sucks** 184:23
185:2
**suddenly** 176:12
**suffer** 185:14
**suffered** 68:18,22
74:5 77:23 120:18
124:25 125:4,13
135:19,22 148:18
173:22
**suffering** 74:20
75:13 76:5 185:20
**suggest** 64:16
70:21,24 88:2
152:6 184:11,14
**suggesting** 73:15
138:5
**suggests** 57:23
**summarized**
153:17
**summary** 193:14
195:3
**super** 169:14
**support** 57:20
79:17 83:22
105:19
**supporting** 74:13
**supposed** 118:15
156:19,22 157:15
170:12 171:17
**sure** 114:24 166:8
170:12 180:8,9,18
**surprise** 41:25
94:18 95:12
158:11
**surprised** 135:3
158:24 159:10
**suspended** 13:8
**switch** 74:25
**sworn** 3:18 4:3
78:22 198:7

200:20
**symptom** 53:25
54:6 59:24 67:21
72:15 165:6
**symptoms** 84:21
84:25 146:24
147:13,21 148:4
152:4 165:8
**system** 142:19
158:2 161:20

**t**

**t** 197:2 199:8,18
**take** 5:11 6:2,2
10:7 12:3,6,11,14
14:7 21:18 22:2
26:14 29:6,11
30:19 31:8 33:16
37:3 39:19 46:25
47:14,17,20
103:16 104:7,10
107:14 113:5
114:21 117:9
123:24 124:20
125:6 155:6
192:25 193:11
195:10
**taken** 1:16 12:19
12:23 14:4 48:2
91:11 115:2
124:15,17 193:6
197:5
**talk** 33:20 41:2
55:3,9,12,16,25
84:2,7,10 85:17
122:14 127:2,4
128:19 162:21
173:10 185:4
**talked** 44:11 84:24
162:23 178:5,17
**talking** 85:2,5
86:15 128:22

137:17 166:11
168:24 173:4,6
176:18 177:7
182:14
**talks** 44:5
**tax** 43:12,15
**tech** 2:23 19:11
23:14 26:20,23
27:3
**teleconferencing**
96:19
**tell** 38:3 40:6,9
56:4 85:2 94:21
95:13 96:5,8,10,13
116:24 138:14
143:21
**ten** 97:6,7 129:2
182:25
**terminated** 44:22
44:25 76:20 82:23
167:13
**termination** 82:13
82:18,25 83:2
84:3,5 107:23
127:4 137:16
192:14,21 194:2
**terms** 38:14
180:23
**terrified** 154:9,13
**test** 117:12 119:14
146:7
**testified** 4:4 94:16
98:20,23 158:12
158:25
**testify** 7:14 8:3
19:14 100:7
101:18
**testifying** 7:18,23
33:18
**testimony** 6:8 7:8
7:11 19:7 24:3

34:10 79:16 80:11
81:18 117:11
119:13 153:2
197:5 198:9
**testing** 114:21
126:12
**tests** 114:11,17
164:15,17 199:14
**texted** 36:12
**thank** 5:5 53:4
55:2 151:12 196:8
196:10,11
**therapist's** 48:14
48:17
**therapy** 17:8
124:19 195:18,19
**theresa** 2:18
**thesis** 9:9
**thing** 122:12
126:17,20,23
145:19 186:8
**things** 77:8 121:3
121:5,18 127:9
130:8,9 136:23
137:3,6,9,11,21
138:2,5,6,15
159:11 162:6
**think** 18:16 54:11
60:9 85:8 88:6,9
94:20 105:18
114:17 120:17
132:23 145:6
151:8 167:23
169:20 172:6
181:25 187:19
**thinking** 71:20
167:24
**third** 2:15
**thought** 83:21
**thoughts** 175:3

**thousand** 28:17
**three** 28:22 29:4
30:6,13 39:10,14
39:15 99:6 120:24
151:9,10 160:19
161:13 177:4
178:9 179:25
**time** 3:12 5:10
30:16 37:10 38:2
38:4 45:8 47:18
66:25 70:7 71:4
71:10 86:21 91:10
91:12,20,22 92:15
98:7 99:19 100:24
106:4,18 114:25
115:3 116:10
119:5,8,23 121:25
122:13,15 134:5,8
134:11,22,25
141:9 147:7 151:6
156:8 161:21
164:5,9,17 168:21
170:7 178:6,13
179:22 193:5,7
196:5,9,13
**times** 5:14 31:14
38:5,9,12,16,17,20
38:21,21 39:3,6,10
39:11,15,16 97:2
99:5 110:3 176:21
177:12
**timing** 101:7
151:23
**tired** 136:23 137:3
**tiredness** 136:20
**today** 6:9,11 7:8
7:10,15,19,23 8:3
11:12 19:7 20:2,5
21:6 23:20 33:18
34:22 37:16 61:7
71:16 73:11 78:25

