**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
VIVIAN XIANG,

                Plaintiff,

    -against-                                19 **CIVIL** 1752 (LJL)

## **JUDGMENT**

EAGLE ENTERPRISES, LLC, MARKET
AMERICA, INC., AMY REMACHE, and SHERRY
SPESOCK,

                Defendants.
------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 15, 2022, the motion for summary judgment is GRANTED. The motion to preclude is DENIED as moot; accordingly, the case is closed.

**Dated:** New York, New York

       March 15, 2022

                                                **RUBY J. KRAJICK**

                                               **Clerk of Court**
                           **BY:**     K. Mango

                                               **Deputy Clerk**