79:16 80:11 88:3
92:12 97:24 106:9
106:19 107:3,16
108:5,17,25
110:14 116:12
117:10 163:15
196:9
**today's** 22:7 33:21
35:14,17
**told** 94:12,15,16
95:21,23 145:24
167:23 169:10
176:7 194:19
**top** 166:6
**trained** 143:7
**training** 10:10,12
10:13 15:6,11,12
**transcript** 5:4,7
197:5,6
**transcripts** 34:19
**transmitted** 21:9
190:10
**trauma** 140:4
166:6,18 167:10
168:11,23,25
170:16,25 171:6
171:13,17,19,23
173:11 175:3,21
176:12,22 177:3
**treated** 70:22
194:6,17,20
**treatment** 15:21
17:8 38:8 58:17
70:14,18,19 82:22
83:5 85:15,19,22
86:2 93:8,20,22,25
94:8 100:6 177:11
177:17 195:23
**trial** 3:13 9:20
98:18,22,23 100:7
102:5

trouble 65:2 80:4
130:15,18
true 42:22 61:22
88:14 111:9,11,14
197:7,9 198:8
trust 92:18
trusting 52:21
truthfully 7:14,19
7:23 8:3
trying 54:11 57:25
195:10,10,14
turmoil 139:21
turn 71:24 82:6
88:25 193:10
twice 39:5,6
two 17:19 29:2
56:13 67:6 68:5,9
68:12 76:24 93:14
94:12 96:6,9
101:10 114:22
118:10,16 123:5
123:16 131:18
132:5 138:24
142:24 147:24
149:17 168:9
170:15,15,18,19
171:3,7,14,21,24
171:25 175:13,15
175:17 176:16
187:4 193:2
type 15:24 16:3
typed 29:16,18
65:13,15
typing 29:14

**u**

u 199:18
unable 153:19,21
unaware 177:15
underlying 124:3
understand 4:24
5:9,22 6:5,8 12:25

47:11 62:12
102:14 120:18
158:10,12,19,21
159:2,4,18 180:20
understanding
46:9 73:12 151:20
160:5,7
understood 158:2
158:7
unfaithful 186:17
united 1:2
university 9:5
10:16
upfront 84:8
upset 83:21,23
85:17 170:23
175:9 177:2
use 5:11 79:14
96:3 115:17
128:23 153:15
usual 129:9
132:14 136:7
usually 48:13,20
49:17 162:5 166:5
181:4
utilizing 89:20

**v**

v 200:3
variable 75:2
various 74:14,17
74:21 78:16 81:15
81:19 114:17
veracity 145:8
verbal 162:25
verbally 153:16
verified 111:13
veritext 2:23
200:2
video 18:9,17,19
112:4 116:3,9
141:6 165:21

videotape 29:23
virtual 18:5 32:7
virtually 179:13
visible 160:22,23
visit 52:10
vivian 1:4 6:19
22:22 141:17,24
vivian's 115:22

**w**

w 17:14 197:2
wait 54:5 95:4
162:20,22
waive 12:18
waived 3:8
want 5:24 41:12
52:20 105:4
124:20 150:15,17
166:8,13 181:18
183:2 188:4
wanted 5:3 96:16
125:10
wants 167:23
183:6
way 99:19 110:19
122:23 128:16,17
131:7,10 140:6
173:14 178:20
182:23 198:13
ways 74:14 159:7
194:18,19
we've 21:14 92:11
weakness 185:23
week 33:24,25
59:5,8 156:22
157:3,17 176:21
177:12 183:10
weekly 14:11
58:19,22 70:18,23
71:2,18 195:18
weeks 118:10,16
170:15,15,18,19

171:8,14,21,24,25
weight 56:2,6,7
57:12,15 135:14
135:17
wellness 16:23,25
17:10,12,15,18,20
went 83:15 93:22
102:5 181:6,15
187:22
whatsoever 60:12
whereof 198:15
widely 115:14
wish 184:5
withdrawn 37:5
62:22 140:11
191:8
withhold 96:2,4
witness 1:15 22:5
23:9,14 26:22,25
27:9 90:20,23
91:3 95:7 98:11
99:13 110:7,10,10
151:5,12 196:10
198:6,9,15 199:4
199:11 200:4
woke 133:23
woman 186:9
word 41:18 80:4
80:20 96:4 180:24
wording 105:11
106:15
words 128:23
work 15:20 16:22
16:23 17:9 18:24
25:17 41:2,3
76:15,15,17 87:18
87:25 88:10
104:17,21 105:7
105:20,24 106:11
106:15,22 107:5
107:12,18,24

108:7 125:11
136:13
**worked** 10:18
96:23 132:2
133:11 183:11
**working** 25:16
73:3 92:24 132:7
**world** 184:17,21
**worried** 40:7
169:18 173:8
**worries** 41:23
**worry** 162:13
**worst** 153:25
186:8
**worthless** 131:4
**worthlessness**
130:25
**wound** 129:9
**write** 87:23 160:10
168:12,25
**writes** 55:22 61:24
180:4 184:5,23
185:23 186:9,20
187:6
**writing** 21:17
26:13 30:18 33:15
37:2 103:15 113:4
117:8 144:17
**written** 30:12 65:9
65:11 152:22,23
**wrong** 169:20
**wrongful** 107:22
192:13,20 194:2
**wrongfully** 44:22
**wrote** 71:20 87:22
88:12,14 168:2
169:5,13,20 180:9
181:20 182:7,20
183:2 185:14

**x**

**x** 1:4,11 199:2,8
**xiang** 1:4 6:19
21:22 22:22,23
23:2,5 25:21 28:3
28:19 29:7,13,21
29:24 30:3,5,9,17
31:15,22,25 32:3,6
32:16,22,25 33:4,9
33:13,17 34:13
37:13,18,22 38:2,5
38:7,19 39:9,14
40:3,12,15,19 41:4
41:19 42:2,7,12,16
43:2,6,9,15,20,22
44:2,5,7,10,11,13
44:17,22,24 45:3
45:24 46:10,12
48:6,16 51:15
52:15 53:12,22
54:13,16 55:25
56:4,10,13,22,25
57:4,8,12,15 58:3
58:21 59:8,18
60:4,7,11,19,25
61:9,16 62:9,10,21
62:23 63:2,6,14,18
63:20 64:4,8,11,17
64:21 65:16,22
66:4,10,14,23 67:6
67:25 68:8,11,14
68:17,24 69:9,13
69:18,20,24 70:6
70:10,22 71:3,12
71:17 72:19,22
73:6,8,13,16,25
74:4,8,16,20 75:3
76:5,10,21 77:3,23
78:6,16 81:15,19
81:24,25 82:19,22
83:15 84:9,23

85:12,19,25 86:4
86:18,20,24 87:3
87:10,13,19 88:3,9
88:16,21 89:8,11
89:17 90:3 91:20
92:2,15,20,23
93:10,17,21 94:4
94:11,16,20,25
95:13,20,25 96:10
96:15,18,21
102:15 104:12,15
105:7 106:9,21
107:4,17 108:5,12
108:18 109:2
110:15 111:4,7,8
111:12 112:3,7,10
112:23 113:3,7,10
113:15,24 114:4,7
114:12 115:18,23
116:8,13,16,23
117:2,7,12,15,18
117:22 118:3,5,8
118:19 119:4,7,13
119:19,22 120:18
123:25 126:13,22
127:11,13,16,19
127:22,25 128:4,8
128:13,21 129:8
129:14,19 132:21
134:24 135:7,13
135:18,21,24
136:15 137:2,19
137:23 138:14,20
138:23 139:10,12
139:15,18 140:13
140:22 141:2,5,10
142:9,12,17,20
143:8,17 144:2,6
144:10 145:4
146:9 151:16,18
151:21,24 152:3,7

152:10,14,18,22
152:23 153:2
155:22,25 156:4
156:10,12,16
157:4,15 158:12
158:24 159:12
161:9,12,20 162:9
162:14,18,22
163:16 164:4
165:13,17,22,25
166:4,18 167:3,19
169:23 170:4,20
170:24 171:2,13
172:2,4,12,15,19
174:4,7 176:2,7
177:5,16,24 178:3
179:9,12,15,23
180:4,25 181:6,10
181:12,13 184:19
185:10 188:7,11
188:13,22 189:5
194:4,9,24 195:22
200:3
**xiang's** 34:16
43:12 45:17,19
52:10 54:15 56:16
56:19 58:6,9,12
68:20 69:5 72:7
142:4 145:8
153:14 161:16
165:10 173:25
174:11 190:8
193:21 195:4

**y**

**y** 4:2
**year** 9:6 86:16
101:12 191:16,18
195:20
**years** 11:17 17:19
39:15 76:24 101:8
101:10 171:3

**[york - zoom]**                                                                 Page 28

**york**   1:2,19 2:7,7
   2:16,16 4:4,21
   10:16 11:23 12:9
   12:12,20 13:8,12
   14:12,20 16:23,25
   17:12,15,18,21
   101:15,17 113:22
   181:9 198:21
   200:2
**young**   138:25

                          **z**

**zoom**   1:17

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.